# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Favian Busby, Russell Leaks, and Joseph Nelson *on their own behalf and on behalf of those similarly situated*;<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>Floyd Bonner, Jr., *in his official capacity*, Shelby County Sheriff, and the Shelby County Sheriff's Office,<br><br>Respondents-Defendants. | Civil Action No. 2:20-cv-2359-SHL-atc |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND PERMISSION TO POST CLASS NOTICE**

The parties having jointly submitted a Motion for Preliminary Approval of Class Settlement and Permission to Post Class Notice, and this Court having reviewed the parties' Consent Decree, setting forth the terms and agreements, and the Settlement Agreement having been signed by all parties;

This Court also having reviewed the Notices, which are approved by all parties and provide a mechanism for objections to be submitted;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the Consent Decree, together with the Notices are preliminarily approved subject to review by the Class and Subclass and objections if any at a Fairness Hearing in this matter scheduled for _____ ___, 2021.

**IT IS SO ORDERED,** this __th day of January, 2021.

/s/ _____
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE