February 7, 2021

RE: Busby et al v. Bonner et al., 2:20-cv-02359-SHL-atc
TO: Clerk of the Court

RECEIVED
2021 FEB -8 AM 7:4[?]
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

This letter is relative to the above named class action lawsuit, which Shelby County Jail staff recently posted on inmate housing pods on February 3, 2021.

I personal being of the class of individuals with medical issues which put me at higher risks of the spread of COVID-19, because I have a compromised immune system, hypertension and have sufferred a stroke.

I am in disagreement with the agreement strategy proposed between ACLU lawyers and Shelby County lawyers based upon the various critically important reasons:

1. Most importantly the Shelby County Jail staff daily displays the disinterest and/or lack of concern for any Shelby County Jail Detainee.

2. Masks have not and are currently not being distributed to detainees as stated per the agreement.
    * Wellpath medical staff advises detainees, who asked about new masks; they the medical department doesn't have masks and have not been informed of such an agreement

3. The medical department (Wellpath) is not administering COVID-19 testing procedures, pursuant to the agreement

4. The Shelby County Jail living conditions for detainees has not improved the slightest bit since the filing of the above named suit.

5. Shelby County Jail Detainees are not being premitted to have normal recreational activities, due to the lack of staff and/or staff not reporting to work, which for months has resulted to detainees being allowed recreation priviledge once a day, either on the 6am-2pm shift or the 2pm-10pm shift.

* The northside of the 4th floor detainee housing pods maybe given recreational priviledges on the 6am-2pm shift, then not allowed recreational priviledges again until the next day on the 2pm-10pm shift, if there's enough Shelby County Jail staff present to work.
This occurs daily for months now vice versa for the north and south side for 4th floor detaining housing pods.

6. Subsequentally, this causes detainees to be restricted to the confines of cells in very close proximity of cell-mates for sometimes 24 hrs without being able to properly shower etc.

7. Shelby County Jail staff members do not conduct COVID 19 cleaning within the housing pods themselves as announced daily over the intercom system

* Detainees who are named as rockmen are instructed by staff to conduct COVID 19 cleaning, which is seldomly carried out properly and effective by detainees.

8. Shelby County Jail staff are mostly corruption and are falsely informing ACLU Attorney's and the Federal Court system that the proposed actions listed in the agreement are being carried out when in all actuality they are not and will not, because the Shelby County Jail staff does not remotely care about the well-being of any Shelby County Jail Detainee.

Upon further adequate investigation, counsulting with actual detainees, it will be proven that the Shelby County Jail staff is not nor has any intensions of honoring and adhering to this agreement.
It's only a tactical strategy on behalf of Bonner and Shelby County Jail Attorney to hopefully avoid a class action suit.

Respectfully submitted,

Dardel Sledge, 19114410
201 Poplar
Memphis, tn 38103