IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FAVIAN BUSBY and MICHAEL EDGINGTON, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FLOYD BONNER, JR., in his official capacity, and SHELBY COUNTY SHERIFF'S OFFICE, <br><br> Defendants. | No. 2:20-cv-2359-SHL-atc |

**SUPPLEMENTAL JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Class Action Complaint for Declaratory and Injunctive Relief (ECF No. 1), filed May 20, 2020, Judgment having been entered on April 12, 2021, with the Court retaining jurisdiction for the purpose of enforcing the parties' settlement agreement (ECF No. 210), the Inspector having filed his tenth and final report on October 5, 2023 (ECF No. 363-1), and the Court having held a final hearing on October 10, 2023 (ECF No. 365),

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Joint Notice that the Consent Decree Has Terminated (ECF No. 366), filed October 11, 2023, which jointly requested a final judgment of dismissal, and consistent with the consent decree between the parties (ECF No. 161-2) and the Order Granting Joint Motion for Stipulated Change to Consent Decree and Denying as Moot Motion to Enforce the Consent Decree (ECF No. 359), the Consent Decree is terminated and the case is **DISMISSED WITH PREJUDICE**.

The Court retains jurisdiction to resolve any claims or disputes regarding attorneys' fees related to this case.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 17, 2023
Date