IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FAVIAN BUSBY, ET AL., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   No.: 2:20-CV-02359-SHL |
| | ) |
| FLOYD BONNER, JR., ET AL., | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' MOTION FOR REASONABLE ATTORNEYS' FEES PURSUANT TO PARAGRAPH 23 OF THE CONSENT DECREE**

Defendants Floyd Bonner, Jr., Shelby County Sheriff, and the Shelby County Sheriff's Office (collectively referred to as "Defendants"), by and through undersigned counsel, move this Court to award Defendants reasonable attorneys' fees pursuant to Paragraph 23 of the Consent Decree (ECF Nos. 161-2; 361.) Defendants seek compensation for 314.2 hours of work and a total fee of $77,134.00. In support thereof, Defendants rely upon the Memorandum of Law in Support of their Motion for Reasonable Attorneys' Fees, the Affidavit of Robert L. Hutton, the Declaration of Nathan D. Tilly, and upon the entire record of this cause.[1]

WHEREFORE, PREMISES CONSIDERED, Defendants move this Court to award Defendants their reasonable attorneys' fees pursuant to Paragraph 23 of the Consent Decree. In

---

[1] As explained in Defendants' response in opposition to Plaintiffs' Motion for Extension of Time (ECF No. 370), Defendants believe that any request for attorneys' fees is untimely. Plaintiffs disagree with Defendants' position and have indicated that they will file a motion seeking their fees and will argue to the Court that a request for attorneys' fees is timely. Out of an abundance of caution and to preserve any rights, Defendants file this motion in the event that the Court finds that an attorneys' fee request is timely. If the Court agrees with Plaintiffs that such a request would be timely, Defendants are entitled to fees in accordance with the Consent Decree. If the Court determines that a request for fees is untimely, Defendants would withdraw this motion.

accordance with the Consent Decree, the award should be entered against Plaintiffs Favian Busby, Terric Edwards, Russell Leaks, Saul Molina Martinez, Joseph Nelson, and Mark Phillips who are identified as the named parties to the Consent Decree and are therefore jointly and severally liable for any fee award. (Consent Decree, ECF No. 161-2, ¶ 2.)

        Respectfully Submitted,

        PENTECOST, GLENN & TILLY, PLLC

By:    s/Nathan D. Tilly
        Nathan D. Tilly (#31318)
        162 Murray Guard Drive, Suite B
        Jackson, Tennessee 38305
        (731) 668-5995

        AND

        Marlinee C. Iverson (#18591)
        R.H. "Chip" Chockley (#20680)
        Shelby County Attorney's Office
        160 North Main Street, Suite 950
        Memphis, TN 38103
        (901) 222-2100

        *Attorneys for Defendants*

## CERTIFICATE OF CONSULTATION

    Defense counsel has consulted with Plaintiffs' counsel Nancy Rosenbloom concerning the relief requested herein. Plaintiffs oppose this Motion.

                                  s/Nathan D. Tilly

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically via the ECF filing system. Accordingly, notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

      DATE:  This the 31st day of October, 2023.

                        By:    <u>s/Nathan D. Tilly</u>
                                Nathan D. Tilly