**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **FAVIAN BUSBY, ET AL.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No.: 2:20-CV-02359-SHL** |
| | ) | |
| **FLOYD BONNER, JR., ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## DECLARATION OF NATHAN D. TILLY

---

In accordance with the provisions of Title 28, United States Code, Section 1746, I the undersigned, Nathan D. Tilly, hereby make the following declaration pertinent to above styled cause of action:

1.  I am over eighteen (18) years of age and have personal knowledge of the facts contained herein.

2.  I am a practicing attorney and named partner at Pentecost, Glenn & Tilly, PLLC.

3.  I am lead counsel for Defendants Floyd Bonner, Jr., Shelby County Sheriff, and the Shelby County Sheriff's Office in this matter.

4.  I am admitted to practice law in multiple jurisdictions, including in the State of Tennessee, in the United States District Court for the Western District of Tennessee, in the United States District Court for the Middle District of Tennessee, in the Eastern District Court of Texas, in the Sixth Circuit Court of Appeals, in the Eleventh Circuit Court of Appeals, and in the United States Supreme Court.

5. I have continuously practiced law since 2012 in West Tennessee. Since 2014, the majority of my practice has been devoted to representing governmental entities. In that capacity, I have extensive experience representing governmental entities and their employees in federal civil rights lawsuits, including in the jail context.

6. The parties in this matter have entered into a Consent Decree. (ECF No. 161-2). Paragraph 23 of the Decree governs the parties' requests for attorney's fees. In relevant part, the Decree provides that "Plaintiffs may seek enforcement" of the Decree "if Defendant fail to comply with any terms of this Decree[.]" (ECF No. 161-2, ¶ 23). The Decree further provides that "[s]hould Plaintiffs elect under such circumstances to seek enforcement of this Decree and the Court deny the relief sought on grounds that Plaintiffs' action is frivolous, unreasonable, or without foundation, Defendants may seek an award of the reasonable attorneys' fees and costs incurred in responding to Plaintiffs' attempt to seek such enforcement." (*Id.*).

7. I am requesting on behalf of Defendants, my firm's reasonable attorneys' fees under Paragraph 23 of the Decree for defending and responding to many of Plaintiffs' multiple failed attempts to seek enforcement of the Decree. I have attached my firm's pertinent invoices reflecting my and members of my firm's work in responding to Plaintiffs' efforts as Exhibit A. The appended invoices are authentic and kept in the ordinary course of business. They reflect hours worked on this case by myself ("NDT"), Attorney James I. Pentecost ("JIP"), Attorney Austin Stokes ("AS"), Attorney Haynes Russell ("HTR"), and my paralegal, Melissa Tart ("MT").

8. James I. Pentecost is one of the founding members of Pentecost, Glenn, & Tilly, PLLC. He has decades of experience practicing law and has devoted the majority of his practice to

representing governmental entities and to civil rights defense. After this case was filed, Mr. Pentecost became of counsel at the firm and continues to practice law in that capacity at the firm.

9.  Austin Stokes is a former partner of my firm, who was practicing at the firm when this case began and throughout much of the case. Mr. Stokes is an exceptional attorney whose practice focused on governmental entity and civil rights defense. In May 2022, Mr. Stokes left the firm to begin working as in-house counsel for a company in West Tennessee. Prior to leaving the firm, he devoted numerous hours to this case and had represented governmental entities in civil rights cases since 2015.

10. Haynes T. Russell is an associate at my firm. He has practiced for five years and devotes the majority of his practice to governmental entity and civil rights defense. Mr. Russell is likewise an exceptional attorney.

11. In preparing Defendants' Motion for Reasonable Attorneys' Fees, I thoroughly reviewed my firm's invoices that reflect time worked in this matter. Said invoices are attached as Exhibit A. I redacted time that I did not believe was compensable under Paragraph 23 of the Consent Decree. Accordingly, I redacted time related to, among other things, reviewing and responding to the Independent Inspector's recommendations, preparing monthly reports for the Shelby County Jail as required by the Consent Decree, preparing Class and Subclass lists as required by the Consent Decree, engaging in meetings with Plaintiffs' counsel concerning items unrelated to issues Defendants believe were raised unreasonably and/or brought before the Court without foundation, and responding to Plaintiffs' motions unrelated to issues that Defendants believe were raised unreasonably and/or brought before the Court without foundation. I did not redact time reflecting work performed by me and

other lawyers at my firm in responding to Plaintiffs' efforts to seek enforcement of the Decree on issues that this Court found it lacked jurisdiction on, that this Court found were outside the scope of the Decree, and/or that this Court found were raised prior to Plaintiffs initiating the dispute resolution process. The unredacted time and fees reflect what Defendants are seeking via their Motion for Reasonable Attorneys' Fees.

12. The attached records reflect a total of 314.2 hours of work. Per my firm's agreement with Defendants, attorneys' work was compensated at a rate of $250.00 an hour. This is the rate my firm customarily charges for such work. Paralegal work was compensated at a rate of $70.00 an hour. Of the 314.2 hours of work, 313 hours were performed by attorneys and 1.2 hours were performed by a paralegal. Notably, some of the attorneys' work was "no charged" as a courtesy to our clients, and Defendants are not seeking compensation for work that was "no charged."

13. In total, my firm charged $77,134.00 for work that Defendants contend is compensable under Paragraph 23 of the Decree. This work related to responding to and litigating the following filings: (1) Plaintiffs' Motion to Enforce and to Modify Consent Decree (ECF No. 216); (2) Joint Notice (ECF No. 260); (3) Plaintiffs' Motion for Reconsideration (ECF No. 264); (4) Plaintiffs' Motion to Bifurcate the Motion to Enforce and to Modify the Consent Decree (ECF No. 274); (5) Joint Notice of Outstanding Issues for Enforcement (ECF No. 291); (6) Plaintiffs' Motions for Discovery on an Expedited Basis (ECF Nos. 292, 299); (7) Defendants' Report on Remaining Issues Related to Plaintiff's Pending Motion to Enforce the Consent Decree (ECF No. 305); (8) Plaintiffs' Notice of Outstanding Issues for Enforcement (ECF No. 306); (9) Joint Position Paper on Remaining Issues (ECF No. 313), and (10) Plaintiffs' Motion for Revision of Order on Enforcement (ECF No. 319)

as well as Defendants' efforts in responding to Plaintiffs' ongoing demands and discovery while litigating the above filings.

END OF STATEMENT.

REMAINDER OF PAGE LEFT BLANK INTENTIONALLY.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the _31st_ day of _October_, 2023.

_____
NATHAN D. TILLY

# EXHIBIT
# "A"

# Pentecost, Glenn & Mauldin, PLLC

**162 Murray Guard Drive, Suite B**
**Jackson, TN 38305**

Invoice submitted to:

Shelby County Attorney
160 North Main Street, Suite 950
Memphis, TN 38103

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| July 2, 2021 | 42108 | 5/20/2021 |

In Reference To:   Favian Busby, et al. v. Floyd Bonner, Jr., et al.
U.S. Western District 2:20-cv-02359-SHL

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| **Time** | | | |
| 5/3/2021 | | | |
| 5/4/2021 | | | |
| 5/5/2021 | | | |
| NDT | Communications from Debbi re: initial response to PLtffs' inquiries and discussion of plan moving forward. | 0.30 250.00/hr | 75.00 |

Shelby County Attorney                                                                        Page 2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/5/2021 | AS | Communication with Debbi concerning needed information; supplement information correspondence to clients; communication with opposing counsel concerning information per Decree | 0.80 250.00/hr | 200.00 |
| 5/6/2021 | NDT | Email communications from Pltff's counsel in anticipation of meet and confer/brief analysis of relevant Sixth Circuit case law re: Rule 60 motions concerning consent decrees in further anticipation of call and developing defense plan moving forward. | 0.60 250.00/hr | 150.00 |
|  | NDT | Preparation for meet and confer w/JAS/lengthy meet and confer conference w/opposing counsel/lengthy post conference call w/Debbi re: strategy and plan in light of conference/begin developing strategy to move forward with filing a notice w/court w/JAS. | 2.60 250.00/hr | 650.00 |
|  | NDT | Communications from Debbi re: post visit inquiry from Brady. | 0.20 250.00/hr | 50.00 |
|  | AS | Communication with Debbi concerning hotline issue and inspector Brady | 0.40 250.00/hr | 100.00 |
|  | AS | Call with Debbi and Kirk Fields concerning status | 0.30 250.00/hr | 75.00 |
|  | AS | Preparation for meet and confer and participate in meet and confer with opposing counsel concerning vaccination program, consent decree, and other issues concerning status of decree; extensive call with Debbi concerning incentives, education materials, and vaccine program | 2.90 250.00/hr | 725.00 |
| 5/7/2021 |  |  |  |  |
|  | AS | Receipt and analysis of Debbi concerning questions from opposing counsel concerning status | 0.30 250.00/hr | 75.00 |
| 5/10/2021 |  |  |  |  |

Shelby County Attorney                                                                Page 3



|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/10/2021 |  |  |  |  |
| 5/11/2021 |  |  |  |  |
| 5/12/2021 |  |  |  |  |
| 5/13/2021 | NDT | Communications w/Debbi and Chief Fields re: status of case and plan/conference w/JAS re: next steps/revisions to email communications to Marlinee and Debbi re: status. | 0.70 250.00/hr | 175.00 |
|  | AS | Conference call with Debbi/Kirk concerning status of vaccination program; update to Marlinee and Debbie concerning status of Consent Decree and issues with opposing counsel | 0.70 250.00/hr | 175.00 |
| 5/14/2021 |  |  |  |  |
| 5/17/2021 |  |  |  |  |
| 5/18/2021 |  |  |  |  |

Shelby County Attorney                                                        Page 4

|            |     |                                                                                                                                                                                                                                                                                                                                                                        | Hrs/Rate           | Amount   |
|------------|-----|----|----|----|
| 5/18/2021  |     | ███████████████████████████████████████████████████ |                    |          |
| 5/19/2021  | NDT | Email correspondence w/ACLU counsel re: plan to move to enforce the decree/modify the decree/response to same/communications w/Debbi re: status/further consultation w/JAS in developing plan for response to ACLU's position/review of materials provided by Ms. Best. | 2.40 250.00/hr     | 600.00   |
|            | NDT | Call w/inspector Mike Brady re: Decree status and plan/discuss strategy w/JAS post call. | 0.90 250.00/hr     | 225.00   |
|            | NDT | Email communications w/Marlinee and Debbi re: updated status. | 0.20 250.00/hr     | 50.00    |
|            | AS  | Extensive call with M. Brady concerning status and Decree; update to Debbi concerning findings of Brady during recent inspection; strategy for bolstering education materials and incentives and methods to document and report the same in order to terminate decree; analysis of recent CDC guidelines concerning COVID-19 and vaccine; initial analysis of extensive filings by Plaintiffs; extensive call with Debbi concerning status | 4.40 250.00/hr     | 1,100.00 |
| 5/20/2021  | NDT | Receipt and beginning analysis of Plaintiffs' motion to modify the consent decree. | 0.80 250.00/hr     | 200.00   |
|            |     | ███████████████████████████████████████████████████ |                    |          |
|            | AS  | Receipt and analysis of Motion to Enforce and extensive attachments; communication with opposing counsel concerning status; communication with Debbi concerning Brady request; prepare Best reports for production; conference with NDT concerning strategy; outline arguments for Response to Motion | 4.60 250.00/hr     | 1,150.00 |
| 5/21/2021  | AS  | Supplement Response to Motion to Modify arguments; strategy for termination with NDT; communication with Debbi and Marlinee concerning termination strategy and status | 1.70 250.00/hr     | 425.00   |
| 5/23/2021  | AS  | Research concerning statutory language for Motion to Modify and grounds for modifying a consent decree | 0.60 250.00/hr     | 150.00   |
| 5/24/2021  | NDT | Phone conference w/Marlinee and Debbi re: plan moving forward. | 0.80 250.00/hr     | 200.00   |

Shelby County Attorney

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/24/2021 | | | | |
| | AS | Conference call with Debbi and Marlinee; analysis of law governing inmate refusal of medications under 8th Amendment inadequate medical care; Receipt and analysis of documentation from Marlinee concerning Shelby Co. statistics | 2.10 250.00/hr | 525.00 |
| 5/26/2021 | NDT | Further analysis of Pltff's motion to modify/enforce decree/begin preparation of outline for Defendants' response/revisions to mtn to terminate/revisions to Declaration of Fields w/further facts to bolster motion and response. | 2.20 250.00/hr | 550.00 |
| | NDT | Further email communications w/Debbi re: COVID-19 information on Kiosks and review of materials/email communications re: declaration of Fields. | 0.30 250.00/hr | 75.00 |
| | AS | Receipt and analysis of documents/information from Debbi; Supplement Response to Motion to Modify with additional language concerning statutory governance of consent decrees | 1.90 250.00/hr | 475.00 |
| 5/27/2021 | NDT | Begin drafting background portion of response to Plaintiffs' motion to modify/enforce decree. | 0.60 250.00/hr | 150.00 |
| | AS | Supplement Motion to Terminate and Memorandum, Response to Motion to Modify and case law concerning refusal to accept medical treatment; communication with M. Brady | 3.80 250.00/hr | 950.00 |
| 5/28/2021 | AS | Communication with J. Haltom concerning status; communication with Debbi concerning status and analysis of Jail documents; supplement Affidavit of Fields, Motion to Terminate, and Response to Motion to Enforce/Modify | 4.80 250.00/hr | 1,200.00 |
| 5/29/2021 | | | 250.00/hr | |
| 5/30/2021 | AS | Continued analysis of case law concerning ongoing COVID cases; supplement Response to Motion to Modify and Enforce | 4.50 250.00/hr | 1,125.00 |

Shelby County Attorney                                                          Page 6

                                                                    Hrs/Rate          Amount

            SUBTOTAL:

            Additional Charges :

            Expense                                 

5/11/2021   

6/21/2021

# Pentecost, Glenn & Mauldin, PLLC

### 162 Murray Guard Drive, Suite B
### Jackson, TN 38305

Invoice submitted to:

Shelby County Attorney
160 North Main Street, Suite 950
Memphis, TN 38103

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| July 23, 2021 | 42200 | 7/2/2021 |

In Reference To: Favian Busby, et al. v. Floyd Bonner, Jr., et al.
U.S. Western District 2:20-cv-02359-SHL

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Time | | | |
| 6/1/2021 NDT | | Drafting procedural, pre and post settlement history and defendants' arguments related to responding to Brady's recommendations, requirements related to the vaccine program, and arguments related to Court's authority to modify consent decree in Defendants' response to PLtff's motion to modify/enforce the consent decree/email communications w/Debbi re: Fields's declaration/modify declaration/supplement motion to terminate consent decree w/further background history of case. | 7.80 250.00/hr | 1,950.00 |
| | HTR | Consulted case law re due process right to refuse vaccination of medical treatment and case law re 8th Amdmt failure to provide medical care claim relating to refusal of vaccination and drafted argument for response to M to Modify Consent Decree | 1.20 250.00/hr | 300.00 |
| | AS | Receipt and analysis of Brady's Report; Compile arguments for Response to Plaintiff's Motion concerning ventilation issues, toll free number issue, and frivolous status of Plaintiffs' request; supplement declaration and memorandum concerning history of litigation and settlement negotiations; communication with clients concerning status | 8.70 250.00/hr | 2,175.00 |
| 6/2/2021 NDT | | Email communications w/Marlinee and Debbi re: strategy in light of Brady's report/call w/Debbi re: facts to finalize Fields's declaration/supplement motion to terminate with defendants' argument re: limits of Consent Decree and its intention to | 5.90 250.00/hr | 1,475.00 |

Shelby County Attorney                                                                    Page 2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | prevent constitutional rights violations/supplement Defendants' response to PLtffs' motion to modify/enforce the decree w/further Defense argument re: Court's power to modify Decree and current CDC guidance re: vaccines/finalize motion to terminate, citing to Fields's declaration throughout/finalize exhibits/finalize Defendants' response to PLtff's motion to modify/enforce decree/draft consultation email to Pltfs' counsel re: motion to terminate. |  |  |
| 6/2/2021 | AS | Supplement Response Memorandum with additional arguments concerning ventilation and constitutional issues; communication with Debbi concerning declaration of Fields; communication with opposing counsel concerning page limitation for Response and wire payment details; Motion to Exceed Page Limit and Proposed Order; supplement communication to clients concerning strategy; supplement communication to opposing counsel concerning vaccine updates; Proposed Order granting Motion to Terminate; call with Debbi concerning status | 8.90 250.00/hr | 2,225.00 |
| 6/3/2021 | NDT | Email communications from Brady re: most recent invoice/conference w/AS re: position on allowing Brady to provide guidance on vaccine program/email correspondence to Marlinee re: same. | 0.30 250.00/hr | 75.00 |
|  | AS | Communication with Debbi and updated Report | 0.60 250.00/hr | NO CHARGE |



6/4/2021

6/7/2021

Shelby County Attorney                                                                    Page 3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|



6/8/2021

6/9/2021 NDT   Email correspondence w/Plaintiff's counsel re: leave to file a       0.10    NO CHARGE
reply brief.                                                                 250.00/hr

6/10/2021 NDT  Pltff's Reply in response to Defendants' Response in            2.80    700.00
Opposition to Mtn to Enforce/Modify the Consent             250.00/hr
Decree/further communications w/Debbi re: same/further
revisions to Brady's recommendations based upon information
obtained from Debbi/call w/Debbi re: information from Brady
and email communications re: same.

AS     Receipt and analysis of Plaintiffs' Proposed Order;              0.30    NO CHARGE
communication with Debbi concerning certificates and         250.00/hr
expeditor duties

6/11/2021

Shelby County Attorney

Page 4



Shelby County Attorney                                                                                    Page 5

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/18/2021 | | |
| 6/19/2021 | | |
| 6/21/2021 | | |
| 6/22/2021 | | |



Shelby County Attorney                                                                              Page 6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/22/2021 | | | | |
| 6/23/2021 | NDT | Further preparation for status conference/argue at status conference/post-status conference plan for response to motions for discovery/extend stay. | 3.20 250.00/hr | 800.00 |
| | NDT | Call w/Debbi to discuss status post-hearing | 0.50 250.00/hr | 125.00 |
| | JIP | App before Lipman re the pending motions and status conf, arguments as to no reason to continue, determine how to proceed and then conf as to our remaining pleadings. (pro-rated) | 2.00 250.00/hr | 500.00 |
| | AS | Preparation for and attend status conference/hearing (remote) on pending motions; communication with S. Graves concerning ventilation and Haltom's access to certain materials | 3.20 250.00/hr | 800.00 |
| | AS | Call with Debbi concerning hearing and status | 0.50 250.00/hr | NO CHARGE |
| 6/24/2021 | | | | |
| 6/25/2021 | | | | |

Shelby County Attorney



| | Hrs/Rate | Amount |
|---|---|---|
| 6/28/2021 | | |
| 6/29/2021 | | |
| 6/30/2021 | | |

SUBTOTAL:

Shelby County Attorney                                                      Page 8

Additional Charges :

Amount

Expense

6/30/202



# Pentecost, Glenn & Mauldin, PLLC
### 162 Murray Guard Drive, Suite B
### Jackson, TN 38305

Invoice submitted to:

Shelby County Attorney
160 North Main Street, Suite 950
Memphis, TN 38103

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| January 5, 2022 | 42849 | 11/16/2021 |

In Reference To:  Favian Busby, et al. v. Floyd Bonner, Jr., et al
U.S. Western District 2:20-cv-02359-SHL

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|

Time

10/4/2021

10/5/2021

10/6/2021

10/7/2021

Shelby County Attorney                                                                    Page 2



Shelby County Attorney

Page 3



|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/18/2021 |  |  |  |  |
|  | AS | Communication with Debbi and update on vaccinations; receipt and analysis of Order on jurisdiction | 0.20 250.00/hr | 50.00 |
| 10/19/2021 |  |  |  |  |
| 10/20/2021 |  |  |  |  |
| 10/21/2021 |  |  |  |  |
| 10/22/2021 |  |  |  |  |

Shelby County Attorney                                                    Page 4

|            | Hrs/Rate | Amount |
|------------|----------|--------|



10/22/2021

10/25/2021

10/26/2021

10/27/2021

10/28/2021

Shelby County Attorney                                                                  Page 5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/29/2021 | NDT | Email communications w/Pltff's counsel re: scheduling meet and confer/analysis of motion to modify in light of issues raised by Pltff's counsel. | 0.60 250.00/hr | 150.00 |
| 11/1/2021 | NDT | Multiple email correspondence w/Marlinee, Debbi, and Bridgett re: upcoming meet and confer w/opposing counsel. | 0.80 250.00/hr | 200.00 |
| 11/2/202 | | | | |
| | NDT | Receipt and analysis of PLtff's motion to bifurcate and memo in support. | 0.40 250.00/hr | 100.00 |

Shelby County Attorney                                                                                    Page 6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/2/2021 | AS | Communication with clients concerning status of Brady and proposed sanctions; analysis of proposed inspector | 1.30 250.00/hr | 325.00 |
|  | AS | Receipt and analysis of Motion to Enforce | 0.60 250.00/hr | 150.00 |
| 11/3/2021 | NDT | Further analysis of Plaintiff's motion to bifurcate/consult applicable case law re: jurisdiction and modification of consent decrees/conference call w/Marlinee, Debbi, and Bridgett re: status and plan/call w/proposed substitute inspector. | 2.80 250.00/hr | 700.00 |
|  | NDT | Email communications w/opposing counsel re: meet and confer time/email discovery issue. | 0.20 250.00/hr | 50.00 |
|  | AS | Continued analysis of Motion to Bifurcate and compare with prior recommendations; analysis of proposed inspector, Rick Wells, and jurisdiction of the Court to substitute; Receipt and analysis of Plaintiff's Notice concerning inspector; Receipt and analysis of mask mandate from Mayor; conference call concerning substitution and call with Rick Wells; communication with opposing counsel concerning protective order and proposed discovery sanctions | 2.90 250.00/hr | 725.00 |
| 11/4/2021 |  |  |  |  |
|  | NDT | Court order re: bifurcation and case status/email communications from opposing counsel re: meet and confer. | 0.20 250.00/hr | 50.00 |
|  | NDT | Call w/Debbi re: case status and other issues/review proposed media release from Debbi. | 0.60 250.00/hr | 150.00 |
|  |  |  | 250.00/hr |  |
|  | AS | Communication with Debbi and Court concerning death of M. Brady; Receipt and analysis of Order on Motion to Bifurcate; Defendants' Position concerning substitute inspector | 0.70 250.00/hr | 175.00 |

Shelby County Attorney                                                                              Page 7

|              |     |                                                                                                                                                    | Hrs/Rate          | Amount     |
|--------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 11/4/2021    |     |                                                                                                                                                    |                   |            |
| 11/5/2021    |     |                                                                                                                                                    |                   |            |
| 11/8/2021    | NDT | Further analysis of Plaintiff's motion to bifurcate and original motion to enforce for discussion w/Debbi/prepare list of issues to consider/conference w/JAS re: issues and plan. | 0.90 250.00/hr | 225.00 |
|              | NDT | Multiple calls w/Debbi and analysis of issues for response to Pltff's motion to bifurcate. | 1.60 250.00/hr | 400.00 |
|              | AS  | Analysis of information from facility; update email per Consent Decree; calls with Debbi and analysis of remaining issues from discovery and purported non-compliance | 2.60 250.00/hr | 650.00 |
| 11/9/2021    | NDT | Meet and confer w/pltff's counsel re: multiple discovery issues and pending motion to enforce/analysis of prior motions and issues before court in light of issues raised. | 1.70 250.00/hr | 425.00 |
|              | NDT | Call w/Debbi re: current status at the jail. | 0.30 250.00/hr | NO CHARGE |
|              | AS  | Meet and confer with opposing counsel concerning several issues; strategy for response to Motion | 1.70 250.00/hr | 425.00 |
|              | AS  | Calls and email with Debbi concerning status and requested documentation | 0.60 250.00/hr | 150.00 |
| 11/10/2021   | NDT | Email communications from Debbi and analysis of pod logs submitting to BRady/conference w/JAS re: strategy for response to Pltffs' motion to enforce. | 0.60 250.00/hr | 150.00 |
|              | AS  | Continued analysis of documents from Debbi; outline Response to Motion to Bifurcate | 1.60 250.00/hr | 400.00 |

Shelby County Attorney                                                                                     Page 8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/11/2021 |  |  |  |  |
| 11/12/2021 |  |  |  |  |
|  | AS | Receipt and analysis of Order appointing new inspector; supplement response to issues concerning non-compliance | 0.90 250.00/hr | 225.00 |
| 11/13/2021 |  |  |  |  |
|  | AS | Supplement extensive Response to Motion to Bifurcate with multiple issues concerning non-compliance | 4.80 250.00/hr | 1,200.00 |
| 11/14/2021 | AS | Supplement Response to Motion to Bifurcate with additional arguments concerning failure to adhere to dispute resolution practices and non-compliance issues | 2.40 250.00/hr | 600.00 |
| 11/15/2021 | NDT | Consult applicable case law re: sheriff's right to cite and release/supplement Defendants' response to Plaintiffs' response to motion to bifurcate. | 2.20 250.00/hr | 550.00 |
|  | AS | Supplement Response to Motion to Bifurcate | 2.10 250.00/hr | 525.00 |
| 11/16/2021 |  |  |  |  |
| 11/17/2021 |  |  |  |  |

Shelby County Attorney                                                                                      Page 9

|            |     |                                                                                                                                                                              | Hrs/Rate          | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 11/18/2021 |     |                                                                                                                                                                              |                   |           |
| 11/19/2021 |     |                                                                                                                                                                              |                   |           |
| 11/22/2021 |     |                                                                                                                                                                              |                   |           |
|            | AS  | Communication with opposing counsel concerning status; conference call with newly-appointed independent inspector                                                            | 0.90 250.00/hr    | 225.00    |
| 11/23/2021 | NDT | Email communications w/Debbi re: status of vaccines in preparation of hearing/further preparation of hearing  w/JAS to develop potential arguments depending upon issues raised by Court | 0.80 250.00/hr    | 200.00    |
|            | NDT | Prepare for and attend status conference hearing.                                                                                                                            | 1.80 250.00/hr    | 450.00    |
|            | AS  | Preparation for and appear for status conference with Court; communication with client concerning orders of the Court; strategy with NDT and update to facility              | 2.60 250.00/hr    | 650.00    |
| 11/24/2021 | NDT | Call from Debbi re: status and plan.                                                                                                                                         | 0.60 250.00/hr    | NO CHARGE |
|            | AS  | Communication with Debbi concerning hearing; strategy with NDT for responding to upcoming list of demands                                                                   | 0.60 250.00/hr    | 150.00    |

Shelby County Attorney

Page 0

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/29/2021 | NDT | Email communications from Nancy re: list of items at issue/forward to Debbi and Marlinee/consult CDC for low reading level COVID vaccine materials. | 0.50 250.00/hr | 125.00 |
| | AS | Receipt and analysis of list of issues for enforcement from plaintiff's counsel and compare with related Brady Reports; communication with opposing counsel and Debbi concerning meeting concerning issues | 0.40 250.00/hr | 100.00 |
| 11/30/2021 | NDT | Analysis of Brady's reports in anticipation of call w/Debbi and Chief Fields. | 0.40 250.00/hr | NO CHARGE |
| | NDT | Call w/Debbi, Chief Fields, and Jeremy Sanders re: issues raised by Pltffs' counsel in anticipation of hearing on motion to enforce. | 1.60 250.00/hr | 400.00 |
| | NDT | Call w/opposing counsel/follow-up email w/Debbi and Chief Fields re: same. | 1.10 250.00/hr | 275.00 |
| | AS | Communication with opposing counsel confirming meet and confer concerning list of issues/demands | 0.10 250.00/hr | 25.00 |
| | AS | Conference call with Debbi, K. Fields, and HSA Sanders concerning issues raised by Plaintiffs for enforcement and potential responses for compiling list for filing with the Court | 1.60 250.00/hr | 400.00 |
| | AS | Meet and confer with opposing counsel concerning issues raised in initial list for enforcement; update to clients concerning communications and needed documentation | 1.10 250.00/hr | 275.00 |

SUBTOTAL:

Additional Charges :

Expense

10/11/2021

11/4/2021




Shelby County Attorney                                                                                     Page 1



12/14/2021



# Pentecost & Glenn, PLLC

**162 Murray Guard Drive, Suite B**
**Jackson, TN 38305**

Invoice submitted to:

Shelby County Attorney
160 North Main Street, Suite 950
Memphis, TN 38103

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| February 11, 2022 | 43021 | 1/5/2022 |

In Reference To:  Favian Busby, et al. v. Floyd Bonner, Jr., et al.
U.S. Western District 2:20-cv-02359-SHL

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Time** | | | |
| 12/1/2021 AS | Communication with Debbi and receipt and analysis of Jail information | 0.20 250.00/hr | 50.00 |
| 12/2/2021 NDT | Analysis of records obtained from Debbi/phone conference w/Debbi re: other documents needed/email communications w/Debbi re: same/receipt of mulitple documents from Debbi and analysis/prepare extensive response to Plaintiffs' counsel's list of items/prepare documents to produce re: same. | 3.20 250.00/hr | 800.00 |
| AS | Compile documents for production; communication with facility and analysis of additional information/documentation; call with Debbi; compile email of requests for Debbi/Fields; Receipt and analysis of documentation from Debbi; Response to list of demands from Plaintiff's counsel; supplement update per decree | 3.30 250.00/hr | 825.00 |
| 12/3/2021 NDT | Receipt and analysis of further documents from Debbi. | 0.30 250.00/hr | 75.00 |



| NDT | Revisions to Plaintiffs' proposed joint filing/multiple email communications w/plaintiffs' counsel concerning same/finalize filing. | 1.10 250.00/hr | 275.00 |

Shelby County Attorney                                                                                    Page 2

|              |     |                                                                                                                                                                                              | Hrs/Rate          | Amount |
|--------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 12/3/2021    | AS  | Communication with Debbi and analysis of documents; compile supplemental documents and email to produce to Plaintiffs'; call with independent inspector and communication with opposing counsel concerning lists | 2.30 250.00/hr    | 575.00 |
| 12/6/2021    | AS  | Communication with clients concerning Jail medical co-pays and testing                                                                                                                        | 0.10 250.00/hr    | 25.00  |
| 12/7/2021    |     | ████████████████████████████████████████████████                                                                                                                                             |                   |        |
|              | AS  | Communication with Debbi concerning testing information and population; supplement update to opposing counsel; communication with opposing counsel concerning status                           | 0.60 250.00/hr    | 150.00 |
| 12/8/2021    | NDT | Receipt of further information from Debbi re: vaccines being provided to detainees.                                                                                                           | 0.20 250.00/hr    | 50.00  |
| 12/9/2021    |     | ████████████████████████████████████████████████                                                                                                                                             |                   |        |
|              | NDT | Multiple email correspondence from Pltffs' counsel re: threatened motion to expedite/analysis of docs provided by Debbi and prepare response/note numerous issues for upcoming hearing         | 1.60 250.00/hr    | 400.00 |
|              | AS  | Receipt and analysis of communications from opposing counsel concerning discovery; strategy for disclosure with NDT; supplement communication with opposing counsel concerning disclosures; analysis of documentation from facility | 3.20 250.00/hr    | 800.00 |
| 12/10/2021   |     | ████████████████████████████████████████████████                                                                                                                                             |                   |        |
|              | NDT | Email communications w/Plaintiff's counsel re: request for expedited discovery/receipt and review of Plaintiff's motion for expedited discovery/beginning analysis for potential response.     | 0.90 250.00/hr    | 225.00 |
|              | AS  | Communication with opposing counsel concerning discovery; communication with Rick Wells concerning inspection; receipt and analysis of Motion for Discovery; communication with Debbi and analysis of CJP meeting minutes | 1.10 250.00/hr    | 275.00 |
| 12/13/2021   | NDT | Prepare for status conference/attend status conference.                                                                                                                                       | 3.50 250.00/hr    | 875.00 |
|              | NDT | Drafting updated status email to Debbi.                                                                                                                                                       | 0.70 250.00/hr    | 175.00 |

Shelby County Attorney                                                                                    Page 3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/13/2021 | AS | Analysis of listed of issues and responsive documentation; communications with opposing counsel and Brady prior reports; supplement communications with client | 1.30 250.00/hr | 325.00 |
|  | AS | Communication with Inspector and with Debbi concerning upcoming inspection; Receipt and analysis of Order on Motion for Discovery; preparation for hearing and attend hearing with Court (pro-rated) | 1.90 250.00/hr | 475.00 |
| 12/14/2021 | NDT | Finalize email status to Debbi and Chief Fields. | 0.20 250.00/hr | 50.00 |
|  | NDT | Further email communications from Debbi re: communications to and from Inspector Wells. | 0.20 250.00/hr | 50.00 |

12/16/2021

12/17/2021

12/20/2021

12/21/2021

Shelby County Attorney                                                                   Page 4



| | Hrs/Rate | Amount |
|---|---|---|
| 12/21/2021 | | |
| 12/22/2021 | | |
| 12/23/2021 | | |
| 12/27/2021 | | |
| 12/28/2021 | | |
| 12/29/2021 | | |
| 12/31/2021 | | |

Shelby County Attorney

Hrs/Rate    Amount





12/6/2

2/2/20

# Pentecost & Glenn, PLLC

**162 Murray Guard Drive, Suite B**
**Jackson, TN 38305**

Invoice submitted to:

Shelby County Attorney
160 North Main Street, Suite 950
Memphis, TN 38103

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| March 17, 2022 | 43138 | 2/11/2022 |

In Reference To:   Favian Busby, et al. v. Floyd Bonner, Jr., et al.
U.S. Western District 2:20-cv-02359-SHL

Professional Services

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Time** | | | | |
| 1/3/2022 | | | | |
|  | NDT | Court order on Plaintiffs' motion to implement hotline/forward to Debbi. | 0.40 250.00/hr | 100.00 |
| 1/4/2022 | | | | |
|  | NDT | Drafting motion for extension/communications w/Marlinee re: same/consultation w/JAS re: ventilation issues/plan/email communications w/Plaintiff's counsel re: both issues. | 2.70 250.00/hr | 675.00 |

Shelby County Attorney

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/4/2022 | AS | Analysis of information from Wells compared with lists of issues; call with Marlinee regarding status and ventilation; call with Debbi concerning status; supplement Motion to Continue | 1.80 250.00/hr | 450.00 |
| 1/5/2022 | NDT | Further email communications w/Plaintiffs' counsel/revisions to motion to continue hearing and deadlines/finalize same. | 0.80 250.00/hr | 200.00 |
| | NDT | Email communications w/court re: filings. | 0.20 250.00/hr | NO CHARGE |
| | AS | Supplement Motion for Extension on Discovery Deadlines and Hearing on Motion to Enforce; communication with opposing counsel concerning motion and ventilation issue; communications with Steve Graves and supplement response to Haltom Report; additional analysis of issues for upcoming hearing and potential discovery | 3.80 250.00/hr | 950.00 |
| 1/6/2022 | | | | |
| 1/7/2022 | | | | |

Shelby County Attorney                                                                    Page 3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/7/2022 |  |  |  |  |
| 1/10/2022 |  |  |  |  |
| 1/11/2022 |  |  | 250.00/hr |  |
|  | AS | Communication with opposing counsel; receipt and analysis of Plaintiff's Motion for Discovery; receipt and analysis of Rick Wells' Inspector's Report and communication with all clients concerning findings/recommendations; communication with S. Graves concerning plan for ventilation issues; Response to Plaintff's Motion for Discovery; communication with opposing counsel concerning prior issues and threat for discovery sanctions | 5.40 250.00/hr | 1,350.00 |
| 1/12/2022 | NDT | Revisions to Defendants' Response in Opposition to Plaintiffs' motion for expedited discovery. | 0.90 250.00/hr | 225.00 |
|  | AS | Extensive communication with Debbi; supplement Defendants' Response in Opposition to Motion for Expedited Discovery with analysis of governing case law and procedural status | 3.70 250.00/hr | 925.00 |
| 1/13/2022 |  |  |  |  |
|  | NDT | Receipt of notice from Court re: status conference/call w/Debbi re: status of case and update in light of Wells' recommendations. | 0.70 250.00/hr | 175.00 |
| 1/14/2022 |  |  | 250.00/hr |  |
|  | NDT | Attend status conference. | 1.00 250.00/hr | 250.00 |

Shelby County Attorney                                                                            Page 4



|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/14/2022 |  |  |  |  |
|  | AS | Prepare for and attend status conference; communication with Eddie Miller concerning status of ventilation issues (pro-rated) | 0.50 250.00/hr | 125.00 |
| 1/18/2022 |  |  |  |  |
| 1/19/2022 |  |  |  |  |
| 1/20/2022 | NDT | Begin review of voluminous documentation to produce to Plaintiffs per Court order/identify and designate certain documentation as confidential. | 3.60 250.00/hr | 900.00 |
| 1/21/2022 | NDT | Continue review of docs to produce to Plaintiffs pursuant to Court order. | 2.90 250.00/hr | 725.00 |
| 1/22/2022 |  |  |  |  |

Shelby County Attorney

| | Hrs/Rate | Amount |
|---|---|---|
| 1/22/2022 | | |
| 1/23/2022 | | |
| 1/24/2022 | | |
| 1/25/2022 | | |
| 1/26/2022 | | |
| 1/27/2022 | | |



Shelby County Attorney

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/27/2022 |  |  |  |  |
| 1/28/2022 | NDT | Email communications w/Debbi re: documents to Wells. | 0.20 250.00/hr | 50.00 |
|  | NDT | Email communications w/Wells re: masks issue and photos re: same. | 0.30 250.00/hr | 75.00 |
|  | NDT | Analysis of documents provided to Wells and prepare documents to produce to Plainiffs counsel/email communications w/Plaintiffs' counsel re: same. | 2.60 250.00/hr | 650.00 |
|  | AS | Extensive analysis of documentation provided to Wells by the facility; communication with Wells concerning masks; communication with Debbi concerning status; extensive preparation of voluminous documentation/media for production to Plaintiffs | 4.60 250.00/hr | 1,150.00 |
| 1/29/2022 |  |  |  |  |
| 1/30/2022 |  |  |  |  |
| 1/31/2022 | NDT | Further revisions to comments/receipt of further documentation from Lt Styles and provide to plaintiffs' counsel/email communications w/pltff's counsel re: upcoming meet and confer/call w/Debbi re: status/receipt and review of further documents from Styles and prepare to produce to Plaintiffs. | 1.30 250.00/hr | 325.00 |
|  | AS | Communication with Debbi and strategy for comments to Inspector's Report; supplement comments; Receipt and analysis of documents from Lt. Styles and communication with Mr. Wells concerning documentation production | 2.60 250.00/hr | 650.00 |

SUBTOTAL:

Shelby County Attorney                                                                                    Page 7

Additional Charges :



Expense

1/7/2022
1/26/2022
1/27/2022





# Pentecost & Glenn, PLLC
### 162 Murray Guard Drive, Suite B
### Jackson, TN 38305

Invoice submitted to:

Shelby County Attorney
160 North Main Street, Suite 950
Memphis, TN 38103

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| May 2, 2022 | 43425 | 3/17/2022 |

In Reference To:  Favian Busby, et al. v. Floyd Bonner, Jr., et al.
U.S. Western District 2:20-cv-02359-SHL

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Time** | | | | |
| 2/1/2022 | ███ | ████████████████████ | ███ | ████ |
| | NDT | Prepare documents to produce to Plaintiffs that were provided to Mr. Wells by Styles/email correspondence w/Plaintiffs' counsel re: same. | 0.60 250.00/hr | 150.00 |
| | | ████████████████████████████████ | | |
| 2/2/2022 | NDT | Preparation of meet and confer by reviewing documentation previously produced/meet and confer call w/opposing counsel/post-conference w/JAS re: plan moving forward. | 2.30 250.00/hr | 575.00 |
| | AS | Continued analysis of report comparing to list of issues and both comments; compile list for all needed information/documentation to avoid enforcement | 0.90 250.00/hr | 225.00 |
| | AS | Conference call - meet and confer; strategy with NDT | 1.40 250.00/hr | 350.00 |
| 2/3/2022 | NDT | Conference w/JAS re: email correspondence to Debbi and plan moving forward on remaining issues. | 0.40 250.00/hr | NO CHARGE |

Shelby County Attorney                                                                     Page 2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/3/2022 | NDT | Drafting Defendants' Report of remaining issues. | 3.60 250.00/hr | 900.00 |
|  | NDT | Email communications w/opposing counsel re: remaining issues. | 0.20 250.00/hr | 50.00 |
|  | AS | Strategy with NDT; communication with all clients concerning needed documentation; supplement communication with opposing counsel concerning notice; supplement notice concerning remaining issues | 2.40 250.00/hr | 600.00 |
| 2/4/2022 | NDT | Further revisions to Defendants' Report on Remaining Issues/multiple email communications w/Plaintiff's counsel re: remaining issues/finalize report/multiple conferences w/JAS re: same. | 2.70 250.00/hr | 675.00 |
|  | NDT | Receipt and analysis of Plaintiff's notice of case status/forward to Debbi. | 0.30 250.00/hr | 75.00 |
|  | AS | Receipt and analysis of Plaintiff's Motion and proposed Requests for Production; communication with Debbie concerning status; communication with opposing counsel concerning staffing; strategy with NDT/supplement Notice; communication with opposing counsel concerning notice | 3.60 250.00/hr | 900.00 |
| 2/6/2022 | AS | Receipt and analysis of further documentation from Debbi and Lt. Styles | 0.40 250.00/hr | 100.00 |
| 2/7/2022 |  |  |  |  |
|  | AS | Communication with Debbi and receipt/analysis of documentation concerning requests by Plaintiff; communication with Debbi and supplement monthly report | 0.20 250.00/hr | 50.00 |
| 2/8/2022 |  |  |  |  |
| 2/9/2022 |  |  |  |  |

Shelby County Attorney                                                                    Page 3

|            |     |                                                                                                                              | Hrs/Rate         | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|------------------|-----------|
| 2/9/2022   |     | ████████████████████████████████████████████████████████████████████                                                         |                  |           |
|            | AS  | Continued analysis of filings and potential response to Motion for Sanctions; communication with Debbi and analysis of documents for production | 1.20 250.00/hr   | 300.00    |
| 2/10/2022  | NDT | Email communications from Debbi re: update ad docs re: financial incentives.                                                  | 0.20 250.00/hr   | 50.00     |
|            | AS  | Communication with Debbi; analysis of vaccine documentation                                                                  | 0.20 250.00/hr   | 50.00     |
| 2/11/2022  | NDT | Court order on Pltffs' motion for discovery/email correspondence w/Debbi re: same.                                            | 0.50 250.00/hr   | 125.00    |
| 2/12/2022  | AS  | Call with Debbi concerning issues at facility and discovery items                                                             | 0.20 250.00/hr   | NO CHARGE |
| 2/14/2022  | NDT | Analysis of documents produced and documents needed to request from SCSO re: same/email correspondence w/Debbi, Fileds, and Styles re: RFP production. | 2.40 250.00/hr   | 600.00    |
|            | AS  | Supplement discovery responses and supplement communication to clients concerning status                                     | 1.60 250.00/hr   | 400.00    |
| 2/15/2022  |     | ████████████████████████████████████████████████████████████████████                                                         |                  |           |
|            | AS  | Supplement Response; communication withe Debbi and analysis of documents from facility                                       | 1.30 250.00/hr   | 325.00    |
| 2/16/2022  |     | ████████████████████████████████████████████████████████████████████                                                         |                  |           |
|            | AS  | Supplement discovery responses; preparation of voluminous documentation for production; communication with clients concerning status | 3.80 250.00/hr   | 950.00    |
| 2/17/2022  |     | ████████████████████████████████████████████████████████████████████                                                         |                  |           |

Shelby County Attorney                                                                     Page 4

|            |     |                                                                                                                                                                                                                          | Hrs/Rate          | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 2/18/2022  | MT  | Redact Daily Booking Log for Discovery and bate stamp responsive documents.                                                                                                                                               | 1.20 70.00/hr     | 84.00    |
|            | NDT | Analysis of voluminous documents/multiple communications w/Debbi/finalze written discovery.                                                                                                                               | 8.60 250.00/hr    | 2,150.00 |
|            | AS  | Extensive communication with Debbi; Receipt and analysis of extensive materials for production; communication with opposing counsel concerning issues; communication with Eddie Miller concerning ventilation; supplement Responses to Sixth Set of Requests for Production (Expedited) | 8.60 250.00/hr    | 2,150.00 |
| 2/20/2022  |     |                                                                                                                                                                                                                          |                   |          |
| 2/21/2022  |     |                                                                                                                                                                                                                          |                   |          |
|            | NDT | Email communications w/Debbi re: document production/upcoming class list and other issues/analysis of remaining documents needed for discovery responses.                                                                 | 0.40 250.00/hr    | 100.00   |
| 2/22/2022  | NDT | Compiling updated class and subclass lists/correspondence w/Debbi re: same.                                                                                                                                               | 1.80 250.00/hr    | 450.00   |
| 2/23/2022  |     |                                                                                                                                                                                                                          |                   |          |

Shelby County Attorney                                                                                Page 5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/23/2022 | | ███████████████████████ | | |
| | NDT | Conference call/meet and confer w/Pltffs' counsel. | 1.40 250.00/hr | 350.00 |
| | | ███████████████████████ | | |
| 2/24/2022 | | ███████████████████████ | | |
| | NDT | Multiple communications w/Debbi re: case status. | 1.10 250.00/hr | 275.00 |
| | NDT | Receipt of draft joint report from Plaintiffs' counsel/begin making revisions to same. | 1.20 250.00/hr | 300.00 |
| | | ███████████████████████ | | |
| | AS | Analysis of documentation from Debbi; communication with opposing counsel concerning small group events and produced documentation | 1.20 250.00/hr | 300.00 |
| | AS | Supplement Joint Position Paper on Contested Issues concerning items outstanding of Plaintiff's enforcement efforts | 2.30 250.00/hr | 575.00 |
| 2/25/2022 | NDT | Further revisions to joint notice of parties to Court/email communications w/Plaintiffs' counsel re: same/finalize and prepare for filing. | 3.80 250.00/hr | 950.00 |
| | AS | Communication with opposing counsel concerning negotiations for joint filing; supplement Joint Position Paper on Contested Issues for submission to Judge Lipman; call with Eddie Miller concerning status of ventilation efforts with Burr & Coleman | 3.20 250.00/hr | 800.00 |

Shelby County Attorney                                                                                  Page 6

|              |     |                                                                                                                                                                                                                                                                                                                                      | Hrs/Rate          | Amount    |
|--------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 2/27/2022    | AS  | Communication for all clients concerning recent Joint Paper, Wells's Report, and upcoming deadline to respond to dispute resolution issues                                                                                                                                                                                            | 0.30 250.00/hr    | 75.00     |
| 2/28/2022    |     | ████████████████████████████████████████                                                                                                                                                                                                                                                                                             |                   |           |
|              | NDT | Documentation from Debbi re: town halls and analysis of same.                                                                                                                                                                                                                                                                         | 0.30 250.00/hr    | 75.00     |
|              | NDT | Call w/Debbi re: current status and facility issues.                                                                                                                                                                                                                                                                                  | 0.60 250.00/hr    | 150.00    |
|              | AS  | Supplement communications to clients concerning status and dispute resolution process; analysis of CDC guidelines concerning masks and Shelby Co.; Communication with Eddie Miller concerning ventilation issue; communication with Debbi and analysis of extensive Town Hall documentation; extensive call with Debbi concerning status and facility issues (pro-rated) | 1.10 250.00/hr    | 275.00    |
| 3/1/2022     | NDT | Begin drafting response to Plaintiffs' initiation of dispute resolution practice.                                                                                                                                                                                                                                                     | 0.80 250.00/hr    | 200.00    |
|              |     | ████████████████████████████████████████                                                                                                                                                                                                                                                                                             |                   |           |
|              | NDT | Email communications w/Marlinee, Debbi, and Bridgett re: prepared response to dispute resolution practice notice from Plaintiffs.                                                                                                                                                                                                      | 0.20 250.00/hr    | 50.00     |
|              | NDT | Call w/Debbi re: case status and review of proposed response to Plaintiffs' dispute resolution notice.                                                                                                                                                                                                                                | 0.30 250.00/hr    | 75.00     |
|              | NDT | Receipt and review of Plaintiff's motion to file Reply and proposed Reply.                                                                                                                                                                                                                                                            | 0.20 250.00/hr    | 50.00     |
|              | AS  | Communication with opposing counsel concerning request to Reply; supplement communication with opposing counsel concerning response to dispute resolution process                                                                                                                                                                     | 0.80 250.00/hr    | 200.00    |
|              | AS  | Call from Debbi concerning status (pro-rated)                                                                                                                                                                                                                                                                                         | 0.20 250.00/hr    | NO CHARGE |

████████████████████████████████████████

Shelby County Attorney                                                                    Page 7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2022 | NDT | Communications from Independent Inspector re; documents request from Jail/call w/Debbi re: same and issues related to response to Plaintiffs' notice initiating dispute resolution practice. | 0.40 250.00/hr | 100.00 |
|  | AS | Communication with Debbi; communication with Rick Wells and receipt of requests; call with Debbi and analysis of documentation | 0.90 250.00/hr | 225.00 |
|  | AS | Continued analysis of R. Wells Report with comparison to new requests | 0.60 250.00/hr | 150.00 |
| 3/3/2022 | NDT | Revisions to response to Plaintiffs' initiation of dispute resolution process in light of information from Debbi and concerns from Marlinee. | 0.40 250.00/hr | 100.00 |
|  | NDT | Email communications w/Pltff's counsel forwarding response to dispute resolution practice initiation. | 0.20 250.00/hr | 50.00 |
|  | AS | Supplement response to dispute resolution invocation; communication with Debbi and receipt and analysis of documents provided | 0.40 250.00/hr | 100.00 |
| 3/4/2022 |  |  |  |  |
| 3/7/2022 |  |  |  |  |
| 3/8/2022 |  |  |  |  |
|  | AS | Communication with Debbi concerning needed information for update | 0.20 250.00/hr | NO CHARGE |
|  | AS | Calls with Debbi concerning reports, testing, and positives | 0.30 250.00/hr | 75.00 |

Shelby County Attorney                                                                 Page 8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/9/2022 |  |  |  |  |
| 3/10/2022 | NDT | Further email communications w/Debbi re: testing info/review of documentation obtained. | 0.30 250.00/hr | 75.00 |
|  | AS | Communication with Debbi; Receipt and analysis of documents from facility; attempted communication with County Attorney | 0.40 250.00/hr | 100.00 |
| 3/11/2022 | NDT | Call w/Marlinee re: monthly report and plan. | 0.20 250.00/hr | 50.00 |
|  | NDT | Multiple communications w/Debbi re: info. for report/revisions to same/email communications w/Plaintiffs' counsel re: same. | 0.80 250.00/hr | 200.00 |
|  | AS | Communication with Debbi concerning status and supplement update; Call with Marlinee | 0.80 250.00/hr | 200.00 |
|  | AS | Supplement Jail update and communication with Rick Wells | 0.20 250.00/hr | 50.00 |
| 3/14/2022 |  |  |  |  |
| 3/15/2022 | NDT | Call w/Mr. Wells re: case status/email communications w/Debbi re: same. | 0.80 250.00/hr | 200.00 |
|  | AS | Communication with Mr. Wells concerning requests/status (pro-rated) | 0.20 250.00/hr | 50.00 |
| 3/18/2022 |  |  |  |  |
| 3/21/2022 |  |  |  |  |

Shelby County Attorney                                                                    Page 9



|            |    |                                                                                      | Hrs/Rate           | Amount |
|------------|----|--------------------------------------------------------------------------------------|--------------------|--------|
| 3/23/2022  |    |                                                                                      |                    |        |
| 3/28/2022  |    |                                                                                      |                    |        |
| 3/29/2022  |    |                                                                                      |                    |        |
| 3/30/2022  |    |                                                                                      |                    |        |
|            | AS | Receipt and analysis of Court's Order granting in part and denying in part Motion to Enforce; communication with Debbi and analysis of vaccination documentation | 0.30 250.00/hr | 75.00 |
| 3/31/2022  |    |                                                                                      |                    |        |

SUBTOTAL:

Additional Charges :

Expense

| 2/4/2022 | | |
| 3/3/2022 | | |

Shelby County Attorney

Page 0

3/21/2022



4/26/2022



# Pentecost & Glenn, PLLC
**162 Murray Guard Drive, Suite B**
**Jackson, TN 38305**

Invoice submitted to:

Shelby County Attorney
160 North Main Street, Suite 950
Memphis, TN 38103

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| June 13, 2022 | 43588 | 5/2/2022 |

In Reference To:   Favian Busby, et al. v. Floyd Bonner, Jr., et al.
U.S. Western District 2:20-cv-02359-SHL

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|

Time

| | | |
|---|---|---|
| 4/4/2022 | | |
| 4/5/2022 | | |
| 4/6/2022 | | |
| 4/7/2022 | | |

Shelby County Attorney                                                                          Page 2

|  | Hrs/Rate | Amount |
|---|---|---|



4/7/2022

4/8/2022

4/11/2022

4/12/2022

4/13/2022

4/14/2022

Shelby County Attorney                                                          Page 3



|            |     |                                                                                                                                                                              | Hrs/Rate          | Amount  |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
| 4/14/2022  |     |                                                                                                                                                                              |                   |         |
| 4/18/2022  |     |                                                                                                                                                                              |                   |         |
| 4/19/2022  |     |                                                                                                                                                                              |                   |         |
| 4/20/2022  |     |                                                                                                                                                                              |                   |         |
|            | NDT | Email communications from opposing counsel re: discovery dispute.                                                                                                            | 0.10 250.00/hr    | 25.00   |
|            | AS  | Communication with opposing counsel and analysis of discovery demands; update to all clients demands; communication with Eddie concerning ventilation and analysis of report; communication with all with update on ventilation status | 1.40 250.00/hr    | 350.00  |
| 4/21/2022  |     |                                                                                                                                                                              |                   |         |
| 4/22/2022  | NDT | Email communications w/Debbi re: status of identifying documents requested by Plaintiffs' counsel.                                                                            | 0.20 250.00/hr    | 50.00   |
|            | NDT | Email communications w/opposing counsel re: discovery issues raised.                                                                                                         | 0.30 250.00/hr    | 75.00   |

Shelby County Attorney                                                                                    Page 4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/22/2022 | AS | Communication with Debbi concerning status; communication with opposing counsel concerning ventilation and discovery supplement | 0.40 250.00/hr | 100.00 |
| 4/26/2022 | NDT | Call w/Debbi re: status of gathering documentation requested from opposing counsel. | 0.40 250.00/hr | 100.00 |
|  | AS | Analysis of requested documentation and update to Debbi concerning production status; call with Debbi concerning requested M. Best document production | 0.50 250.00/hr | NO CHARGE |
| 4/27/2022 |  |  |  |  |
| 4/28/2022 |  |  |  |  |
| 4/29/2022 | NDT | Analysis of documentation w/JAS to submit to Plaintiff's counsel. | 0.30 250.00/hr | 75.00 |
|  | AS | Continued analysis of extensive documentation including ESI, Jail Report Cards, and individual files from M. Best and prepare documentation for supplement production; communication with opposing counsel concerning production and their "plan" for requesting enforcement | 5.90 250.00/hr | 1,475.00 |
| 5/2/2022 | AS | Continued analysis of M. Best documentation for supplement of discovery responses; communication with opposing counsel concerning status; communication with R. Wells concerning draft report; update to clients | 1.30 250.00/hr | 325.00 |
| 5/3/2022 | NDT | Email communications w/opposing counsel re: issue re: motion for revision. | 0.20 250.00/hr | 50.00 |
| 5/5/2022 | NDT | Receipt and analysis of Plaintiffs' Motion to Revise Court Order on Enforcement. | 0.40 250.00/hr | 100.00 |
| 5/6/2022 | NDT | Call w/Debbi re: upcoming document production to opposing counsel. | 0.50 250.00/hr | 125.00 |
|  | NDT | Further analysis of records to produce to opposing counsel/conference w/JAS re: same/prepare docs to plaintiff's counsel and submit via email | 0.80 250.00/hr | 200.00 |

Shelby County Attorney                                                           Page 5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2022 |  |  |  |  |
| 5/9/2022 |  |  |  |  |
| 5/10/2022 |  |  |  |  |
|  | AS | Outline of Response to Enforcement filings | 0.80 250.00/hr | 200.00 |
| 5/11/2022 | AS | Continued analysis of documentation and testimony for Response to Motion to Reconsider | 1.20 250.00/hr | 300.00 |
| 5/13/2022 | NDT | Conference w/JAS re: plan for response to Plaintiff's Motion to Modify Order. | 0.30 250.00/hr | NO CHARGE |
|  | AS | Supplement Response to Motion for Revision; communication with Debbi concerning status | 4.40 250.00/hr | 1,100.00 |
| 5/16/2022 |  |  |  |  |
|  | AS | Communication with Rick Wells; communication with Debbi concerning vaccines; communication with E. Miller concerning ventilation; supplement Response concerning vaccine list | 0.80 250.00/hr | 200.00 |
| 5/17/2022 | NDT | Multiple email communications from Styles w/vaccine numbers/multiple email communications w/Mr. Wells re: same. | 0.60 250.00/hr | 150.00 |
|  | AS | Supplement Response to Motion to Revise with extensive analysis of prior filings, reports, and communications; communication with Debbi concerning status; communication with Lt. Styles concerning vaccines, programs, and production to R. Wells | 7.80 250.00/hr | 1,950.00 |

Shelby County Attorney

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/18/2022 | NDT | Revisions to Defendants' Response to Plaintiff's Motion to Revise Order. | 0.40 250.00/hr | 100.00 |
| 5/19/2022 | NDT | Receipt of Court Order allowing Plaintiffs to file audio. | 0.10 250.00/hr | 25.00 |
| 5/23/2022 | | | | |
| 5/25/2022 | | | | |
| 5/26/2022 | | | | |
| 5/27/2022 | | | | |
| 5/31/2022 | | | | |

SUBTOTAL:

Additional Charges :

Expense

4/7/2022

5/4/2022

Shelby County Attorney



5/2/2022
6/9/2022

