UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Favian Busby, Russell Leaks, and Joseph Nelson *on their own behalf and on behalf of those similarly situated*,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>Floyd Bonner, Jr., *in his official capacity*, Shelby County Sheriff, and the Shelby County Sheriff's Office,<br><br>Respondents-Defendants. | **MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME**<br><br>**Civil Action No. 2:20-cv-2359-SHL-atc** |

Pursuant to Local Rule 7.2(c), Plaintiffs request permission to reply to Defendants' Response in Opposition to Plaintiffs' Motion for Extension of Time (ECF No. 370). Defendants make a novel legal argument to which Plaintiffs would like to reply. A proposed Reply Memorandum is filed with this motion.

Dated: November 7, 2023

Respectfully submitted,

/s/  Nancy Rosenbloom

| | |
|---|---|
| Andrea Woods<br>Nancy Rosenbloom<br>American Civil Liberties Union<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Telephone: (212) 549-2500<br>awoods@aclu.org<br>nrosenbloom@aclu.org | Brice M. Timmons (Bar No. 29582)<br>Donati Law Firm<br>1475 Union Avenue<br>Memphis, TN 38104<br>Telephone: (901) 762-0535<br>btimmons@donatilaw.com |

Josh Spickler (Bar No. 021019)
Just City
P.O. Box 41852
Memphis, TN 38174
Telephone: (901) 206-2226
josh@justcity.org

Maria Morris
American Civil Liberties Union
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6607
mmorris@aclu.org

Zoe Brennan-Krohn
American Civil Liberties Union
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0769
zbrennan-krohn@aclu.org

Stella Yarbrough (Bar No. 33637)
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Telephone: (615) 320-7142
syarbrough@aclu-tn.org

Joseph Bial
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
Fascimile: (202) 223-7420
jbial@paulweiss.com

Ariane Rockoff-Kirk
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fascimile: (212) 757-3990
arockoff-kirk@paulweiss.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Nancy Rosenbloom, certify that on November 7, 2023, I caused a true and correct copy of the foregoing document to be filed electronically via the ECF system.

> Respectfully submitted,
>
> /s/ Nancy Rosenbloom
>
> Nancy Rosenbloom