# EXHIBIT A

# DAVID C. FATHI

915 15th St. N.W., 7th Floor
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org

## BAR ADMISSIONS

Supreme Court of the United States
Supreme Court of Washington
Supreme Court of California (Inactive)
United States Courts of Appeals for the Third, Fourth, Fifth, Seventh, Ninth, and Tenth Circuits
Numerous United States District Courts

## EMPLOYMENT

2010-present   **Director**
1990-93,       **Staff Counsel, Senior Staff Counsel**
2000-07        **American Civil Liberties Union**
               National Prison Project
               Washington, DC
> Legal challenges to conditions of confinement in prisons and jails throughout the United States.

2007-10   **Director, US Program**
          **Human Rights Watch**
          Washington, DC
> Management and supervision of research and advocacy on criminal justice, immigration, and other US human rights issues.

1996-2000   **Staff Attorney**
            **Columbia Legal Services, Institutions Project**
            Seattle, Washington
> Legal challenges to conditions of confinement in prisons, jails, and other institutions.

1994-95   **Articled Student**
          **British Columbia Public Interest Advocacy Centre**
          Vancouver, Canada
> Civil rights and poverty litigation.

## EDUCATION

1993            **Federation of Law Societies of Canada**
                **Committee of Canadian Law Deans**
                Ottawa, Canada
                Certificate of Qualification, November 1993
                    (Equivalent to Canadian law degree)

1985-88         **University of California, Berkeley**
                **School of Law**
                J.D., May 1988
                    American Jurisprudence Award, Contracts
                    Prosser Prize, Employment Discrimination
                    Prosser Prize, Race and American Law

1979-84         **University of Washington**
                Seattle, Washington
                B.S., Psychology, March 1984
                    *Summa Cum Laude*, with College Honors


## SELECTED CASES

### United States Supreme Court

*Johnson v. California*, 543 U.S. 499 (2005) (holding that California state prison system's segregation of prisoners by race is subject to strict scrutiny) (co-author of ACLU *amicus curiae* brief in Supreme Court).

*Overton v. Bazzetta*, 539 U.S. 126 (2003) (considering restrictions on prison visiting) (co-author of ACLU *amicus curiae* brief in Supreme Court).

*Booth v. Churner*, 532 U.S. 731 (2001) (defining the scope of the Prison Litigation Reform Act's administrative exhaustion requirement) (co-author of ACLU *amicus curiae* brief in Supreme Court).

*Edwards v. Balisok*, 520 U.S. 641 (1997) (considering the availability of 42 U.S.C. § 1983 as a vehicle for challenging prison disciplinary proceedings) (principal author of ACLU *amicus curiae* brief in Supreme Court).

*Helling v. McKinney*, 509 U.S. 25 (1993) (holding that compelled exposure of prisoners to second-hand cigarette smoke can constitute cruel and unusual punishment in violation of the Eighth Amendment) (principal author of ACLU *amicus curiae* brief in Supreme Court).

*Denton v. Hernandez*, 504 U.S. 25 (1992) (clarifying the standard for dismissal of a prisoner's *in forma pauperis* complaint as "frivolous" under 28 U.S.C. § 1915(d)) (co-author of ACLU *amicus curiae* brief in Supreme Court).

*Hudson v. McMillian*, 503 U.S. 1 (1992) (rejecting the contention that an unjustified beating of a prisoner by guards does not violate the Eighth Amendment unless the prisoner suffers "significant injury") (co-author of briefs in Supreme Court).

*Rufo v. Inmates of Suffolk County Jail*, 502 U.S. 367 (1992) (clarifying the standard for modification of consent decrees governing prisons and jails) (co-author of ACLU *amicus curiae* brief in Supreme Court).

*Wilson v. Seiter*, 501 U.S. 294 (1991) (holding that Court of Appeals erred in applying "persistent malicious cruelty" test to prison conditions case; vacating dismissal of prisoner's claims to permit application of proper "deliberate indifference" standard) (co-counsel in Supreme Court).

**United States Courts of Appeals**

*Parsons v. Ryan*, 754 F.3d 657 (9th Cir. 2014), *reh'g en banc denied*, 784 F.3d 571 (9th Cir. 2015) (affirming certification of statewide class of 34,000 Arizona prisoners) (argued in Court of Appeals).

*Shook v. El Paso County*, 386 F.3d 963 (10th Cir. 2004), *cert. denied*, 544 U.S. 978 (2005) (reversing district court's denial of class certification in challenge to inadequate mental health care in El Paso County (Colorado) Jail; holding that Prison Litigation Reform Act does not affect class certification in prison conditions cases) (argued in Court of Appeals).

*Jones'El v. Berge*, 374 F.3d 541 (7th Cir. 2004) (affirming district court's order to air condition cells in "supermax" prison to prevent injury or death during summer heat waves) (argued in Court of Appeals).

*Hallett v. Stewart*, 287 F.3d 1193, *amended*, 296 F.3d 732 (9th Cir. 2002) (affirming in part and reversing in part district court judgment denying motion for further relief, denying contempt motion, and terminating decree in challenge to health care at Washington women's prison) (co-counsel in Court of Appeals).

*Gotcher v. Wood*, 122 F.3d 39 (9th Cir. 1997) (considering the availability of 42 U.S.C. § 1983 as a vehicle for challenging prison disciplinary proceedings) (counsel on remand from Supreme Court).

*Johnson v. Robinson*, 987 F.2d 1043 (4th Cir. 1993) (considering whether district court acted properly in granting further relief on environmental and fire safety issues in Maryland prison case) (argued in Court of Appeals).

*Harris v. Thigpen*, 941 F.2d 1495 (11th Cir. 1991) (vacating and remanding dismissal of claim under Rehabilitation Act of 1973; vacating and remanding dismissal of legal access claim; affirming dismissal of privacy and medical care claims of HIV-positive prisoners in Alabama state prisons) (co-author of briefs in Court of Appeals).

**United States District Courts**

*Duvall v. O'Malley*, 2016 WL 3523682 (D. Md. 2016) (comprehensive consent decree in class action challenge to inadequate health care and unsafe environmental conditions at Baltimore City Detention Center).

*Parsons v. Ryan*, 289 F.R.D. 513 (D. Ariz. 2013), 2014 WL 388786 (D. Ariz. 2014), 2014 WL 3721030 (D. Ariz. 2014), 2017 WL 3575711 (D. Ariz. 2017) (statewide class action challenge to inadequate health care and excessive use of solitary confinement on behalf of 34,000 Arizona state prisoners).

*Martinez v. Maketa*, 2011 WL 2222129 (D. Colo. 2011) and *Clay v. Pelle*, 2011 WL 843920 (D. Colo. 2011) (successful challenges to policies limiting prisoner mail to postcards in two Colorado county jails).

*Flynn v. Doyle*, 2007 WL 805788 (E.D. Wis. 2007) (class action challenge to inadequate medical, mental health, and dental care in Wisconsin's largest women's prison).

*Inmates of the Rhode Island Training School v. Martinez*, 465 F.Supp.2d 131 (D.R.I. 2006), 2007 WL 2031536 (D.R.I. 2007) (monitoring compliance with consent decree in challenge to conditions at juvenile correctional facility).

*Hart v. Arpaio*, No. CIV 77-479 PHX EHC (D. Ariz.) (resisting sheriff's motion to terminate consent decree governing conditions of confinement for class of 5,500 pretrial detainees in Maricopa County Jail).

*Office of Protection and Advocacy v. Choinski*, Civil No. 3:03CV1352 (RNC) (D. Conn.) (challenge to conditions of confinement for mentally ill persons in Connecticut's "supermax" prison).

*Canadian Coalition Against the Death Penalty v. Ryan*, 269 F.Supp.2d 1199 (D. Ariz. 2003) (invalidating Arizona statute that required punishment of prisoners whose names appear on internet web pages).

*Jones'El v. Berge*, 172 F.Supp.2d 1128, 164 F.Supp.2d 1096 (W.D. Wis. 2001) (class action challenge to conditions in Wisconsin's "supermax" prison; resulted in preliminary injunction directing removal of mentally ill prisoners and ultimately in comprehensive consent decree).

*Caldwell v. District of Columbia*, 201 F.Supp.2d 27 (D.D.C. 2001) (jury trial in individual prisoner's challenge to conditions of confinement; resulted in award of $175,000, including $50,000 in punitive damages).

*Joslyn v. Armstrong*, 2001 WL 1464780 (D. Conn. 2001) (challenge to transfer of Connecticut prisoners to Virginia "supermax" prison; prisoners were returned to Connecticut during pendency of litigation).

*Prison Legal News v. Crawford*, No. CV-N-00-0373-HDM-RAM (D. Nev.) (challenge to censorship of publications in Nevada state prison system; resulted in consent decree substantially revising censorship policy).

*Duffy v. Riveland*, *Atkins v. Lehman*, No. C96-1985R (W.D. Wash.) (consolidated) (statewide class action challenge to prison officials' failure to accommodate the needs of deaf prisoners; resulted in settlement that improved accommodations for deaf prisoners statewide).

*Hoptowit v. Ray*, No. 79-359-WFN (E.D. Wash.) (compliance monitoring in class action challenge to conditions of confinement at Washington State Penitentiary).

*Hallett v. Payne*, No. 93-5496 (W.D. Wash.) (compliance monitoring and contempt proceedings, including two-week evidentiary hearing, in class action challenge to medical care at Washington Corrections Center for Women).

*Hammer v. King County*, No. C89-521R (W.D. Wash.) (compliance monitoring and negotiation of post-PLRA "private settlement agreement" in class action challenge to conditions of confinement at King County (Seattle) Jail).

*Lopez v. Riveland*, No. 93-1030 (W.D. Wash.) (compliance monitoring in challenge to prison officials' failure to provide translation services for Spanish-speaking prisoners).

*Dudek v. Blair*, No. C76-226 RJM (E.D. Wash.) (compliance monitoring in class action challenge to conditions of confinement in Yakima County Jail).

*Casey v. Lewis*, 773 F. Supp. 1365 (D. Ariz. 1991), *rev'd*, 4 F.3d 1516 (9th Cir. 1993); 834 F. Supp. 1477 (D. Ariz. 1993); 834 F. Supp. 1553 (D. Ariz. 1992), *aff'd in part and vacated in part*, 43 F.3d 1261 (9th Cir. 1994), *rev'd*, 518 U.S. 343 (1996); 834 F. Supp. 1569 (D. Ariz. 1993); 837 F. Supp. 1009 (D. Ariz. 1993) (extensive discovery, trial preparation, and five-week trial in statewide challenge to conditions of confinement in nine Arizona state prisons; resulted in trial court finding that mental health care, accommodations for disabled prisoners, and access to courts were unconstitutionally deficient).

*Austin v. Department of Corrections*, 876 F. Supp. 1437 (E.D. Pa. 1995), 1993 WL 9042 (E.D. Pa. 1993), 1992 WL 277511 (E.D. Pa. 1992) (responsible for mental health issues in statewide challenge to conditions of confinement in thirteen Pennsylvania state prisons).

*Johnson v. Galley*, No. WN-77-113 (D. Md.); *Washington v. Tinney*, No. WN-78-1730 (D. Md.) (postjudgment compliance monitoring in consolidated challenges to conditions of confinement at two Maryland prisons).

*Congdon v. Murray*, No. 3:90 CV00536 (E.D. Va.) (challenge to conditions of confinement at Virginia State Penitentiary; prison was permanently closed during the pendency of the lawsuit).

*Inman v. Board of Supervisors*, No. 2:91 CV00658 (E.D. Va.) (challenge to conditions of confinement at Northampton County Jail in eastern Virginia; after filing of lawsuit, overcrowding at Jail was significantly reduced and extensive health and safety repairs were undertaken).

*Palmigiano v. DiPrete*, 737 F. Supp. 1257 (D.R.I. 1990) (postjudgment compliance monitoring, including three-day contempt hearing, in challenge to conditions of confinement at Rhode Island prisons).

**State Courts**

*Dean v. Lehman*, 143 Wn.2d 12 (2001) (challenge to seizure of funds sent by free persons to their incarcerated spouses) (author of *amicus curiae* brief in Washington Supreme Court).

*In re Meyer*, 142 Wn.2d 608 (2001) (due process challenge to Washington's sex offender "community notification" regime) (co-counsel in Washington Supreme Court).

*Tunstall v. Bergeson*, 141 Wn.2d 201 (2000) (establishing state constitutional right to education for youth incarcerated in adult prisons) (argued in Washington Supreme Court).

*Nelson v. McClatchy Newspapers, Inc.*, 131 Wn.2d 523 (1997) (holding that Washington Fair Campaign Practices Act prohibits an employer from discriminating against an employee because of the employee's off-duty political activities) (co-author of *amicus curiae* brief in Washington Supreme Court).

**SELECTED PUBLICATIONS**

**Reports and law review articles**

Fathi, *Mental Illness in Prisons: Days of Reckoning*, 21 Correctional Mental Health Report 49 (2019).

6

Fathi, *United States: Turning the Corner on Solitary Confinement?* 4 Can. J. Hum. Rts. 167 (2015).

Cohen, *Litigating Correctional Reform: What Matters to the Experts* (contributor), 50 Criminal Law Bulletin 1529 (2014).

Fathi, *Separation, Not Isolation*, 26 Correctional Law Reporter 5 (2014).

Fathi, *An Endangered Necessity: A Response to Prison Visitation Policies: A Fifty-State Survey*, 32 Yale Law & Policy Review 205 (2013).

Fathi, *The Prison Litigation Reform Act: A Threat to Civil Rights*, 24 Fed. Sent'g Rep. 260 (2012).

Fathi, *The Challenge of Prison Oversight*, 47 Am. Crim. L. Rev. 1453 (2010).

Human Rights Watch, *No Equal Justice: The Prison Litigation Reform Act in the United States* (2009).

Fathi, *The Common Law of Supermax Litigation*, 24 Pace L. Rev. 675 (2004).

Boston, Fathi, and Alexander, *Farmer v. Brennan: Defining Deliberate Indifference Under the Eighth Amendment*, 14 St. Louis U. Pub. L. Rev. 83 (1994).

Alexander and Fathi, *Smoking, the Perception of Risk, and the Eighth Amendment*, 13 St. Louis U. Pub. L. Rev. 691 (1994).

**Guest editorials/op-eds**

"A British judge said US prisons are dangerously inhumane. Sadly, she's right," *The Guardian*, January 9, 2021.

"COVID-19 demonstrates why we must end mass incarceration," *The Hill*, September 19, 2020.

"As debates over police reform rage, it's time to end solitary confinement," *Philadelphia Inquirer*, July 1, 2020.

"Should private industry play a role in prison operations?" *CQ Researcher*, October 19, 2018.

"It's time to give prisoners a big raise," *Washington Post*, September 3, 2018.

"This prison causes heart attacks, blindness, and mental illness," *The Guardian*, August 16, 2017.

"Should solitary confinement be limited to one year?" *CQ Researcher*, September 14, 2012.

"Overcrowded state prisons put all Californians at risk," *Los Angeles Daily News*, December 2, 2010.

"Nursing homes with razor wire," *Los Angeles Times*, December 23, 2009.

"An unfair prison litigation system," *Boston Globe*, August 25, 2009.

"Texas increasingly out of step on death penalty," *Houston Chronicle*, May 23, 2009.

"Lock 'em up? It costs you," *Chicago Tribune*, April 1, 2009.

"Dangers of a preventive detention law," *Boston Globe*, January 1, 2009.

**INVITED PRESENTATIONS**

Moderator, "Export Justice Not Jails," Juvenile Justice Advocates International, October 2023 (virtual).

Panelist, "Excessive Punishment and Conditions of Confinement," Death Penalty Information Center, December 2022 (virtual).

"Conditions of Confinement Litigation," Twenty-Seventh Annual National Federal Habeas Corpus Seminar, Philadelphia, August 2022.

"Preclusive Effect of Class Action Consent Decrees," National Homelessness Law Center, July 2022 (virtual).

Panelist, "Death Row Conditions Litigation," Death Row Incarceration: Past, Present, and Future, University of Texas School of Law, April 2022.

Moderator, "COVID-19 Vaccinations for Prison Populations and Staff: Report on Global Scan," Harm Reduction International and Penal Reform International, December 2021 (virtual).

Opening address, 2021 World Congress on Justice with Children, November 2021 (virtual).

Panelist, "Care First, Jails Last: The Role of Oversight in the Pursuit of Alternatives to Incarceration," 2021 Annual Conference, National Association for Civilian Oversight of Law Enforcement, September 2021 (virtual).

Panelist, "Mental Health and Solitary Confinement in Prison," *Prison Law 2021*, Practising Law Institute, June 2021 (virtual).

Panelist, "Health Care for Incarcerated Populations," Health Policy and Bioethics Consortium, Harvard Medical School Center for Bioethics, April 2021 (virtual).

Panelist, "Decarceration Efforts in the Face of COVID-19," Academic Consortium on Criminal Justice Health Virtual Webinar Series, March 2021 (virtual).

"Prison Monitoring in the United States," Antigone Web School on the Privation of Liberty and Fundamental Rights, Dipartimento di Giurisprudenza Università di Torino, October 2020 (virtual).

"Protecting Incarcerated and Detained People in the Age of COVID-19," University of Chicago Law School, May 2020 (virtual).

"Conditions of Confinement Litigation," Twenty-Fourth Annual National Federal Habeas Corpus Seminar, Pittsburgh, August 2019.

Panelist, "Strategies for Litigating Death Row Conditions," NAACP Legal Defense & Educational Fund 40th Annual Capital Punishment Training Conference, Tarrytown, New York, July 2019.

Panelist and Moderator, "Class Actions and Prison/Jail Oversight," *2018 Prisoners' Advocates Conference*, University of Denver College of Law, October 2018.

"Conditions of Confinement Litigation," Twenty-Third Annual National Federal Habeas Corpus Seminar, Baltimore, August 2018.

"Minorities and Indigenous People in Prison in the United States," Workshop on Vulnerable Populations in Detention, UN Committee against Torture, Geneva, August 2018.

"Solitary Confinement" in *Prison Litigation 2018: Practical Strategies*, Practising Law Institute, New York, June 2018.

Panelist, "Behavioral Health in Prisons," Association of State Correctional Administrators winter conference, Orlando, Florida, January 2018.

Panelist, "23/7: Pelican Bay Prison and the Rise of Long-Term Solitary Confinement," American Society of Criminology, 73rd Annual Meeting, Philadelphia, November 2017.

"Criminal Justice in the Age of Trump," Convocation, Carleton College, September 2017.

"Prison Overcrowding in the United States," Workshop on Overcrowding and Torture/Ill-treatment, UN Committee against Torture, Geneva, August 2017.

9

Panelist, "New Challenges and Opportunities for Criminal Justice Reform – SDGs and the 2015 Doha Declaration on Crime Prevention and Criminal Justice," *Law, Justice and Development Week 2016*, World Bank, Washington, December 2016.

Moderator, "Targets of Opportunity," *Out of the Shadows: The Promise of Independent Prison Oversight*, Lyndon B. Johnson School of Public Affairs, University of Texas, November 2016.

"Race, Mass Incarceration, and Human Rights," Carleton College, October 2016.

"The Nelson Mandela Rules," *2016 Prisoners' Advocates Conference*, University of California-Los Angeles School of Law, September 2016.

"Hepatitis C in Correctional Facilities: Legal Considerations," *2016 Coalition of Correctional Health Authorities Training Symposium*, Washington, September 2016.

Panelist, "Conditions of Confinement Litigation," Twenty-First Annual National Federal Habeas Corpus Seminar, Washington, August 2016.

Panelist, "Litigating and Challenging Solitary Confinement in Different Countries," *International and Interdisciplinary Perspectives on Prolonged Solitary Confinement*, University of Pittsburgh Law School, April 2016.

Panelist, "A Moment of Reform?" Liman Colloquium: *Moving Criminal Justice*, Yale Law School, April 2016.

Panelist, "Accreditation or More Oversight?" American Correctional Association, Winter Conference, New Orleans, January 2016.

Panelist, "Government and Private Defendants," Fifth Annual Immigration Litigation Roundtable, Yale Law School, December 2015.

Panelist, "Perspectives on connecting academics to the conversation on criminal justice health reform," University of California Criminal Justice and Health Consortium, San Francisco, November 2015.

Panelist, "Time in Cell:   Courts, Prisons, and Restrictive Housing," Ninth Circuit Corrections Summit, Sacramento, November 2015.

Keynote address, "Mass Incarceration, Race, and Human Rights," Central Washington University, Ellensburg, Washington, October 2015.

"Solitary Confinement" in *Prison Law 2015*, Practising Law Institute, New York, October 2015.

Panelist, "Restrictive Housing Round Table: A Candid Conversation," American Correctional Association, 145th Congress of Correction, Indianapolis, August 2015.

Panelist, "Revising the Global Standards for Treatment of Prisoners: 60-Year-Old International Guidelines updated as New 'Mandela Rules,'" United States Institute of Peace, Washington, July 2015.

Panelist, "Rights, Oversight, and Change," Liman Colloquium: *Detention on a Global Scale: Punishment and Beyond*, Yale Law School, April 2015.

Panelist, "Life in the Hole: A Panel Discussion on Solitary Confinement in the US Prison System," Cornell Law School, March 2015.

Panelist, "Structural Reform Litigation at 60," Association of American Law Schools Annual Meeting, Washington, January 2015.

"Alternative Perspectives on Detention Conditions," *2014 Immigration Litigation Strategy Meeting*, American Immigration Council, Washington, July 2014.

*Panelist, Política Criminal, Justicio Penal y Derechos Humanos*, Buenos Aires, April 2014.

"Solitary Confinement in U.S. Prisons, Jails, and Other Places of Detention," Yale Law School, April 2014.

Panelist, "Visiting Prisons," Liman Colloquium: *Punishment, Circa 2014: The State of Corrections*, Yale Law School, April 2014.

"Challenging Incarceration: Fighting for the Rights of 2.3 Million People in America's Prisons," Princeton University, April 2014.

"Prolonged Solitary Confinement of Prisoners as a Violation of International Human Rights Law," Lori E. Talsky Center for Human Rights Lecture Series, Michigan State University Law School, April 2014.

Panelist, *The Crisis in American Criminal Justice: Why America is the World's Largest Jailer*, Montclair State University, October 2013

"Prison Reform in the Courts and Beyond" in *Inside/Outside: Incarceration and Communication*, Princeton University, April 2013.

"United States: Turning the Corner on Solitary Confinement?" in *Ending the Isolation: An International Conference on Human Rights and Solitary Confinement*, University of Manitoba Faculty of Law, Winnipeg, Canada, March 2013.

"Strategies for Reform" in *Inhumane and Ineffective: Solitary Confinement in Michigan and Beyond*, University of Michigan Law School, February 2013.

"Segregation" in *Prison Law 2012*, Practising Law Institute, New York, August 2012.

Moderator, *The Increased Use of Solitary Confinement in New York State Prisons*, New York State Bar Association Committee on Civil Rights, New York, January 2012.

"Combining Litigation with Other Methods of Advocacy" in *Cross-national Collaboration: Protecting Prisoners in the US and Russia*, American Bar Association Central European and Eurasian Law Initiative, Moscow, January 2012.

Participant, *Overcriminalization/Excessive Punishment: Uncoupling Pipelines to Prison*, Yale Law School, December 2011.

"Conditions of Confinement" in *The Civil Rights Crisis in the Federal System Post-9/11*, Brooklyn, New York, October 2011.

"Supreme Court Review" in *Prison Law 2011*, Practising Law Institute, New York, August 2011.

"Structural Discrimination Against People of African Descent in the Administration of Justice," invited presentation to the United Nations Working Group of Experts on People of African Descent, Geneva, Switzerland, April 2010.

"The Hardening of Prison Conditions: Supermax, Segregation, and Solitary Confinement," in *Imprisoned: The Thirteenth Annual Liman Colloquium*, Yale Law School, March 2010.

"Bringing Human Rights Home: International Human Rights Law in U.S. Courts," National Legal Aid & Defender Association annual conference, Denver, November 2009.

"Has Change Come? Human Rights in the United States under the Obama Administration," The Rothko Chapel, Houston, April 2009.

"Human Rights in the Southeast," Fourth Annual Working in the Public Interest Law Conference, University of Georgia, Athens, February 2009.

"The Death Penalty and International Human Rights Law," National Coalition to Abolish the Death Penalty Annual Conference, Harrisburg, Pennsylvania, January 2009.

"Post-9/11 Human Rights Violations in the United States," The Rothko Chapel, Houston, June 2008.

"The Limits of Punishment" in *The Constitution and the Prison: Incarceration American Style*, Amherst College, Amherst, Massachusetts, May 2008.

"Prison Conditions Litigation: What We Can Do," Ad Hoc Capital Representation Task Force, Annual Summer Meeting, Washington, July 2007.

"American Prison Conditions and Legal Advocacy Strategies for Prisoners' Rights Protection," Renmin University of China School of Law, Beijing, November 2006.

"Tickets to Limbo: Psychiatric Disability in the Criminal Justice System," National Association for Rights Protection and Advocacy 25th Annual Conference, Baltimore, November 2006.

"The Right to Health Care for Incarcerated Persons" in *Advocating for Health Care as a Human Right: Health Care in Prison and Detention*, American Bar Association Midyear Meeting, Chicago, February 2006.

"Prison Litigation Reform Act: Current Issues" and "Creative Approaches to Solving Institutional Problems," in *Prisoners' Rights Litigation: A Workshop for Plaintiff Attorneys*, USC Law School, Los Angeles, October 2005.

"Prison Litigation and Prisoner Rights" and "Keeping the Mentally Ill out of Restrictive Housing Units," National Association of Protection and Advocacy Systems 28th Annual Conference, Alexandria, Virginia, June 2005.

"Litigating Conditions of Confinement," Ninth Annual National Federal Habeas Corpus Seminar, St. Louis, August 2004.

"CRIPA and Other Laws Affecting Institutionalized Persons," National Bar Association 79th Annual Convention, Charlotte, North Carolina, August 2004.

"New Substantive Areas of Law" and "Mental Health and Supermax Issues," in *Prisoners' Rights Litigation: A Workshop for Experienced Plaintiff Attorneys* (sponsored by the Yale Law School Jerome N. Frank Legal Services Organization), New Haven, May 2004.

"Obstacles Facing the Litigator Today," in *Prison Reform Revisited: The Unfinished Agenda*, Pace Law School, White Plains, New York, October 2003.

"Dealing With Client Despair," NAACP Legal Defense & Educational Fund 24th Annual Capital Punishment Training Conference, Warrenton, Virginia, July 2003.

"Prison Litigation: Thinking Through and Framing Your Legal Claims," National Association of Protection and Advocacy Systems 26th Annual Conference, Washington, DC, May 2003.

"Section 1983 and the Prison Litigation Reform Act," in *Prisoners' Rights Litigation: A Workshop for Plaintiff Attorneys* (sponsored by the Yale Law School Jerome N. Frank Legal Services Organization), New Haven, April 2003.

"Constitutional Law Governing Prison and Jail Conditions Cases" in *Prisoners' Rights Litigation: Identifying and Trying Winning Cases* (Texas State Bar Association Individual Rights and Responsibilities Section CLE), Austin, March 2003.

"Challenging Death Row Conditions of Confinement" (training sponsored by Arizona Capital Representation Project), Tucson, December 2002.

"Prison Conditions Litigation and Other Ways to Improve Your Client's Mental State," Seventh Annual National Federal Habeas Corpus Seminar, Nashville, August 2002.

"Prison Law Libraries After *Lewis v. Casey*," American Association of Law Libraries, 95th Annual Meeting and Conference, Orlando, Florida, July 2002.

"Litigating Prison and Jail Mental Health Care," National Association of Protection and Advocacy Systems 25th Annual Conference, Washington, DC, June 2002.

"The Business of Supermax," Episcopal Church Province III Conference on Jail and Prison Ministry, Richmond, Virginia, April 2002.

"Prison Rape," Syracuse University Law School, Syracuse, New York, November 2001.

"Litigation: Is It Still Relevant?" Critical Resistance Northeast Regional Conference, Columbia University Law School, New York City, March 2001.

"Supermax Prisons," Amnesty International Mid-Atlantic Regional Conference, Richmond, Virginia, November 2000.

"The Court's Next Federalism Battleground: Should the ADA Apply to State and Local Prisons?" National Press Club, Washington, DC, September 2000.

"Death Row Conditions and PLRA Litigation," Fifth Annual National Federal Habeas Corpus Seminar, Nashville, August 2000.

"Death Row Conditions Roundtable," NAACP Legal Defense & Educational Fund 21st Annual Capital Punishment Training Conference, Warrenton, Virginia, July 2000.

"Prison Law Basics" in *When The Door Closes: Preparing Your Client For Incarceration* (Washington Association of Criminal Defense Lawyers CLE), Seattle, May 1998.

>"The Prison Litigation Reform Act of 1995" in *Government Accountability: Enforcing Individual Rights* (Washington State Trial Lawyers Association CLE), Seattle, July 1997.

>"Cultural and Religious Rights of Native American Prisoners" in *Introduction to Indian Law* (King County Volunteer Legal Services Program CLE), Seattle, March 1997.

>"The Rights of Prisoners and Ex-Offenders," Second Annual People's Lawyers Conference, Columbia University Law School, New York City, November 1992.

>"The Supreme Court's Decision in *Rufo v. Inmates of the Suffolk County Jail*: Legal Implications for Correctional Health Care," 16th National Conference on Correctional Health Care, Chicago, September 1992.

**PUBLIC SERVICE**

>Chair, Board of Directors, Penal Reform International, 2021 to present.

**October 2023**