# EXHIBIT B

| Name | Graduation Year | Total Hours | Fitzpatrick Rate 2022 | Amount |
|---|---|---|---|---|
| Andrea Woods | 2014 | 104.20 | $ 563.00 | $ 58,664.60 |
| David Fathi | 1988 | 7.50 | $ 758.00 | $ 5,685.00 |
| Nancy Rosenbloom | 1987 | 216.00 | $ 760.00 | $ 164,160.00 |
| Maria Morris | 2001 | 91.60 | $ 699.00 | $ 64,028.40 |
| Jennifer Wedekind | 2011 | 13.00 | $ 601.00 | $ 7,813.00 |
| Aditi Shah | 2020 | 42.50 | $ 473.00 | $ 20,102.50 |
| Samantha Weaver | Paralegal | 7.10 | $ 207.00 | $ 1,469.70 |
| Jessica Carns | Paralegal | 4.50 | $ 207.00 | $ 931.50 |
| **Total** | | | | **$ 322,854.70** |

| Staff Name | Time | Date | Description |
|---|---|---|---|
| J. Wedekind | 1.00 | 4/14/2021 | reviewing inspection report and compiling resources for team next steps |
| A. Woods | 0.25 | 4/15/2021 | Drafting response to opp counsel re premature termination push |
| A. Woods | 1.25 | 4/16/2021 | Team meetings (2) re motion to enforce |
| A. Woods | 0.75 | 4/16/2021 | Meet and confer re motion to enforce |
| J. Wedekind | 1.00 | 4/16/2021 | reviewing draft motion to modify and providing feedback |
| A. Woods | 2 | 4/18/2021 | Drafting brief motion to enforce |
| J. Wedekind | 1.00 | 4/19/2021 | weekly team call regarding motion to enforce |
| J. Wedekind | 0.50 | 4/19/2021 | reviewing updated draft of motion to enforce/modify |
| A. Woods | 1 | 4/20/2021 | Call re enforcement efforts |
| A. Woods | 1 | 4/21/2021 | draft counter proposal re premature termination |
| S. Weaver | 0.10 | 4/27/2021 | Saving pleadings to case file. |
| S. Weaver | 0.10 | 4/27/2021 | Saving pleadings to case file. |
| A. Woods | 0.75 | 4/30/2021 | team meeting re motion to enforce, respond to opp counsel's claim that decree terminated |
| J. Wedekind | 0.40 | 4/30/2021 | reviewing defs responses to expert recommendations |
| J. Wedekind | 0.50 | 4/30/2021 | team call regarding next steps for enforcement |
| A. Woods | 4.5 | 5/1/2021 | drafting motion to enforce |
| A. Woods | 1 | 5/3/2021 | Call w Mike Brady re enforcement, compliance |
| N. Rosenbloom | 1.00 | 5/4/2021 | Litigation -strategy discussion with Samant |
| N. Rosenbloom | 2.50 | 5/4/2021 | Litigation -reviewed settlement documents for enforcement strategy |
| N. Rosenbloom | 2.50 | 5/4/2021 | Litigation -reviewed settlement documents for enforcement strategy |
| J. Wedekind | 0.50 | 5/5/2021 | team call regarding upcoming meet and confer |
| N. Rosenbloom | 0.50 | 5/5/2021 | Litigation - reviewed and edited proposed motion to modify |
| N. Rosenbloom | 0.50 | 5/5/2021 | Litigation -strategy discussion with litigation team regarding meet and confer |
| J. Wedekind | 0.50 | 5/6/2021 | team call regarding meet and confer debrief |
| N. Rosenbloom | 0.50 | 5/6/2021 | Plaintiff team meeting to debrief meet and confer. |
| N. Rosenbloom | 1.00 | 5/7/2021 | Reviewed Brandy inspection report and response. |
| N. Rosenbloom | 0.50 | 5/10/2021 | Strategy discussion with A. Woods. |
| N. Rosenbloom | 1.00 | 5/11/2021 | Analyzed expert declaration for enforcement motion. |
| N. Rosenbloom | 0.50 | 5/11/2021 | Draft pro hac vice motion and requested certificate. |
| J. Carns | 0.50 | 5/12/2021 | Draft pro hac vice application for N. Rosenbloom. |
| N. Rosenbloom | 0.20 | 5/12/2021 | Prepare for strategy meeting. |
| N. Rosenbloom | 0.50 | 5/12/2021 | Drafted MOL on motion to enforce/modify. |
| N. Rosenbloom | 1.20 | 5/12/2021 | Drafted MOL on motion to enforce/modify. |
| N. Rosenbloom | 1.00 | 5/12/2021 | Discussion with independent monitor Brady, Woods, Borner, Spickler, Yarbrough. |

| | | | |
|---|---|---|---|
| J. Wedekind | 1.00 | 5/13/2021 | weekly team call regarding enforcement |
| J. Wedekind | 0.30 | 5/13/2021 | reviewing draft motion to enforce |
| N. Rosenbloom | 0.90 | 5/13/2021 | Team strategy call regarding motion to enforce and modify inspector report. |
| N. Rosenbloom | 0.80 | 5/13/2021 | Drafted motion to enforce/modify. |
| J. Carns | 1.00 | 5/14/2021 | Confirm N. Rosenbloom's dates of admission for pro hac vice application. |
| N. Rosenbloom | 0.20 | 5/17/2021 | Prepare client declaration for filing. |
| N. Rosenbloom | 0.50 | 5/17/2021 | Reviewed documents and coordinated edits for filing enforcement motion. |
| J. Carns | 1.30 | 5/18/2021 | File pro hac vice application for N. Rosenbloom. |
| J. Wedekind | 0.50 | 5/18/2021 | reviewing motion to enforce drafts and correspondence with team regarding same |
| N. Rosenbloom | 0.90 | 5/18/2021 | Drafted enforcement motion. |
| A. Woods | 1.25 | 5/19/2021 | Review motion to enforce |
| A. Woods | 0.75 | 5/19/2021 | Email opp counsel re motion to enforce |
| J. Wedekind | 0.70 | 5/19/2021 | reviewing draft motion to enforce |
| J. Wedekind | 0.50 | 5/19/2021 | team call regarding motion to enforce |
| N. Rosenbloom | 1.00 | 5/19/2021 | Drafted enforcement motion. |
| J. Wedekind | 0.30 | 5/20/2021 | weekly team call debriefing enforcement filing |
| A. Woods | 0.5 | 5/24/2021 | Call w N Rosenbloom re enforcement motions |
| N. Rosenbloom | 1.50 | 5/24/2021 | Reviewed filings, drafted responses to emails from defendants' counsel. |
| N. Rosenbloom | 0.50 | 5/24/2021 | Strategy meeting with Woods. |
| N. Rosenbloom | 1.00 | 5/25/2021 | Researched vaccine education efforts in jails and prisons nationwide. |
| J. Wedekind | 0.30 | 5/27/2021 | weekly team meeting regarding upcoming enforcement reply |
| N. Rosenbloom | 0.30 | 5/27/2021 | Litigation team meeting to prepare for reply and negotiate to enforce settlement. |
| S. Weaver | 0.20 | 5/27/2021 | Saving pleadings to case file. |
| N. Rosenbloom | 0.50 | 5/31/2021 | Reviewed second expert Inspection Report from M. Brady. |
| J. Wedekind | 1.00 | 6/1/2021 | reviewing new monitor report |
| M. Morris | 0.30 | 6/1/2021 | Litigation - Reading recent inspection report |
| N. Rosenbloom | 0.20 | 6/1/2021 | Email to defendants' counsel regarding meet and confer. |
| J. Wedekind | 0.20 | 6/2/2021 | reviewing team emails |
| M. Morris | 0.20 | 6/2/2021 | Litigation - Reviewing emails re Defs' motion to terminate |
| M. Morris | 0.20 | 6/2/2021 | Litigation - Reviewing emails re Defs' motion to terminate |
| J. Wedekind | 0.40 | 6/3/2021 | team call regarding motion to enforce reply and motion to terminate |
| M. Morris | 0.40 | 6/3/2021 | Litigation - Team planning meeting |
| M. Morris | 0.40 | 6/3/2021 | Litigation - Team planning meeting |
| M. Morris | 2.20 | 6/3/2021 | Litigation - Reading recent filings |
| J. Wedekind | 1.10 | 6/4/2021 | reviewing defendants' recent filings regarding modification and termination |

| Name | Hours | Date | Description |
|---|---|---|---|
| N. Rosenbloom | 0.50 | 6/4/2021 | Litigation - Reviewed defendants' opposition to motion to enforce |
| N. Rosenbloom | 0.80 | 6/6/2021 | Litigation - Reviewed Brady second follow up inspection report |
| D. Fathi | 0.20 | 6/7/2021 | Research regarding enforcement of PLRA-compliant order. |
| M. Morris | 0.50 | 6/7/2021 | Litigation - Meet w/ NR re updates & strategy |
| M. Morris | 0.50 | 6/7/2021 | Litigation - Meet w/ NR re updates & strategy |
| M. Morris | 0.50 | 6/7/2021 | Litigation - Team meeting re briefs |
| M. Morris | 0.30 | 6/7/2021 | Litigation - Emails re reply brief on Motion to Enforce/Modify |
| M. Morris | 1.20 | 6/7/2021 | Litigation - Re-reading opp to motion to Enforce/Modify |
| N. Rosenbloom | 0.50 | 6/7/2021 | Drafted reply on motion to enforce and modify |
| N. Rosenbloom | 0.10 | 6/7/2021 | Litigation - Telephone call to judge's case manager regarding briefing schedule for motion to terminate |
| N. Rosenbloom | 0.40 | 6/7/2021 | Litigation - strategy discussion with Morris |
| N. Rosenbloom | 0.40 | 6/7/2021 | Litigation - team strategy meeting regarding reply papers on motion to enforce and opp papers on motion to terminate |
| N. Rosenbloom | 0.50 | 6/7/2021 | Litigation -Analyzed defendants' motion to terminate and attachments |
| M. Morris | 6.50 | 6/8/2021 | Litigation - Drafting section of reply on motion to enforce re modification |
| S. Weaver | 0.20 | 6/8/2021 | Saving documents to case file. |
| J. Wedekind | 0.40 | 6/9/2021 | reviewing team correspondence |
| M. Morris | 1.30 | 6/9/2021 | Litigation - Editing reply on motion to enforce |
| N. Rosenbloom | 1.50 | 6/9/2021 | Drafted reply on motion to enforce and modify |
| A. Woods | 0.5 | 6/10/2021 | team call re enforcement |
| J. Wedekind | 0.90 | 6/10/2021 | team call regarding response to motion to terminate |
| M. Morris | 2.30 | 6/10/2021 | Litigation - Review and research re motion to terminate |
| M. Morris | 0.60 | 6/10/2021 | Litigation - Planning meeting |
| N. Rosenbloom | 0.50 | 6/10/2021 | Team meeting regarding strategy and opposition to motion to terminate |
| N. Rosenbloom | 0.30 | 6/10/2021 | Litigation - drafting opp MOL on MTT with Morris, Kimball-Stanley, Abrams |
| M. Morris | 2.50 | 6/11/2021 | Litigation - Research & Drafting sections of motion to terminate |
| M. Morris | 1.20 | 6/12/2021 | Litigation - Drafting sections of opp to motion to terminate |
| N. Rosenbloom | 0.40 | 6/13/2021 | Litigation - Drafted opposition to motion to terminate |
| M. Morris | 3.20 | 6/14/2021 | Litigation - Editing opp to Motion to Terminate |
| S. Weaver | 0.10 | 6/14/2021 | Saving pleadings to case file. |
| A. Woods | 1.75 | 6/15/2021 | Review opposition to motion to terminate |
| M. Morris | 4.10 | 6/15/2021 | Litigation - Legal research & drafting motion to postpone PLRA stay & re-open discovery |
| N. Rosenbloom | 0.60 | 6/15/2021 | Litigation -Drafted brief opposing motion to terminate |
| M. Morris | 0.70 | 6/16/2021 | Litigation - Editing motion to postpone PLRA stay & re-open discovery |

| | | | |
|---|---|---|---|
| M. Morris | 0.40 | 6/16/2021 | Litigation -Drafting proposed orders for motion to postpone and motion to re-open discovery |
| A. Woods | 1 | 6/17/2021 | Team call re opposition termination |
| M. Morris | 1.00 | 6/17/2021 | Litigation - Planning meeting |
| N. Rosenbloom | 0.30 | 6/17/2021 | Litigation - team meeting, strategy |
| A. Woods | 0.5 | 6/21/2021 | Team call re opposition termination |
| M. Morris | 0.50 | 6/21/2021 | Litigation - ACLU planning meeting |
| M. Morris | 0.50 | 6/21/2021 | Litigation - Team planning meeting |
| M. Morris | 6.20 | 6/21/2021 | Litigation - Prep for status conference |
| N. Rosenbloom | 0.50 | 6/21/2021 | Litigation - Prepared for court conference |
| N. Rosenbloom | 0.60 | 6/21/2021 | Litigation -strategy meeting with Woods, Mathai, Morris to prepare for status conference |
| N. Rosenbloom | 0.50 | 6/21/2021 | Litigation -strategy meeting with plaintiff team to prepare for status conference |
| M. Morris | 1.40 | 6/22/2021 | Litigation - Reviewing Reply on Motion to Termination & continuing prep for status conference |
| A. Woods | 0.75 | 6/23/2021 | Status conference re pending MTT |
| A. Woods | 0.5 | 6/23/2021 | Team call re opposition termination |
| M. Morris | 1.60 | 6/23/2021 | Litigation - Prep for status conference |
| M. Morris | 1.30 | 6/23/2021 | Litigation - status conference |
| M. Morris | 0.40 | 6/23/2021 | Litigation - status conference debrief |
| N. Rosenbloom | 1.30 | 6/23/2021 | Litigation - court status conference and argument on motion to enforce, motion to terminate, discovery |
| N. Rosenbloom | 0.30 | 6/23/2021 | Litigation - team meeting debrief and next steps after court conference |
| S. Weaver | 1.20 | 6/23/2021 | Status conference. |
| M. Morris | 0.60 | 6/28/2021 | Litigation - Review opp to motion for discovery and postponement of stay, email re same |
| N. Rosenbloom | 0.80 | 6/28/2021 | Litigation - legal research regarding termination of consent decree and PLRA |
| S. Weaver | 0.10 | 6/28/2021 | Saving pleadings to case file. |
| A. Woods | 0.5 | 6/29/2021 | Draft brief on discovery to opp termination |
| A. Woods | 0.75 | 6/29/2021 | Confer w co-counsel re motion for discovery to opp termination |
| M. Morris | 2.30 | 6/29/2021 | Litigation - Drafting reply re motion for postponement of stay & reopening of discovery |
| M. Morris | 0.40 | 6/29/2021 | Litigation - Editing reply |
| M. Morris | 0.10 | 6/29/2021 | Litigation - Reviewing Court order re stay & discovery motions |
| N. Rosenbloom | 0.50 | 6/29/2021 | Litigation - drafted reply on motion for discovery and stay |
| M. Morris | 0.50 | 7/1/2021 | Litigation - Planning meeting |
| N. Rosenbloom | 1.00 | 7/6/2021 | Litigation - legal research regarding settlement enforcement in jails |
| A. Woods | 1 | 7/8/2021 | Team meeting prep for termination opposition |
| M. Morris | 0.40 | 7/8/2021 | Litigation - Team call |
| N. Rosenbloom | 0.20 | 7/8/2021 | Litigation - team meeting, heairng prep |
| M. Morris | 0.50 | 7/9/2021 | Litigation - Reviewing order and emails re same |

| Name | Hours | Date | Description |
|---|---|---|---|
| N. Rosenbloom | 0.30 | 7/9/2021 | Litigation - conferred with ventilation experts and Woods, Borner |
| M. Morris | 0.70 | 7/12/2021 | Litigation - Planning meeting |
| M. Morris | 0.80 | 7/12/2021 | Litigation - Editing proposed discovery requests |
| N. Rosenbloom | 0.60 | 7/12/2021 | Litigation - expedited discovery meeting for termination hearing, with Brennan-Krohn, Woods, Morris, Yarbrough, Abrams, Borner, Mathai, Kimball-Stanley |
| A. Woods | 0.25 | 7/13/2021 | draft depo notice Lt Styles opp termination |
| N. Rosenbloom | 0.50 | 7/13/2021 | Litigation - prepared for hearing on motion to terminate |
| M. Morris | 0.60 | 7/14/2021 | Litigation - Planning meeting |
| A. Woods | 0.5 | 7/15/2021 | Team meeting re termination opposition |
| N. Rosenbloom | 0.30 | 7/15/2021 | Litigation - drafted discovery requests |
| N. Rosenbloom | 0.50 | 7/15/2021 | Litigation - team meeting regarding hearing prep |
| N. Rosenbloom | 0.30 | 7/15/2021 | Litigation - drafted 30b6 deposition notice |
| S. Weaver | 0.20 | 7/18/2021 | Saving pleadings to case file. |
| N. Rosenbloom | 0.50 | 7/19/2021 | Litigation - call with Dr. Bertozzi and Kimball-Stanley regarding possible expert testimony |
| S. Weaver | 0.10 | 7/20/2021 | Saving pleadings to case file. |
| A. Woods | 1.75 | 7/22/2021 | Prep w Mike Brady for evidentiary hearing opposing termination |
| A. Woods | 0.5 | 7/22/2021 | Team meeting re termination hearing |
| M. Morris | 0.40 | 7/22/2021 | Litigation - Hearing planning meeting |
| M. Morris | 0.50 | 7/22/2021 | Litigation - Weekly planning meeting |
| N. Rosenbloom | 0.50 | 7/22/2021 | Litigation - Team meeting, hearing preparation |
| N. Rosenbloom | 0.40 | 7/22/2021 | Litigation - Hearing prep, with Morris, Borner, Kimball-Stanley |
| A. Woods | 1 | 7/23/2021 | Preparation for MTT hearing |
| M. Morris | 1.00 | 7/23/2021 | Litigation - Call w/ M Brady & A Woods re current vaccination program |
| N. Rosenbloom | 0.50 | 7/23/2021 | Litigation - Reviewed and selected materials for expert review |
| A. Woods | 1.25 | 7/26/2021 | Witness outlines for MTT hearing review |
| M. Morris | 0.10 | 7/26/2021 | Litigation -Revising email to defs re responses to discovery |
| M. Morris | 0.10 | 7/26/2021 | Litigation - Reviewing proposed trial schedule and emailing re same |
| N. Rosenbloom | 2.00 | 7/26/2021 | Litigation - prepared for hearing, expert |
| N. Rosenbloom | 2.00 | 7/26/2021 | Litigation - prepared for hearing, witness preparation |
| A. Woods | 4.5 | 7/27/2021 | Outline and prep for depo Lt Styles opp term |
| M. Morris | 0.20 | 7/27/2021 | Litigation - Emails re client testimony prep |
| M. Morris | 0.90 | 7/27/2021 | Litigation - Reviewing & editing client testimony outline |
| M. Morris | 0.10 | 7/27/2021 | Litigation - Emails re 30b6 depo plans |
| N. Rosenbloom | 1.00 | 7/27/2021 | Litigation - prepared for hearing, document production review |
| N. Rosenbloom | 2.00 | 7/27/2021 | Litigation - prepared for hearing, reviewed deposition transcripts and documents produced |

| | | | |
|---|---|---|---|
| N. Rosenbloom | 2.00 | 7/27/2021 | Litigation - prepared for hearing, reviewed deposition transcripts and documents produced |
| N. Rosenbloom | 0.70 | 7/27/2021 | Litigation - prepared for hearing, with Borner, Kimball-Stanley |
| A. Woods | 3 | 7/28/2021 | document review depo prep lt styles opp term |
| N. Rosenbloom | 2.00 | 7/28/2021 | Litigation - drafted responses to Defendants' objections to expedited discovery |
| N. Rosenbloom | 0.80 | 7/28/2021 | Litigation - call with Tilly, Stokes, Woods, Borner, Haltom regarding ventilation expert analysis and report |
| S. Weaver | 0.10 | 7/28/2021 | Saving pleadings to case file. |
| S. Weaver | 0.10 | 7/28/2021 | Saving pleadings to case file. |
| A. Woods | 1 | 7/29/2021 | Hearing prep |
| M. Morris | 0.80 | 7/29/2021 | Litigation - Hearing planning meeting |
| M. Morris | 0.70 | 7/29/2021 | Litigation - Reviewing & editing depo outline for Styles |
| A. Woods | 1.25 | 8/2/2021 | Prep for depo Lt Styles opp termination |
| A. Woods | 5 | 8/3/2021 | Dep Lt Styles opp termination |
| A. Woods | 0.75 | 8/3/2021 | Prep for 30b6 opp termination |
| M. Morris | 5.50 | 8/3/2021 | Litigation - Attending Styles depo |
| M. Morris | 0.70 | 8/3/2021 | Litigation - Meeting planning for 30b6 |
| N. Rosenbloom | 5.10 | 8/3/2021 | Litigation - deposition of Lt. Styles |
| N. Rosenbloom | 1.20 | 8/3/2021 | Litigation -strategy conversations regarding depositions with litigation team |
| N. Rosenbloom | 1.00 | 8/3/2021 | Litigation - discussion with expert Dr. Bertozzi, Kimball-Stanley |
| N. Rosenbloom | 1.00 | 8/3/2021 | Litigation - prepared for 30-b-6 deposition |
| M. Morris | 2.60 | 8/4/2021 | Litigation -Attending 30b6 |
| N. Rosenbloom | 6.50 | 8/4/2021 | Litigation - 30-b-6 deposition of Chief Kirk Fields, with Stokes, Tilly; Borner, Kimball-Stanley, Spickler, Morris, Timmons, Abrams |
| A. Woods | 0.5 | 8/5/2021 | Prep w Mike Brady for evidentiary hearing opposing termination |
| M. Morris | 0.70 | 8/5/2021 | Litigation -Emails re hearing logistics |
| M. Morris | 1.30 | 8/5/2021 | Litigation -Preparing for hearing |
| M. Morris | 0.90 | 8/5/2021 | Litigation -Hearing Planning meeting |
| M. Morris | 0.90 | 8/5/2021 | Litigation -Planning for submission of exhibits |
| M. Morris | 2.40 | 8/5/2021 | Litigation -Drafting lines of questions for defense witnesses |
| M. Morris | 0.80 | 8/5/2021 | Litigation -Reviewing exam outlines |
| N. Rosenbloom | 5.50 | 8/5/2021 | Litigation -  prepared for evidentiary hearing |
| A. Woods | 6 | 8/6/2021 | Hearing opposing motion to terminate |
| M. Morris | 2.20 | 8/6/2021 | Litigation -Prep for hearing on motion to terminate |
| M. Morris | 7.20 | 8/6/2021 | Litigation -Attending hearing on Motion to Terminate, including strategy calls during breaks |
| M. Morris | 0.50 | 8/6/2021 | Litigation -Debrief & planning for continued hearing |
| N. Rosenbloom | 7.30 | 8/6/2021 | Litigation -  evidentiary hearing on defendants' motion to terminate consent decree |

| | | | |
|---|---|---|---|
| M. Morris | 2.10 | 8/8/2021 | Litigation -Reviewing depo transcript for determination of excerpts |
| M. Morris | 0.20 | 8/8/2021 | Litigation - Email regarding possible subjects for cross |
| N. Rosenbloom | 1.00 | 8/8/2021 | Litigation - prepared for evidentiary hearing on defendants' motion to terminate consent decree |
| A. Woods | 3 | 8/9/2021 | Hearing opposing motion to terminate |
| M. Morris | 0.40 | 8/9/2021 | Litigation - Emails re trial prep |
| M. Morris | 2.00 | 8/9/2021 | Litigation - Attending hearing |
| M. Morris | 0.30 | 8/9/2021 | Litigation - Post hearing debrief |
| N. Rosenbloom | 2.50 | 8/9/2021 | Litigation - evidentiary hearing on defendants' motion to terminate consent decree |
| N. Rosenbloom | 0.80 | 8/9/2021 | Litigation - drafted supplemental post hearing briefing |
| N. Rosenbloom | 0.50 | 8/10/2021 | Litigation - compiled attorney fee records |
| N. Rosenbloom | 1.80 | 8/11/2021 | Litigation - drafted post hearing brief |
| N. Rosenbloom | 1.00 | 8/11/2021 | Litigation - drafted post hearing brief |
| N. Rosenbloom | 0.50 | 8/12/2021 | Litigation - team meeting to plan evidence and support for motion to enforce hearing |
| N. Rosenbloom | 0.70 | 8/16/2021 | Litigation -reviewed Defendants' post hearing submission and response to Brady report |
| N. Rosenbloom | 0.80 | 8/17/2021 | Litigation - legal research for enforcement motion |
| N. Rosenbloom | 0.50 | 8/19/2021 | Litigation - team meeting, enforcement motion |
| S. Weaver | 0.10 | 8/21/2021 | Saving pleadings to case file. |
| J. Carns | 0.10 | 8/27/2021 | Save pleadings to case file. |
| D. Fathi | 0.30 | 8/31/2021 | Review opinion denying motion to terminate; email co-counsel regarding same. |
| D. Fathi | 0.20 | 8/31/2021 | Edit draft press release. |
| J. Carns | 0.50 | 8/31/2021 | Process Haltom Engineering invoice for payment. |
| N. Rosenbloom | 1.50 | 8/31/2021 | Litigation - analyzed court decision on motion to terminate, planned next steps |
| N. Rosenbloom | 0.90 | 9/1/2021 | Litigation - prepared for negotiation with defendants, with team |
| N. Rosenbloom | 0.50 | 9/1/2021 | Litigation - prepared for negotiation with defendants on motion to enforce |
| M. Morris | 0.50 | 9/2/2021 | Litigation - strategy meeting |
| A. Woods | 0.5 | 9/8/2021 | Discuss sheriffs appeal termination |
| N. Rosenbloom | 1.00 | 9/8/2021 | Litigation - reviewed defendants' filings and notice to court |
| J. Carns | 0.50 | 9/9/2021 | Follow-up on Haltom Engineering invoice. |
| N. Rosenbloom | 1.00 | 9/9/2021 | Litigation - team meeting strategy for pending motion and Defendants' appeal |
| N. Rosenbloom | 2.00 | 9/9/2021 | Litigation - drafted submission to Court asking reconsideration of order holding MTE in abeyance |
| D. Fathi | 0.20 | 9/10/2021 | Email with team regarding loss of jurisdiction due to appeal. |
| N. Rosenbloom | 0.70 | 9/13/2021 | Litigation - drafted submission to Court asking reconsideration of order holding MTE in abeyance |
| N. Rosenbloom | 0.60 | 9/14/2021 | Litigation - drafted motion to reconsider and brief |
| N. Rosenbloom | 0.50 | 9/15/2021 | Litigation - drafted opposition to stay motion |
| N. Rosenbloom | 1.40 | 9/15/2021 | Litigation - legal research and drafting opposition to stay motion in 6th Circuit |

| | | | |
|---|---|---|---|
| N. Rosenbloom | 0.60 | 9/15/2021 | Litigation - legal team strategy meeting regarding stay opposition |
| D. Fathi | 0.20 | 9/17/2021 | Emails with co-counsel regarding PLRA automatic stay. |
| N. Rosenbloom | 5.50 | 9/17/2021 | Litigation - drafted opposition to stay motion |
| D. Fathi | 0.30 | 9/18/2021 | Emails with Nancy regarding defendants' motion for stay. |
| N. Rosenbloom | 5.50 | 9/18/2021 | Litigation - drafted opposition to stay motion |
| D. Fathi | 1.80 | 9/19/2021 | Edit draft response to 6th Cir. stay motion; multiple emails with co-counsel regarding same. |
| N. Rosenbloom | 2.50 | 9/19/2021 | Litigation - drafted opposition to stay motion |
| N. Rosenbloom | 2.50 | 9/19/2021 | Litigation - drafted opposition to stay motion |
| N. Rosenbloom | 1.00 | 9/20/2021 | Litigation - drafted opposition to stay motion |
| N. Rosenbloom | 1.20 | 9/20/2021 | Litigation - drafted motion to oppose stay in UCA 6th |
| N. Rosenbloom | 1.50 | 9/21/2021 | Litigation - drafted motion to oppose stay in USCA 6th |
| A. Woods | 0.5 | 9/22/2021 | Call w Mike Brady re enforcement, compliance |
| N. Rosenbloom | 1.50 | 9/22/2021 | Litigation - drafted motion to oppose stay in USCA 6th |
| N. Rosenbloom | 0.60 | 9/23/2021 | Litigation - team meeting strategy discussion regarding enforcement |
| N. Rosenbloom | 0.50 | 9/29/2021 | Litigation -drafted discovery sanctions motion |
| N. Rosenbloom | 0.50 | 9/29/2021 | Litigation -drafted discovery sanctions motion |
| D. Fathi | 0.20 | 10/14/2021 | Review 6th Cir. opinion denying stay. |
| N. Rosenbloom | 0.50 | 10/14/2021 | Litigation - team meeting strategy |
| N. Rosenbloom | 0.50 | 10/19/2021 | Litigation - developed argument for bifurcation |
| N. Rosenbloom | 1.00 | 10/22/2021 | Litigation - strategy and drafting regarding enforcement and modification proceedings |
| N. Rosenbloom | 1.00 | 10/25/2021 | Litigation - drafted motion to bifurcate enforcement and modification proceedings |
| N. Rosenbloom | 2.00 | 10/28/2021 | Litigation - drafted motion to bifurcate and brief |
| A. Woods | 1 | 10/29/2021 | review 6th circuit brief, drafting plan |
| A. Woods | 0.75 | 10/29/2021 | Team call re 6th Cir brief opp termination appeal |
| J. Carns | 0.50 | 10/29/2021 | Process Haltom Engineering invoice for payment. |
| N. Rosenbloom | 1.50 | 10/29/2021 | Litigation - drafted motion to bifurcate and brief |
| N. Rosenbloom | 1.50 | 10/29/2021 | Litigation - drafted 6th circuit opp brief on defendants' motion to terminate |
| N. Rosenbloom | 1.50 | 10/29/2021 | Litigation - drafted 6th circuit opp brief on defendants' motion to terminate |
| N. Rosenbloom | 0.50 | 10/31/2021 | Litigation - drafted motion to bifurcate and brief |
| N. Rosenbloom | 0.50 | 10/31/2021 | Litigation - drafted motion to bifurcate and brief |
| N. Rosenbloom | 0.50 | 10/31/2021 | Litigation - prepared for status conference |
| N. Rosenbloom | 0.50 | 10/31/2021 | Litigation - status conference with J Lipman and all counsel |
| A. Woods | 0.5 | 11/1/2021 | review 6th circuit brief |
| N. Rosenbloom | 0.50 | 11/1/2021 | Litigation - meet and confer regarding proposed motions to bifurcate and for sanctions, with Tilly, Stokes, Timmons |

| Name | Hours | Date | Description |
|---|---|---|---|
| N. Rosenbloom | 0.40 | 11/1/2021 | Litigation - next steps meeting with Timmons, Abrams |
| N. Rosenbloom | 0.60 | 11/1/2021 | Litigation - drafted motion to bifurcate |
| N. Rosenbloom | 0.60 | 11/2/2021 | Litigation - drafted motion to bifurcate |
| N. Rosenbloom | 1.00 | 11/2/2021 | Litigation - drafted 6th Cir opposition brief |
| A. Woods | 4 | 11/3/2021 | drafting 6th circuit brief |
| N. Rosenbloom | 3.00 | 11/3/2021 | Litigation - drafted 6th Cir opposition brief |
| A. Woods | 3.5 | 11/4/2021 | drafting 6th circuit brief |
| N. Rosenbloom | 2.50 | 11/4/2021 | Litigation - drafted 6th Cir opposition brief |
| N. Rosenbloom | 2.30 | 11/5/2021 | Litigation - drafted 6th Cir opposition brief |
| N. Rosenbloom | 1.00 | 11/6/2021 | Litigation - drafted 6th Cir opposition brief |
| N. Rosenbloom | 1.00 | 11/8/2021 | Litigation - prepared for negotiation regarding enforcement and sanctions |
| N. Rosenbloom | 1.00 | 11/9/2021 | Litigation - meet and confer negotiation with Defendants' lawyers regarding motions for enforcement and sanctions |
| N. Rosenbloom | 0.80 | 11/9/2021 | Litigation - emails and follow up from negotiation meeting |
| N. Rosenbloom | 2.50 | 11/10/2021 | Litigation - drafted 6th Cir opposition to appeal |
| A. Woods | 3.5 | 11/11/2021 | editing 6th circuit brief |
| N. Rosenbloom | 0.80 | 11/11/2021 | Litigation - drafted 6th cir brief |
| A. Shah | 1.50 | 11/12/2021 | Review complaint and related filings in litigation. |
| A. Shah | 2.50 | 11/12/2021 | Review brief filed on appeal in 6th Circuit. |
| A. Woods | 2.25 | 11/12/2021 | editing 6th circuit brief |
| N. Rosenbloom | 0.50 | 11/12/2021 | Litigation - drafted 6th cir brief |
| A. Shah | 2.00 | 11/15/2021 | Review motions and court orders filed regarding motion to enforce and modify the consent decree. |
| A. Shah | 0.80 | 11/15/2021 | Call with Nancy to discuss case status and next steps in motion to enforce the consent decree. |
| N. Rosenbloom | 0.60 | 11/15/2021 | Litigation - onboarded new team member Shah |
| J. Carns | 0.10 | 11/16/2021 | Save pleadings to case file. |
| N. Rosenbloom | 0.60 | 11/16/2021 | Litigation - email to defendants regarding negotiation over discovery sanctions and enforcement |
| N. Rosenbloom | 0.60 | 11/17/2021 | Litigation - onboarding new team member Rockoff-Kirk |
| N. Rosenbloom | 0.80 | 11/17/2021 | Litigation - prepared for status conference |
| A. Shah | 1.00 | 11/18/2021 | Attend meeting to discuss case updates and next steps regarding motion to enforce the consent decree. |
| A. Shah | 0.70 | 11/18/2021 | Research accessible (6th grade level) Covid vaccine education materials. |
| N. Rosenbloom | 0.50 | 11/18/2021 | Litigation - team meeting strategy and prepare for conference |
| S. Weaver | 0.20 | 11/19/2021 | Saving pleadings to case file. |
| A. Shah | 0.70 | 11/23/2021 | Attend status conference before court. |
| N. Rosenbloom | 0.90 | 11/23/2021 | Litigation - status conference with Judge Lipman and all parties |
| N. Rosenbloom | 0.40 | 11/23/2021 | Litigation - debrief status conference and next steps discussion with team |

| | | | |
|---|---|---|---|
| N. Rosenbloom | 0.50 | 11/29/2021 | Litigation - drafted list of open issues for enforcement, emailed to defendants counsel |
| N. Rosenbloom | 0.50 | 11/30/2021 | Litigation - negotiation with defendants' counsel regarding enforcement motion |
| N. Rosenbloom | 0.20 | 11/30/2021 | Litigation - team meeting follow up on negotiation, with Abrams, Spickler, Rockoff-Kirk |
| A. Shah | 0.20 | 12/1/2021 | Review email regarding notes from meet and confer with opposing counsel. |
| M. Morris | 0.50 | 12/3/2021 | Litigation - Planning meeting |
| A. Shah | 0.40 | 12/7/2021 | Review motion to enforce consent decree in preparation for meeting regarding motion for expedited discovery. |
| A. Shah | 0.20 | 12/7/2021 | Attend meeting regarding motion for expedited discovery. |
| N. Rosenbloom | 0.80 | 12/7/2021 | Litigation - researched vaccine education |
| A. Shah | 0.40 | 12/8/2021 | Edit email to opposing counsel regarding vaccine education materials. |
| A. Shah | 0.50 | 12/8/2021 | Draft motion for expedited discovery. |
| A. Shah | 1.50 | 12/8/2021 | Draft motion for expedited discovery. |
| A. Shah | 2.00 | 12/8/2021 | Draft motion for expedited discovery. |
| A. Shah | 1.50 | 12/8/2021 | Draft motion for expedited discovery. |
| A. Shah | 0.30 | 12/8/2021 | Edit draft motion for expedited discovery. |
| A. Shah | 0.20 | 12/8/2021 | Edit draft motion for expedited discovery. |
| N. Rosenbloom | 0.50 | 12/8/2021 | Litigation - drafted discovery motion and email to defendants |
| A. Shah | 0.70 | 12/9/2021 | Attend meeting with team to discuss motion for expedited discovery and next steps. |
| N. Rosenbloom | 0.50 | 12/9/2021 | Litigation - team meeting, discussed upcoming conference, motions and hearing |
| N. Rosenbloom | 0.50 | 12/9/2021 | Litigation - team meeting, discussed upcoming conference, motions and hearing |
| N. Rosenbloom | 0.70 | 12/9/2021 | Litigation - drafted motion for expedited discovery |
| N. Rosenbloom | 0.70 | 12/9/2021 | Litigation - drafted motion for expedited discovery |
| M. Morris | 0.50 | 12/10/2021 | Litigation - Planning meeting |
| A. Shah | 1.80 | 12/13/2021 | Attend court status conference. |
| A. Shah | 0.20 | 12/13/2021 | Attend team meeting to discuss court status conference. |
| N. Rosenbloom | 1.70 | 12/13/2021 | Litigation - status conference Judge Lipman |
| N. Rosenbloom | 1.20 | 12/13/2021 | Litigation - prepared for status conference |
| N. Rosenbloom | 1.20 | 12/13/2021 | Litigation - prepared for status conference |
| A. Woods | 2 | 12/16/2021 | setting up oral argument moots, summarizing briefing and record |
| M. Morris | 0.40 | 12/16/2021 | Litigation - Planning meeting |
| M. Morris | 0.40 | 12/16/2021 | Litigation - Planning meeting |
| N. Rosenbloom | 0.50 | 12/16/2021 | Litigation - team meeting, strategy |
| A. Woods | 0.25 | 12/17/2021 | attorney acknowledgment of oral argument MTT appeal |
| A. Shah | 0.20 | 12/20/2021 | Attend meeting to discuss research for 6th Circuit argument preparation. |
| A. Shah | 0.30 | 12/20/2021 | Research regarding record on appeal in 6th Circuit. |

| | | | |
|---|---|---|---|
| A. Shah | 3.00 | 12/21/2021 | Review appellate briefs filed in 6th Circuit. |
| N. Rosenbloom | 1.00 | 12/21/2021 | Litigation - prepared for enforcement hearing |
| N. Rosenbloom | 1.00 | 12/21/2021 | Litigation - prepared for enforcement hearing |
| A. Shah | 2.00 | 12/23/2021 | Research federal and local rules regarding record on appeal in 6th Circuit. |
| A. Shah | 2.00 | 12/23/2021 | Research case law regarding record on appeal in 6th Circuit. |
| N. Rosenbloom | 0.40 | 12/27/2021 | Litigation - reviewed ventilation expert report |
| N. Rosenbloom | 0.40 | 12/27/2021 | Litigation - reviewed ventilation expert report |
| N. Rosenbloom | 1.00 | 12/27/2021 | Litigation - prepared for enforcement hearing |
| N. Rosenbloom | 0.60 | 12/28/2021 | Litigation - prepared for 6th circuit argument |
| D. Fathi | 0.20 | 1/3/2022 | Review order regarding hotline; email Nancy regarding same. |
| N. Rosenbloom | 1.50 | 1/3/2022 | Litigation - prepared for 6th circuit argument |
| N. Rosenbloom | 1.10 | 1/4/2022 | Litigation - exit meeting with inspector Rick Wells, defendants, defendants' counsel |
| N. Rosenbloom | 1.10 | 1/4/2022 | Litigation - exit meeting with inspector Rick Wells, defendants, defendants' counsel |
| A. Shah | 3.00 | 1/5/2022 | Litigation - Write memo to A. Woods regarding citations to argument in Defendants' appellate briefing |
| N. Rosenbloom | 0.40 | 1/5/2022 | Litigation - prepared for 6th circuit argument, with Woods |
| N. Rosenbloom | 0.40 | 1/5/2022 | Litigation - prepared for 6th circuit argument, with Woods |
| N. Rosenbloom | 0.40 | 1/5/2022 | Litigation - prepared for 6th circuit argument, with Woods |
| A. Shah | 3.00 | 1/6/2022 | Write memo on research findings regarding record |
| A. Shah | 0.80 | 1/6/2022 | Conference with team to discuss Defendants' opposition to motion for discovery sanctions, inspector's report, and preparing for hearing |
| A. Woods | 6 | 1/7/2022 | preparation for oral argument MTT opp |
| A. Woods | 3.5 | 1/8/2022 | preparation for oral argument MTT opp |
| A. Woods | 1.5 | 1/9/2022 | preparation for oral argument MTT opp |
| A. Woods | 3.5 | 1/10/2022 | research prep for 6th circuit argument MTT opp |
| N. Rosenbloom | 0.90 | 1/10/2022 | Litigation - drafted motion for expedited discovery |
| N. Rosenbloom | 0.90 | 1/10/2022 | Litigation - drafted motion for expedited discovery |
| A. Woods | 1.5 | 1/11/2022 | research and prep for 6th circuit argument MTT opp |
| D. Fathi | 1.70 | 1/11/2022 | Review briefs, prepare for moot court. |
| N. Rosenbloom | 1.00 | 1/11/2022 | Litigation - reviewed inspector's draft report |
| N. Rosenbloom | 0.50 | 1/11/2022 | Litigation - strategy conversation with Rockoff-Kirk |
| A. Woods | 2 | 1/12/2022 | moot 6th circuit argument MTT opp |
| D. Fathi | 1.80 | 1/12/2022 | Participate in moot court. |
| N. Rosenbloom | 1.50 | 1/12/2022 | Litigation - prepared for 6th Circuit argument on termination |
| M. Morris | 0.60 | 1/13/2022 | Litigation - weekly planning meeting |
| N. Rosenbloom | 0.70 | 1/13/2022 | Litigation - reviewed inspector's report |

| | | | |
|---|---|---|---|
| N. Rosenbloom | 1.00 | 1/13/2022 | Litigation - prepared for status conference |
| N. Rosenbloom | 0.60 | 1/13/2022 | Litigation - team meeting planned for status conference and hearing |
| M. Morris | 1.00 | 1/14/2022 | Litigation - Attending status conference |
| N. Rosenbloom | 0.80 | 1/14/2022 | Litigation  status conference with all counsel and J Lipman |
| N. Rosenbloom | 0.20 | 1/14/2022 | Litigation  debrief status conference with team |
| A. Woods | 2 | 1/19/2022 | moot 6th circuit argument MTT opp |
| A. Shah | 0.50 | 1/20/2022 | Litigation - |
| M. Morris | 0.40 | 1/20/2022 | Litigation - weekly planning meeting |
| N. Rosenbloom | 0.50 | 1/20/2022 | Litigation  - team meeting regarding strategy, hearing prep |
| A. Shah | 1.00 | 1/21/2022 | Litigation -  Participate in moot oral argument of A. Woods |
| A. Woods | 1.5 | 1/21/2022 | moot 6th circuit argument MTT opp |
| N. Rosenbloom | 0.40 | 1/24/2022 | Litigation  - discussed sanctions motion with Rockoff-Kirk |
| N. Rosenbloom | 0.40 | 1/24/2022 | Litigation  - discussed sanctions motion with Rockoff-Kirk |
| A. Shah | 0.60 | 1/25/2022 | Litigation -  Research case law regarding record on appeal to address follow-up questions by A. Woods |
| A. Woods | 4 | 1/25/2022 | travel to Cincinnati for 6th circuit argument |
| A. Woods | 2.5 | 1/26/2022 | final prep oral argument MTT opp |
| A. Woods | 1 | 1/27/2022 | oral argument MTT opp |
| M. Morris | 0.60 | 1/27/2022 | Litigation -Attending 6th Cir. Argument |
| M. Morris | 0.60 | 1/27/2022 | Litigation -planning meeting |
| N. Rosenbloom | 0.30 | 1/27/2022 | Litigation  - team meeting regarding enforcement |
| N. Rosenbloom | 0.70 | 1/27/2022 | Litigation  - USCA sixth circuit argument on jail's termination appeal |
| A. Woods | 4 | 1/28/2022 | travel home from oral argument MTT opp |
| N. Rosenbloom | 1.00 | 1/28/2022 | Litigation  - drafted comments on inspector's report |
| N. Rosenbloom | 0.50 | 1/31/2022 | Litigation  - drafted comments on inspector's report |
| S. Weaver | 0.40 | 1/31/2022 | Saving pleadings to case file. |
| N. Rosenbloom | 2.50 | 2/1/2022 | Litigation  - reviewed and analyzed document production regarding commpliance |
| N. Rosenbloom | 0.50 | 2/1/2022 | Litigation  - prepared for negotiation, with team |
| N. Rosenbloom | 0.60 | 2/1/2022 | Litigation  - prepared for negotiation, with team |
| M. Morris | 0.40 | 2/3/2022 | Litigation - weekly planning call |
| N. Rosenbloom | 0.50 | 2/3/2022 | Litigation  -team meeting regarding noncompliance |
| N. Rosenbloom | 1.00 | 2/3/2022 | Litigation  -drafted report to court |
| N. Rosenbloom | 0.90 | 2/4/2022 | Litigation  -drafted report to court |
| S. Weaver | 0.10 | 2/4/2022 | Saving pleadings to case file. |
| N. Rosenbloom | 1.00 | 2/7/2022 | Litigation - drafted motion for discovery sanctions |
| S. Weaver | 0.10 | 2/7/2022 | Saving pleadings to case file. |

| | | | |
|---|---|---|---|
| S. Weaver | 0.30 | 2/7/2022 | Formatting motion for sanctions. |
| N. Rosenbloom | 1.80 | 2/8/2022 | Litigation - edited and filed motion for discovery sanctions |
| S. Weaver | 0.20 | 2/8/2022 | Preparing exhibits to motion for sanctions. |
| S. Weaver | 1.10 | 2/8/2022 | Creating and formatting TOC and TOA for motion for sanctions. |
| N. Rosenbloom | 0.60 | 2/10/2022 | Litigation - team meeting - enforcement |
| N. Rosenbloom | 1.00 | 2/10/2022 | Litigation - prepare for pre hearing discovery |
| N. Rosenbloom | 1.00 | 2/14/2022 | Litigation - analyzed new CDC guidance and drafted email to inspector |
| N. Rosenbloom | 1.00 | 2/14/2022 | Litigation - analyzed new CDC guidance and drafted email to inspector |
| N. Rosenbloom | 0.50 | 2/15/2022 | Litigation - discussed document analysis project with legal intern SSW |
| N. Rosenbloom | 0.80 | 2/15/2022 | Litigation -reviewed documents produced on enforcement motion |
| N. Rosenbloom | 0.50 | 2/16/2022 | Litigation -reviewed documents produced on enforcement motion |
| N. Rosenbloom | 1.50 | 2/22/2022 | Litigation - analyzed discovery documents produced regarding compliance with consent decree |
| N. Rosenbloom | 1.20 | 2/22/2022 | Litigation - prepared for meet and confer session |
| N. Rosenbloom | 0.80 | 2/22/2022 | Litigation - prepared for meet and confer session, with team |
| N. Rosenbloom | 1.00 | 2/23/2022 | Litigation - prepared for meet and confer session |
| N. Rosenbloom | 1.00 | 2/23/2022 | Litigation - meet and confer with defendants regarding enforcement motion: Tilly, Stokes; Abrams, Anderson, Yarbrough |
| N. Rosenbloom | 1.00 | 2/23/2022 | Litigation - meet and confer with defendants regarding enforcement motion: Tilly, Stokes; Abrams, Anderson, Yarbrough |
| N. Rosenbloom | 1.00 | 2/23/2022 | Litigation - meet and confer with defendants regarding enforcement motion: Tilly, Stokes; Abrams, Anderson, Yarbrough |
| N. Rosenbloom | 0.20 | 2/23/2022 | Litigation - team follow up after meet and confer, next steps |
| N. Rosenbloom | 2.00 | 2/24/2022 | Litigation - drafted reply brief on discovery sanctions motion |
| N. Rosenbloom | 0.60 | 2/24/2022 | Litigation - drafted joint report to court |
| A. Shah | 1.00 | 2/27/2022 | Edit draft reply brief for discovery sanctions motion |
| A. Shah | 2.50 | 2/28/2022 | Litigation -  Edit draft reply brief for discovery sanctions motion. |
| A. Shah | 3.50 | 3/1/2022 | Litigation -  Edit draft reply brief for discovery sanctions motion. |
| S. Weaver | 1.90 | 3/1/2022 | Finalizing and filing Reply on Motion for Discovery Sanctions |
| N. Rosenbloom | 0.80 | 3/7/2022 | Litigation - reviewed final filings on discovery sanctions motion and joint issues report |
| S. Weaver | 0.20 | 3/8/2022 | Saving pleadings to case folder. |
| M. Morris | 0.40 | 3/10/2022 | Litigation - team meeting |
| N. Rosenbloom | 0.50 | 3/10/2022 | Litigation - team meeting regarding enforcement |
| N. Rosenbloom | 0.70 | 3/14/2022 | Litigation - met with inspector Wells and Abrams, Rockoff-Kirk |
| N. Rosenbloom | 0.30 | 3/14/2022 | Litigation - prepared for meeting with inspector regarding updated CDC guidance and other requirements |

| N. Rosenbloom | 0.30 | 3/14/2022 | Litigation - prepared for meeting with inspector regarding updated CDC guidance and other requirements |
|---|---|---|---|
| N. Rosenbloom | 0.30 | 3/17/2022 | Litigation - team meeting regarding strategy for enforcement proceedings |
| M. Morris | 0.50 | 3/24/2022 | Litigation - Weekly team meeting |
| N. Rosenbloom | 0.50 | 3/24/2022 | Litigation - team meeting, enforcement |
| N. Rosenbloom | 0.20 | 3/28/2022 | Litigation - email to inspector |
| D. Fathi | 0.40 | 3/30/2022 | Review opinion and order on motion to enforce. |
| N. Rosenbloom | 0.50 | 3/30/2022 | Litigation - analyzed court's enforcement motion decision |
| | | | |
| **Total** | **486.45** | | |