# EXHIBIT C

**From:** Nathan Tilly <ntilly@pgtfirm.com>
**Sent:** Thursday, September 7, 2023 12:38 PM
**To:** Nancy Rosenbloom <nrosenbloom@aclu.org>
**Cc:** Andrea Woods <awoods@aclu.org>; Maria Morris <MMorris@aclu.org>; Zoe Brennan-Krohn <zbrennan-krohn@aclu.org>; Stella Yarbrough <syarbrough@aclu-tn.org>; Josh Spickler <josh@justcity.org>; Bial, Joseph J <jbial@paulweiss.com>; Chockley, Chip <Chip.Chockley@shelbycountytn.gov>; Melissa Tart <MTart@pgtfirm.com>
**Subject:** Shelby County Jail Report

Nancy,

We are writing to provide you with a report concerning the Shelby County Jail ("Jail"). As of September 5, 2023, two thousand one hundred and five (2,105) detainees were housed at the Jail. Attached please find a Daily Count Report form, outlining the total number of detainees per housing unit. To date, three thousand seven hundred thirty (3,774) tests have been administered to detainees at the Jail, and to date, four hundred and sixty (460) detainee tests have rendered positive tests. During August of 2023, there were six (6) positive tests. As of September 1, 2023, there have been two thousand five hundred and eleven (2,511) tests administered to Jail Staff, and as of said date, four hundred and two (402) staff tests have rendered positive tests. Within the past thirty (30) days, thirteen (13) Jail staff members took leave due to COVID-19-related reasons. Within the past thirty (30) days, zero (0) detainees have died who had exhibited symptoms of or tested positive for COVID-19 prior to their death.

Thanks,

Nathan

**Nathan D. Tilly** | Pentecost, Glenn & Tilly, PLLC
162 Murray Guard Dr., Ste. B | Jackson, TN 38305
Tel: 731.668.5995 | Fax: 731.668.7163
ntilly@pgtfirm.com
http://www.pgtfirm.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the

intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Tax Advice Disclaimer**:  The information contained in this communication does not constitute tax advice that may be used or relied upon by the recipient or any other person to avoid imposition of any penalty imposed by the Internal Revenue Service.  Written tax advice that can be relied upon by the recipient to avoid imposition of a penalty by the Internal Revenue Service must be provided in the form of a "formal tax opinion" that complies with Circular 230 issued by the Internal Revenue Service.  Please contact a member of our firm if you need a "formal tax opinion" from our firm concerning any federal tax issue.