# EXHIBIT D

| | |
|---|---|
| **From:** | Nancy Rosenbloom |
| **To:** | Nathan Tilly |
| **Cc:** | Rockoff-Kirk, Ariane; awoods@aclu.org |
| **Subject:** | RE: Busby v Bonner |
| **Date:** | Monday, October 30, 2023 3:14:07 PM |

Hi Nathan,

Yes, the Plaintiffs will oppose your clients' motion for fees. And you've stated that your clients will oppose ours.
We do not agree to "walk away," but are still amenable to considering a counter-offer from your clients.

Nancy

**From:** Nathan Tilly <ntilly@pgtfirm.com>
**Sent:** Monday, October 30, 2023 11:39 AM
**To:** Nancy Rosenbloom <nrosenbloom@aclu.org>
**Cc:** Rockoff-Kirk, Ariane <arockoff-kirk@paulweiss.com>; Andrea Woods <awoods@aclu.org>
**Subject:** RE: Busby v Bonner

Nancy,

We will be filing our motion for attorneys' fees tomorrow. We continue to believe that a request for fees is untimely, but will file our motion in the event that the Court disagrees and believes that such a filing would be timely. For consultation purposes, I will note your opposition to our motion, unless you tell me otherwise. Of course, let me know if your clients can agree to everyone just walking away.

Thanks,

Nathan


**Nathan D. Tilly** | Pentecost, Glenn & Tilly, PLLC
162 Murray Guard Dr., Ste. B | Jackson, TN 38305
Tel: 731.668.5995 | Fax: 731.668.7163
ntilly@pgtfirm.com
http://www.pgtfirm.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and

delete the original message.

**Tax Advice Disclaimer**: The information contained in this communication does not constitute tax advice that may be used or relied upon by the recipient or any other person to avoid imposition of any penalty imposed by the Internal Revenue Service. Written tax advice that can be relied upon by the recipient to avoid imposition of a penalty by the Internal Revenue Service must be provided in the form of a "formal tax opinion" that complies with Circular 230 issued by the Internal Revenue Service. Please contact a member of our firm if you need a "formal tax opinion" from our firm concerning any federal tax issue.

---

**From:** Nancy Rosenbloom <nrosenbloom@aclu.org>
**Sent:** Friday, October 27, 2023 3:34 PM
**To:** Nathan Tilly <ntilly@pgtfirm.com>
**Cc:** Rockoff-Kirk, Ariane <arockoff-kirk@paulweiss.com>; Andrea Woods <awoods@aclu.org>
**Subject:** RE: Busby v Bonner

We will.

---

**From:** Nathan Tilly <ntilly@pgtfirm.com>
**Sent:** Friday, October 27, 2023 1:27 PM
**To:** Nancy Rosenbloom <nrosenbloom@aclu.org>
**Cc:** Rockoff-Kirk, Ariane <arockoff-kirk@paulweiss.com>; Andrea Woods <awoods@aclu.org>
**Subject:** RE: Busby v Bonner

Please note our position that any filing for fees is untimely under federal and local rules and that we intend to file a response to your motion for extension.

Thanks,

Nathan


**Nathan D. Tilly** | Pentecost, Glenn & Tilly, PLLC
162 Murray Guard Dr., Ste. B | Jackson, TN 38305
Tel: 731.668.5995 | Fax: 731.668.7163
ntilly@pgtfirm.com
http://www.pgtfirm.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Tax Advice Disclaimer**:  The information contained in this communication does not constitute tax advice that may be used or relied upon by the recipient or any other person to avoid imposition of any penalty imposed by the Internal Revenue Service.  Written tax advice that can be relied upon by the recipient to avoid imposition of a penalty by the Internal Revenue Service must be provided in the form of a "formal tax opinion" that complies with Circular 230 issued by the Internal Revenue Service.  Please contact a member of our firm if you need a "formal tax opinion" from our firm concerning any federal tax issue.

---

**From:** Nancy Rosenbloom <nrosenbloom@aclu.org>
**Sent:** Friday, October 27, 2023 3:24 PM
**To:** Nathan Tilly <ntilly@pgtfirm.com>
**Cc:** Rockoff-Kirk, Ariane <arockoff-kirk@paulweiss.com>; Andrea Woods <awoods@aclu.org>
**Subject:** RE: Busby v Bonner

Our team will discuss your email and respond. In the meantime, we will file the motion and note your opposition to the extension of time.

---

**From:** Nathan Tilly <ntilly@pgtfirm.com>
**Sent:** Friday, October 27, 2023 1:12 PM
**To:** Nancy Rosenbloom <nrosenbloom@aclu.org>
**Cc:** Rockoff-Kirk, Ariane <arockoff-kirk@paulweiss.com>; Andrea Woods <awoods@aclu.org>
**Subject:** RE: Busby v Bonner

Nancy,

We oppose. As discussed, we believe any motion filed now would be untimely.

On another note, as I believe I previously mentioned, if your clients remain set on filing a motion for attorneys' fees, we will be filing our own motion for fees. As you will recall, there were occasions when the court found that your sought-after relief was improper because it was outside the scope of the terms of the Consent Decree and therefore, outside the scope of the Court's jurisdiction. There were other occasions when the Court denied relief to Plaintiffs because you failed to follow the terms of the dispute resolution practice prior to seeking your relief. We think these are both examples of Plaintiffs seeking enforcement when there was not a good foundation to do so. And we incurred significant fees in responding to those efforts.

Of course, should we obtain a judgment for our fees, it would be entered against your clients. And I, of course, assume that all actions you are taking are on behalf of and with the consent of your clients. I hope that your clients understand the ramifications of us obtaining a judgment against them for our fees in this matter.

Having said that, we would be willing to bypass filing a motion for fees or seeking a judgment against your clients, if you and your clients agree not to seek fees against Defendants. Thus, please let me know whether your clients would accept our offer for everyone to simply walk away.

Thanks,

Nathan



**Nathan D. Tilly** | Pentecost, Glenn & Tilly, PLLC
162 Murray Guard Dr., Ste. B | Jackson, TN 38305
Tel: 731.668.5995 | Fax: 731.668.7163
ntilly@pgtfirm.com
http://www.pgtfirm.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**Tax Advice Disclaimer**:  The information contained in this communication does not constitute tax advice that may be used or relied upon by the recipient or any other person to avoid imposition of any penalty imposed by the Internal Revenue Service.  Written tax advice that can be relied upon by the recipient to avoid imposition of a penalty by the Internal Revenue Service must be provided in the form of a "formal tax opinion" that complies with Circular 230 issued by the Internal Revenue Service.  Please contact a member of our firm if you need a "formal tax opinion" from our firm concerning any federal tax issue.

**From:** Nancy Rosenbloom <nrosenbloom@aclu.org>
**Sent:** Friday, October 27, 2023 2:52 PM
**To:** Nathan Tilly <ntilly@pgtfirm.com>
**Cc:** Rockoff-Kirk, Ariane <arockoff-kirk@paulweiss.com>; Andrea Woods <awoods@aclu.org>
**Subject:** RE: Busby v Bonner

Hi Nathan,
We plan to file the motion for extension of time by the end of today, so please let us know if you folks will oppose or not oppose.
Thank you,
Nancy

**From:** Nancy Rosenbloom <nrosenbloom@aclu.org>
**Sent:** Thursday, October 26, 2023 11:06 AM
**To:** Nathan Tilly <ntilly@pgtfirm.com>
**Cc:** Rockoff-Kirk, Ariane <arockoff-kirk@paulweiss.com>; Andrea Woods <awoods@aclu.org>
**Subject:** Busby v Bonner

Nathan,

Thank you for getting back to me today following our conversation on Tuesday afternoon. As promised, here are the remainder of the time sheets and a summary of the compensable hours Plaintiffs would seek a fee award for in a motion.

I'm also attaching a proposed unopposed motion to extend the time to make motions by 45 days from the date of supplemental judgment. Please let me know whether you will oppose this motion or if we can file it as unopposed with any language you'd like to add.

The PDFs are the underlying records for Andrea Woods (not provided earlier with our other time sheets) and a revised summary chart. Please note that in the interest of settlement, Plaintiffs are willing to not seek fees for compensable time of several other attorneys on the case, including Josh Spicker, the ACLU of TN, and Brice Timmons, or for other non-lawyer personnel. These reductions are in addition to the overall rates reduction we have offered by using the Fitzpatrick matrix, which is lower than market rates. I'll get back to you ASAP regarding whether we can go lower than this total number.

Thanks,
Nancy

Nancy Rosenbloom, Senior Litigation Advisor
ACLU National Prison Project
*she/her*
nrosenbloom@aclu.org