# EXHIBIT B

| | |
|---|---|
| Adam Alper (SBN: 196834)<br>adam.alper@kirkland.com<br>Akshay Deoras (SBN: 301962)<br>akshay.deoras@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone:  (415) 439-1400<br>Facsimile:  (415) 439-1500<br><br>Michael W. De Vries (SBN: 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street<br>Los Angeles, CA 90071<br>Telephone:  (213) 680-8400<br>Facsimile:  (213) 680-8500<br><br>Attorneys for Plaintiffs<br>COMET TECHNOLOGIES USA INC.,<br>COMET AG AND YXLON<br>INTERNATIONAL GMBH | Sharre Lotfollahi (SBN: 258913)<br>sharre.lotfollahi@kirkland.com<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067<br>Telephone:  (310) 552-4200<br>Facsimile:  (310) 552-5900<br><br>Leslie M. Schmidt (*pro hac vice*)<br>leslie.schmidt@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Ave.<br>New York, NY 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br><br>Kat Li (*pro hac vice*)<br>kat.li@kirkland.com<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>Telephone:  (512) 678-9100<br>Facsimile:  (512) 678-9101 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMET TECHNOLOGIES USA INC., a Delaware corporation, COMET AG, a Swiss corporation, and YXLON INTERNATIONAL GMBH, a German corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>XP POWER LLC, a California Limited Liability Company,<br><br>        Defendant. | CASE NO. 5:20-cv-6408<br><br>**DECLARATION OF SHARRE LOTFOLLAHI IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

I, Sharre Lotfollahi, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Kirkland & Ellis LLP, located at 2049 Century Park East, Los Angeles, CA 90067. I am counsel for Plaintiffs Comet Technologies USA, Inc., Comet AG, and Yxlon International GMBH ("Comet") in the above-captioned matter.

2. I am over the age of eighteen and suffer from no mental or physical disabilities that would render me incompetent to testify in this matter. I have knowledge of the facts set forth herein, and if called to testify as a witness, could do so competently under oath.

3. The parties have met and conferred several times regarding Comet's fees motion, and Defendant XP Power LLC ("XP") stated that it disputes the requested amount of fees.

4. I make this declaration pursuant to Civil Local Rule 54-5(b) in support of Comet's November 4, 2022 Motion for Attorneys' Fees.

5. The attorneys who worked on this case, the number of hours worked by each for which Comet requests fee reimbursement, and the hourly-rate at which their time has been billed during the course of the litigation are set forth below. These hours were calculated based on daily time records maintained by Kirkland and the fees were calculated by multiplying hours billed by hourly rates for each biller.

| **Attorney** | **Total Hours Billed** | **Hourly Rate Billed** |
|---|---|---|
| Adam R. Alper (partner) | 738.5 | $1,565 - $1,765 |
| Michael W. De Vries (partner) | 726.7 | $1,565 - $1,765 |
| Akshay S. Deoras (partner) | 478.2 | $1,285 - $1,395 |
| Jason M. Wilcox (partner) | 28.4 | $1,375 |
| Leslie M. Schmidt (partner) | 778.2 | $1,265 - $1,365 |
| Sharre S. Lotfollahi (partner) | 1027.6 | $1,215 - $1,365 |
| Kat Li (partner) | 372.3 | $1,345 |
| Megan M. New (partner) | 119.6 | $1,165 - $1,215 |
| Patrick Park (associate/partner)[1] | 1621.2 | $1,080 - $1,135 |

---

[1] Mr. Park was promoted to partner, in October 2021, approximately mid-way through his work on this matter.

| Attorney | Total Hours Billed | Hourly Rate Billed |
|---|---|---|
| Kyle A. Calhoun (associate)[2] | 2217.7 | $925 - $1,110 |
| Samuel F. Blake (associate)[3] | 2002.3 | $970 - $1,110 |
| Irene Jang (associate)[4] | 563.6 | $835 - $985 |
| Sarah B. Mikosz (associate) | 1519.9 | $610 - $900 |
| Chris Chuang (associate)[5] | 145 | $745 |
| Argie Mina (associate)[6] | 352.5 | $900 |
| Christian Erwin (associate)[7] | 1321 | $625 - $775 |
| Artin G. Au-Yeung (associate)[8] | 1177.9 | $625 - $775 |
| Hannah A. Suh (associate)[9] | 267.8 | $650 |

6. The paralegals who worked on this case, the number of hours spent by each, and the hourly-rate at which their time has been billed during the course of the suit are set forth below. These hours were calculated based on daily time records maintained by Kirkland and the fees were calculated by multiplying hours billed by hourly rates for each biller.

| Paralegal | Total Hours Billed | Hourly Rate Billed |
|---|---|---|
| Michael Dobszewicz | 1336.2 | $445 - $480 |
| Alice Pai | 356.9 | $425 |
| Alejandra Buenrostro | 1419.1 | $340 - $425 |
| Manu Salas | 72.7 | $435 - $450 |
| Nicole Zotovich | 216.3 | $250 - $285 |
| Ellie Ross | 398.95 | $270 |
| Katherine A. Cantillo | 1584.6 | $260 - $270 |
| Victoria Bueno | 238.45 | $255 |

---

[2] While Mr. Calhoun was recently promoted to partner in October 2022, he worked as an associate for virtually the entire duration of this matter.

[3] While Mr. Blake was recently promoted to partner in October 2022, he worked as an associate for virtually the entire duration of this matter.

[4] Ms. Jang did not bill time to this matter between June 2021 and November 2021, during which she was away on leave.

[5] Mr. Chuang joined this matter in March 2021 and left the firm in June 2021.

[6] Mr. Mina joined this matter in January 2022 in order to assist in trial preparations and trial.

[7] Mr. Erwin joined this matter in June 2021.

[8] Mr. Au-Yeung joined this matter in June 2021.

[9] Ms. Suh joined this matter in January 2022 in order to assist in trial preparations and trial.

7. As shown by the distribution of hours among partners, associates, and paralegals, Kirkland staffed junior attorneys and paralegals on assignments where possible, particularly on document review and discovery matters, in order to efficiently represent Comet and minimize fees. Moreover, in order to ensure that Comet's fee request is conservative, a number of discretionary downward adjustments to Comet's attorney and paralegal fees were implemented, resulting in approximately a $2 million reduction in the fees that were actually incurred by Comet. For example, despite the need for attorneys to second chair depositions (including those taken by more-junior attorneys), time associated with second-chair attendance at depositions was removed from the fee calculation. As another example, time entries associated with trial or hearing attendance by attorneys who were not seated at counsel's table at trial or did not actually present hearing argument were removed from the fee calculation. As another example, while conducting weekly, one-hour meetings among certain team members allowed for more efficient coordination on litigation action items and case development, time associated with these internal weekly meetings was removed from the fee calculation. Moreover, despite the necessity of reviewing trial exhibits, exhibits to motions, and transcripts to ensure that Comet's confidential information is filed under seal, fee entries associated with reviewing and redacting materials where the Court requested more narrowly-tailored sealing requests were removed from the fee calculation. Finally, time entries associated with travelling for depositions and trial, as well as time dedicated to the parties' efforts to mediate the dispute were removed from the fee calculation.

8. After making these and other downward adjustments to the attorney and paralegal fees incurred by Comet, and a further $2 million blanket reduction, the fee amount requested by Comet for reimbursement is $16,630,931.25.

9. **Adam R. Alper** is co-lead counsel in this case and a partner in Kirkland's San Francisco office. He is a graduate of the University of Arizona James E. Rogers College of Law (class of 1998) and Stanford University. He has been practicing law for over 20 years and has significant experience representing clients in complex patent, trade secret, and copyright litigation involving major entities in the telecommunications, computer hardware, and semiconductor industries. Mr. Alper has been recognized by Chambers USA: America's Leading Lawyers for Business in the area of Intellectual Property, and in the The Legal 500 United States for his work. The Daily Journal named Mr. Alper to its 2014 and 2018-

2022 list of "Top Intellectual Property Lawyers." The Daily Journal named Mr. Alper to its 2020-2022 list of "Top Trade Secrets Lawyers." *Law360* named Mr. Alper "MVP of the Year" for Trials in 2020 and 2021.

10. Mr. Alper's responsibilities on this matter included developing the strategy for the litigation; reviewing substantive discovery responses, pleadings, and expert reports; arguing motions; leading settlement conferences with opposing counsel; taking depositions; preparing Comet's witnesses for trial; conducting direct and cross examinations of key witnesses at trial, including Comet's witness Andre Grede, XP Power's witness Paul Rummel, and XP Power's technical expert, Dr. Phinney; and giving Comet's opening statement and closing argument.

11. **Michael W. De Vries** is co-lead counsel in this case and a partner in Kirkland's Los Angeles office. Mr. De Vries is a graduate of Berkeley School of Law (J.D. 2000 and B.A. 1996). He has substantial experience representing clients in complex patent, trademark and copyright infringement, trade secret misappropriation, false advertising, and unfair competition matters. Mr. De Vries was recognized by Chambers USA: America's Leading Lawyers for Business in the area of Intellectual Property. The Daily Journal named Mr. De Vries to its 2010, 2014 and 2018-2022 list of "Top Intellectual Property Lawyers." The Daily Journal named Mr. De Vries to its 2020-2022 list of "Top Trade Secrets Lawyers." *Law360* named Mr. De Vries "MVP of the Year" for Trials in 2020 and 2021.

12. Mr. De Vries' responsibilities on this matter included developing the strategy for the litigation; reviewing substantive discovery responses, pleadings, and expert reports; arguing motions; leading settlement conferences; taking depositions; preparing Comet's witnesses for trial; conducting direct and cross examinations of key witnesses at trial, including Comet's witness Kevin Crofton, XP Power's witness Duncan Penny, and XP Power's industry expert, Dr. Spencer.

13. **I, Sharre S. Lotfollahi,** am a partner in Kirkland's Los Angeles office. I am a graduate of Loyola School of Law (2008) and University of California, Berkeley (2002). I have experience representing clients on disputes involving patent, trade secret, trademark, and copyright, including licensing disputes regarding intellectual property. I have been a member of nine trial teams, including serving as a first-chair on two trials.

14. My responsibilities on this matter included managing Comet's discovery and developing the digital forensics case, including by taking and defending fact and expert depositions, managing the forensic analyses conducted by expert Mr. Faulkner as set forth in his expert reports, drafting and reviewing pleadings, meeting and conferring with opposing counsel regarding discovery disputes, arguing motions for discovery issues, and leading the drafting of and arguments relating to summary judgment and *Daubert* motions. I also played a key role at trial, including by preparing Comet witnesses for trial and conducting direct and cross examinations of key trial witnesses, including Comet president Robert Jardim, Comet's digital forensic expert, Mr. Faulkner, and XP's digital forensics expert, Mr. David Cowen. I further worked to manage post-trial briefing.

15. **Leslie M. Schmidt** is a partner in Kirkland's New York office. Ms. Schmidt is a graduate of Boston College School of Law (2008) and University of Notre Dame (2004). Ms. Schmidt has experience representing clients in trade secret and patent infringement litigations involving a variety of technologies including pharmaceuticals, medical devices, software, batteries, and marine-seismic technology. Ms. Schmidt's successes in litigation have been recognized as being listed on "40 & Under Hot List" from 2020-2022 by Benchmark Litigation, and a 2019 "Rising Star" in Intellectual Property Litigation by *IPLaw360*.

16. Ms. Schmidt's responsibilities on this matter included developing the damages strategy for the litigation; managing Comet's discovery and damages case; taking depositions; assisting with Mr. Malackowski's and Dr. Rafinejad's expert reports; preparing Comet witnesses for trial; reviewing XP Power's expert reports; drafting and reviewing pleadings, evidentiary issues, *Daubert*, and summary judgment; conducting direct and cross examinations of key witnesses at trial, including Comet's industry and damages experts, Mr. Malackowski and Dr. Rafinejad, and XP's damages expert, Ms. Irwin.

17. **Akshay S. Deoras** is a partner in Kirkland's San Francisco office. Mr. Deoras is a graduate of Columbia School of Law (J.D. 2008 and B.S. 2005). He has substantial experience representing clients in patent infringement and trade secret litigation in federal courts and the US International Trade Commission. He has successfully managed trial teams to jury victories, conducted cross and direct examinations of both fact and expert witnesses in federal court, and successfully argued summary

judgment motions, discovery disputes, and other critical issues. Mr. Deoras's successes in litigation have distinguished him as a *Law360* "2022 Rising Star."

18. Mr. Deoras's responsibilities on this matter included managing Comet's technical case; assisting with Dr. Shanfield's expert reports, and preparing Comet technical witnesses for trial; reviewing XP Power's expert reports, and reviewing XP Power technical documents; preparing for and attending hearings; drafting and reviewing pleadings and motions for discovery issues, evidentiary issues, *Daubert*, and summary judgment; conducting direct examinations of key technical Comet witnesses at trial, including Gary Russell, and Comet's technical expert, Dr. Shanfield.

19. **Kat Li** is a partner in Kirkland's Austin office. Ms. Li is a graduate of the University of Texas at Austin School of Law (2009) and Massachusetts Institute of Technology (2005 and 2006). Ms. Li has experience representing clients in disputes related to patent and technology litigation, and she has represented Fortune 500 companies in United States District Court, the International Trade Commission, the Patent Trial and Appeal Board, and the Court of Appeals for the Federal Circuit. Ms. Li has successfully managed and tried all phases of litigation from pre-filing investigation and *inter partes* review proceedings to post-trial briefing and appeals. She handles matters involving a variety of technologies, such as mobile devices, semiconductors, oil and gas, and telecommunications. Ms. Li's successes in litigation have been recognized as being listed on "Best Under 40" in 2020 by the State Bar of Texas Asian Pacific Interest Section and as "One to Watch for Intellectual Property and Patent" in 2021-2022 by *the Best Lawyers in America*.

20. Ms. Li's responsibilities on this matter included managing pre-trial and trial-related disclosures, including preparing the pretrial statement and exhibit list, reviewing and analyzing exhibit objections, revising responses to motions *in limine*, and preparing trial exhibits and related sealing motions.

21. **Jason M. Wilcox** is a partner in Kirkland's Washington, D.C. office. Mr. Wilcox is a graduate of the University of Chicago School of Law (2009) and Portland State University (2004). He has handled many complex appeals on a broad range of subject matters and represents clients in all aspects of patent and other technology disputes.

22. Mr. Wilcox's responsibilities on this matter included assisting with trial preparation, including revising jury instructions and the proposed verdict form.

23. **Megan M. New** was a partner in Kirkland's Chicago office. Ms. New is a graduate of Gonzaga University School of Law (2009) and Santa Clara University (2002). Ms. New focuses on complex intellectual property litigation covering a range of technologies, products, and industries. Ms. New has extensive experience on all phases of litigation, from pre-filing diligence through trial. She has argued numerous dispositive, *Daubert* and discovery motions, handled key witnesses at evidentiary hearings, argued for and against emergency injunctive relief, and she has been a key member of numerous trial teams.

24. Ms. New's responsibilities on this matter included assisting with Comet's early discovery strategy, including revising the case management conference statement, revising the protective order, reviewing and revising discovery responses, and attending to other discovery-related matters.

25. **Patrick Park** was a partner in Kirkland's Los Angeles office. Mr. Park is a graduate of Duke University School of Law (2014) and the Johns Hopkins University (2006). Mr. Park has experience representing clients in disputes related to patent and technology litigation and managing case teams through all phases of litigation. Patrick has also played key roles on winning trial teams.

26. Mr. Park's responsibilities on this matter included assisting with the management of discovery, including drafting and revising discovery responses and briefs, participating in meet and confers with opposing counsel, managing Comet's document collection and production processes, developing Comet's case regarding industry practices in handling and treating confidential and trade secret information, defending several fact and expert witness depositions, and drafting dispositive and *Daubert* motions and related briefing. Mr. Park also prepared for and assisted in the presentation of Comet's case at trial, including by preparing Comet witness Mr. Jardim and Comet's industry expert, Dr. Rafinejad, and assisting with the cross examination of XP Power's industry expert, Dr. Spencer. Mr. Park also assisted in the preparation of opening statement and closing argument.

27. **Kyle A. Calhoun** was recently named partner, though he conducted the vast majority of work on this matter as an associate in Kirkland's San Francisco office. Mr. Calhoun is a graduate of the University of Texas at Austin School of Law (2016) and the University of Florida (2013). Mr. Calhoun

has played an integral role on five trials relating to trade secret and/or patent disputes, drafted several successful dispositive and *Daubert* motions, prepared for and assisted in the taking and defending of dozens of trial examinations, and has taken and defended several fact and expert depositions.

28. Mr. Calhoun's responsibilities on this matter included developing Comet's technical case through the course of discovery, including analyzing technical documentation related to the accused products, drafting related discovery responses and briefs, working with Comet engineers to understand the technology at issue, assisting in the designations of Comet's trade secrets, working with Comet's technical expert Dr. Shanfield, taking and defending fact and expert depositions, and drafting dispositive and *Daubert* motions and related briefing. Mr. Calhoun also played a key role in preparing and presenting Comet's case at trial, including by preparing for and presenting argument at the pretrial conference, assisting with the preparation and direct examination of Comet's technical witnesses, Andre Grede and Gary Russell, and Comet's technical expert, Dr. Shanfield, assisting with the cross examinations of XP's technical witness Paul Rummel, and XP Power's technical expert, Dr. Phinney, and arguing Comet's Rule 50 motion. Mr. Calhoun also played a key role in preparing Mr. Alper's closing argument.

29. **Samuel F. Blake** was recently named partner, though he conducted the vast majority of work on this matter as an associate in Kirkland's Los Angeles office. Mr. Blake is a graduate of Sandra Day O'Connor College of Law at Arizona State University (2016) and the University of Arizona (2013). Mr. Blake has played an integral role in five trials relating to trade secret and/or patent disputes, drafted several successful dispositive and *Daubert* motions, prepared for and assisted in the taking and defending of dozens of trial examinations, and has taken and defended several fact and expert depositions.

30. Mr. Blake's responsibilities on this matter included developing Comet's damages strategy throughout the course of litigation, including drafting related discovery responses and briefs, assisting with Comet's document collection and production, working with Comet's damages expert, Mr. Malackowski, preparing Comet witnesses for depositions, taking and defending several fact and expert depositions, drafting and revising dispositive and *Daubert* motions, drafting motions and oppositions to motions *in limine*, drafting jury instructions, and preparing for and attending the pretrial conference. Mr. Blake also played a key role in preparing and presenting Comet's case at trial, including by assisting with the preparation of Comet's damages expert, Mr. Malackowski, developing the cross examinations for XP

Power witnesses Duncan Penny and Paul Rummel, and XP Power's damages expert, Ms. Irwin, and arguing Comet's Rule 50 motion. Mr. Blake also played a key role in preparing Mr. Alper's opening statement and closing argument. Following trial, Mr. Blake researched and drafted Comet's motion for permanent injunction.

31. **Irene Jang** was an associate in Kirkland's San Francisco office. Ms. Jang is a graduate of the University of Southern California, School of Law (2018) and the University of California, Berkeley. Ms. Jang has worked on all facets of litigation and was a key member on multiple trial teams, including trade secret and other intellectual property cases.

32. Ms. Jang's responsibilities on this matter included assisting with the development of Comet's technical case, including drafting pleadings and related discovery responses and briefs; drafting and related document review regarding Comet's amended trade secret designations; assisting with Comet document collection and production; drafting joint case management and pretrial statements; drafting motions and oppositions to motions *in limine*; assisting with review of technical documents; and assisting with Rule 50(a) analysis.

33. **Sarah B. Mikosz** is an associate in Kirkland's Los Angeles office. Ms. Mikosz is a graduate of the University of California, Irvine School of Law (2019) and the University of San Diego (2016). Ms. Mikosz has experience representing clients in patent infringement and trade secret litigation. Ms. Mikosz has played an integral role on three trial teams in cases relating to intellectual property disputes and has shepherded several cases through fact and expert discovery.

34. Ms. Mikosz's responsibilities on this matter included developing Comet's digital forensics case and assisting with the development of Comet's technical case, including drafting related discovery responses and briefs; assisting with Comet's digital forensics expert Mr. Faulkner's expert reports; assisting with review of forensics and technical documents; preparing Comet witnesses for depositions and trial; defending depositions; assisting with the preparation of taking depositions of XP Power's witnesses; drafting and revising dispositive and *Daubert* motions; drafting motions and oppositions to motions *in limine*; assisting with direct examination and cross examination preparation of key witnesses at trial, including Gary Russell, Comet's technical expert, Dr. Shanfield, Comet's digital forensics expert, Mr. Faulkner, and XP Power's digital forensics expert, Mr. Cowen.

35. **Chris Chuang** was an associate in Kirkland's Los Angeles office. Mr. Chuang is a graduate of University of California, Berkeley School of Law (2019) and the University of California Berkeley. Mr. Chuang has experience working several intellectual property disputes and shepherding the merits and damages portions of the case through fact and expert discovery.

36. Mr. Chuang's responsibilities on this matter included assisting with the management of discovery, including researching, drafting, and revising discovery responses and briefs; and assisting with Comet's document production and document review.

37. **Argie Mina** was an associate in Kirkland's Los Angeles office. Mr. Mina is a graduate of the Northwestern University Pritzker School of Law (2019) and the University of California, Los Angeles. Mr. Mina has served in key roles in several patent and trade secret-related disputes, including contributing to the presentation of multiple intellectual property cases at trial and drafting pre- and post-trial briefs.

38. Mr. Mina's responsibilities on this matter included assisting with pre-trial and trial management, including drafting motions and oppositions to motions *in limine*; assisting with preparation for the pretrial conference; assisting with preparation of trial exhibit lists; assisting with the preparation of the opening statement and closing argument; and drafting motions for bill of costs and attorneys' fees.

39. **Christian Erwin** is an associate in Kirkland's Chicago office. Mr. Erwin is a graduate of Loyola School of Law (2020) and Occidental College (2014). Mr. Erwin has experience representing clients on patent, trade secret, and other intellectual property-related litigation. He has worked on matters involving a range of technologies, including medical devices and computer hardware. He has experience with complex legal research, deposition preparation, discovery and pre-trial motions, and trial.

40. Mr. Erwin's responsibilities on this matter included assisting with Comet's discovery and industry expert, including researching, drafting, and revising discovery responses and briefs; assisting with Comet's document production and document review; preparing Comet witnesses for depositions and trial; assisting with the preparation of taking depositions of XP Power's witnesses; drafting and revising dispositive and *Daubert* motions; drafting motions and oppositions to motions *in limine*; assisting with Comet's industry expert Dr. Rafinejad's expert reports; assisting with the preparation of witnesses at trial, including Comet's witnesses Rob Jardim and Comet's industry expert, Dr. Rafinejad, and XP Power's witness Duncan Penny, and XP Power's industry expert, Dr. Spencer.

41. **Artin G. Au-Yeung** was an associate in Kirkland's San Francisco office. Mr. Au-Yeung is a graduate of the University of California, Berkeley School of Law (2020) and the University of California, Berkeley (2017). Mr. Au-Yeung has worked on several matters related to patents and trade secrets, and is experienced in working with engineers and technical experts to develop and guide the merits case through discovery.

42. Mr. Au-Yeung's responsibilities on this matter included assisting with Comet's technical case, including researching, drafting, and revising discovery responses and briefs; assisting with Comet's document production and document review; preparing Comet witnesses for depositions and trial; assisting with the preparation of taking depositions of XP Power's witnesses; assisting with Comet's technical expert Dr. Shanfield's expert reports; review of XP technical document production; assisting with research and revising dispositive and *Daubert* motions; assisting with the direct examinations and cross examinations of key witnesses at trial, including Comet's technical witness, Andre Grede and Comet's technical expert, Dr. Shanfield, and XP's technical witnesses, Paul Rummel, and XP Power's technical expert, Dr. Phinney; and assisting with drafting post-trial motions and related sealing motions.

43. **Hannah A. Suh** is an associate in Kirkland's San Francisco office. Ms. Suh is a graduate of the University of California, Hastings College of the Law (2021) and the University of California, Davis (2012).

44. Ms. Suh's responsibilities on this matter included assisting with the direct examination and cross examination preparation of key witnesses at trial, including Comet's digital forensic expert Mr. Faulkner, and damages expert Mr. Malackowski, and XP Power's digital forensic expert Mr. Cowen, and damages expert Ms. Irwin; as well as assisting with drafting post-trial motions and related sealing motions.

45. **Michael Dobszewicz** is a senior paralegal in Kirkland's Los Angeles office. Mr. Dobszewicz's responsibilities on this matter included supervising all projects conducted by the paralegal team; studying court rules and ensuring compliance; assisting with document collection and productions; management of deposition scheduling and preparation of deposition exhibits; serving discovery requests and responses; tracking documents cited in discovery responses and expert reports; cite-checking court filings, discovery responses, and expert reports; filing court documents; management of the case file, including the Relativity database; preparation of the trial exhibit list and management of trial exhibits;

preparing deposition designations; management of the trial office; attendance at trial; tracking exhibits and trial time; preparing witness materials for trial; and serving as liaison to the Court's clerk during trial.

46. **Alice Pai** is a paralegal II in Kirkland's Los Angeles office. Ms. Pai's responsibilities on this matter included management of trial exhibits; witness preparation and examination materials; assisting attorneys during witness preparation; and preparing deposition designations.

47. **Alejandra Buenrostro** is a paralegal II in Kirkland's Los Angeles office. Ms. Buenrostro's responsibilities on this matter included studying and ensuring compliance with court rules; assisting with deposition scheduling and preparation of deposition exhibits; serving discovery requests; cite-checking court filings, discovery responses, and expert reports; filing court documents; tracking documents cited in discovery responses and expert reports; updating the case calendar; preparation of trial exhibits; assisting with deposition designations; preparing witness materials for trial; and service of disclosures during trial.

48. **Manu Salas** was a senior paralegal in Kirkland's Los Angeles office. Mr. Salas's responsibilities on this matter included management of trade secret lists; assisting with discovery responses and court filings; generating saved searches in Relativity; and updates to the case calendar.

49. **Nicole Zotovich** was a junior paralegal in Kirkland's Los Angeles office. Ms. Zotovich's responsibilities on this matter included cite-checking court filings and discovery responses; assisting attorneys with court filings; assisting with searches in Relativity; and gathering deposition exhibits.

50. **Ellie Ross** is a junior paralegal in Kirkland's Los Angeles office. Ms. Ross's responsibilities on this matter included assisting attorneys during trial, including searching for documents in Relativity and preparing witness binders.

51. **Katherine A. Cantillo** is a junior paralegal in Kirkland's Los Angeles office. Ms. Cantillo's responsibilities on this matter included cite-checking court filings and discovery responses; assisting attorneys with court filings; assisting with searches in Relativity; gathering deposition exhibits; and assisting attorneys during trial, including searching for documents in Relativity and preparing witness binders.

52. **Victoria Bueno** was a junior paralegal in Kirkland's Los Angeles office. Ms. Bueno's responsibilities on this matter included cite-checking court filings and discovery responses; assisting attorneys with court filings; assisting with searches in Relativity; and gathering of deposition exhibits.

53. Attached as Exhibit 1 is a true and accurate copy of an email chain between Patrick Park and Patricia Young, ending March 25, 2021.

54. Attached as Exhibit 2 is a true and accurate excerpted copy of the transcription of the Pretrial Conference held in the above-captioned matter on March 3, 2022.

55. Attached as Exhibit 3 is a true and accurate copy of XP Power's "Annual Report and Accounts for the year ended 31 December 2021," available at https://corporate.xppower.com/~/media/Files/X/XP-Power/reports-and-presentations/all-year-ar/annual-reports/ar2021.pdf.

56. Attached as Exhibit 4 is a true and accurate copy of *Motorola Sols., Inc. v. Hytera Commc'ns Corp. Ltd.*, No. 1:17-CV-01973, Dkt. No. 1250 (N.D. Ill. Oct. 15, 2021).

57. Attached as Exhibit 5 is a true and accurate excerpted copy of the "Valeo 2022 Law Firm Hourly Rate Report."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on 4th day of November, 2022 at Los Angeles, California.

                     */s/ Sharre Lotfollahi*
                     Sharre Lotfollahi