**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| Favian Busby, Michael Edgington, Russell Leaks, and Joseph Nelson, *on their own behalf and on behalf of those similarly situated*;<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>Floyd Bonner, Jr., *in his official capacity*, Shelby County Sheriff, and the Shelby County Sheriff's Office,<br><br>Respondents-Defendants. | Case No. 20-cv-2359-SHL-atc |

**DECLARATION OF STELLA YARBROUGH**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR**
**ATTORNEY'S FEES AND COSTS**

Pursuant to 28 U.S.C. § 1746, I, Stella Yarbrough, declare the following to be true and correct, under penalty of perjury:

**Qualifications of Counsel**

1.      I am an attorney licensed to practice in the State of Tennessee.  I am the legal director of the American Civil Liberties Union of Tennessee ("ACLU-TN")—a statewide affiliate of the American Civil Liberties Union.  If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.  I offer this declaration in support of the Plaintiffs' Motion for Attorney's Fees for Enforcement Work, filed herewith.

2.      ACLU-TN is a state-wide nonprofit, nonpartisan organization with over 15,000 members dedicated to defending the principles embodied in the Tennessee and U.S. Constitutions and our nation's civil rights laws.  The American Civil Liberties Union Foundation of Tennessee is a nonprofit organization under section 501(c)(3) of the Internal Revenue Code that educates the

1

public about civil liberties and employs lawyers who provide legal representation free of charge in cases involving civil liberties. ACLU-TN seeks to reform the criminal justice system by challenging policies that result in dangerous conditions of confinement and eliminating unnecessary pretrial detention.

3.　　I have been the legal director of ACLU-TN since April 5, 2022. I currently supervise two staff attorneys and a paralegal. Prior to becoming legal director, I was a staff attorney at ACLU-TN—a position I began on January 13, 2020. Prior to joining ACLU-TN, I spent nearly five years as an assistant public defender in Nashville, Tennessee.

   a. I earned a Bachelor of Arts degree in Religious Studies from Pepperdine University; I graduated summa cum laude in 2010. I then earned a Master's degree in theological studies from the Vanderbilt Divinity School and a Juris Doctor degree from Vanderbilt Law School in 2014.

   b. I was admitted to the practice of law in 2014. I am currently admitted to practice in Tennessee state courts (2014); the U.S. District Courts for the Middle and Western Divisions of Tennessee (2020); and the Sixth Circuit of the U.S. Courts of Appeal (2021).

   c. In this District, I am counsel of record in *Busby* v. *Bonner*, No. 2:20-cv-02359-SHL-atc (W.D. Tenn. May 20, 2020), and lead counsel in *Blanchard* v. *City of Memphis*, No. 2:17-cv-02120-jpm-DKV (W.D. Tenn. Feb. 22, 2017).

   d. I am solely responsible for the direction of all ACLU-TN litigation in this state.

4.　　Thomas H. Castelli was the previous legal director of ACLU-TN from May 2013 to February 2022. He also performed work on behalf of the class members in this case.

**Summary of Work**

5.     During the claimed time period, counsel for Plaintiffs, including myself and Thomas H. Castelli, expended significant effort to ensure Defendants' compliance with the Consent Decree entered in this case. These efforts included creating and staffing a phone line by which to communicate with class members held at the Shelby County's Men Jail at 201 Poplar Avenue in Memphis, routinely visiting and interviewing class members at the jail, consulting with the court-appointed jail inspector and reviewing investigation reports, routinely communicating with Defendants regarding compliance with the Decree, deposing Defendants and other staff at 201 Poplar, and defending against, and ultimately defeating, Defendants' premature motion to terminate the Decree, which included briefing and oral argument in the Sixth Circuit Court of Appeals.

**Prior ACLU-TN Fee Rates and Awards**

6.     The former ACLU-TN legal director, Thomas H. Castelli, billed at a rate of $410 an hour. The staff attorney, myself at the time, billed at a rate of $325.  As the current ACLU-TN legal director, I bill at a rate of $425 an hour.

7.     ACLU attorneys with greater expertise in their respective legal fields billed at rates of $450 and $475.  For example, in 2022, ACLU-TN and ACLU attorneys were granted a fee award totaling $98,566.70, in addition to $6,982.25 in costs, in a First Amendment and LGBTQ+ rights case.  *See Bongo Prods., LLC v. Lawrence*, No. 3:21-cv-00490 (M.D. Tenn. Jun. 25, 2021). The court approved rates of $365, $450, and $475 for ACLU-TN and ACLU attorneys, including $365 for myself and $475 for Mr. Castelli.   The Order Granting Motion for Attorney's Fees and Costs is attached as Ex. A to this Declaration and the Memorandum in Support of Unopposed

Motion for Attorney's Fees, Cost, and Expenses and Exhibit 1 to that Memorandum, which includes the requested rates, are attached as Ex. B to this Declaration.

8.      In 2021, attorneys from ACLU-TN and ACLU Voting Rights Project, among other counsel, were also awarded a significant fee award in a voting rights case, *Tenn. State Conf. of the NAACP* v. *Hargett*, No. 3:19-cv-00365 (M.D. Tenn. May 2, 2019).  The court's Order granting fees is attached as Ex. C to this Declaration.  The details of the rates and hours awarded in that case can be found in the Memorandum Opinion, attached as Ex. D to this Declaration.  The court approved rates ranging from $410–475 for ACLU-TN and ACLU Voting Rights Project attorneys, including Mr. Castelli, who sought a billing rate at $475.  Ex. D at 4, 20–21.

**The Exercise of Billing Judgment and Efficient Staffing of this Case**

9.      I have reviewed the fee award sought in this case and the supporting documentation supplied to this Court in support of Plaintiffs' Motion.  In the interest of presenting the most reasonable motion, I am not seeking fees for any of the work contributed by myself or my predecessor, Thomas H. Castelli, on behalf of ACLU-TN.

10.     Between April 13, 2021 and March 20, 2022, I personally performed 131.1 hours of work on behalf of class members.  A detailed description of these hours and the tasks performed is attached as Ex. E to this Declaration.  I currently bill at a rate of $425 an hour, which reflects the current market rates in Tennessee, my position, and my experience.  ACLU-TN is therefore omitting at least $55,675.00 from Plaintiffs' fee award.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of January, 2024.

Stella Yarbrough

4