# EXHIBIT C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TENNESSEE STATE CONFERENCE OF THE N.A.A.C.P., DEMOCRACY NASHVILLE-DEMOCRATIC COMMUNITIES, THE EQUITY ALLIANCE, and THE ANDREW GOODMAN FOUNDATION,** <br><br> Plaintiffs, <br><br> v. <br><br> **TRE HARGETT, in his official capacity as Secretary of State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, the STATE ELECTION COMMISSION, and DONNA BARRETT, JUDY BLACKBURN, GREG DUCKETT, MIKE MCDONALD, JIMMY WALLACE, TOM WHEELER, and KENT YOUNCE, in their official capacities as members of the State Election Commission,** <br><br> Defendants. | Case No. 3:19-cv-00365 <br> Judge Aleta A. Trauger |
| **LEAGUE OF WOMEN VOTERS, LEAGUE OF WOMEN VOTERS TENNESSEE EDUCATION FUND, AMERICAN MUSLIM ADVISORY COUNCIL, MID-SOUTH PEACE & JUSTICE CENTER, ROCK THE VOTE, MEMPHIS CENTRAL LABOR COUNCIL, and HEADCOUNT,** <br><br> Plaintiffs, <br><br> v. <br><br> **TRE HARGETT, in his official capacity as Secretary of State of Tennessee,** | Case No. 3:19-cv-00385 <br> Judge Aleta A. Trauger |

| | |
|---|---|
| **MARK GOINS, in his official capacity** | ) |
| **as Coordinator of Elections for the State** | ) |
| **of Tennessee, the STATE ELECTION** | ) |
| **COMMISSION, and DONNA BARRETT,** | ) |
| **JUDY BLACKBURN, GREG DUCKETT,** | ) |
| **MIKE MCDONALD, JIMMY WALLACE,** | ) |
| **TOM WHEELER, and KENT YOUNCE,** | ) |
| **in their official capacities as members of** | ) |
| **the State Election Commission,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

For the reasons explained in the accompanying Memorandum, the Motions for Attorneys' Fees, Costs and Expenses filed, respectively, by the League of Women Voters, League of Women Voters Tennessee Education Fund, American Muslim Advisory Council, Mid-South Peace & Justice Center, Rock the Vote, Memphis Central Labor Council, and HeadCount (collectively, the "League Plaintiffs") (Doc. No. 100) and the Tennessee State Conference of the NAACP, Democracy Nashville-Democratic Communities, the Equity Alliance, and the Andrew Goodman Foundation (collectively, the "NAACP Plaintiffs") (Doc. No. 103) are hereby **GRANTED**, as modified in accordance with the Memorandum. The defendants are **ORDERED** to pay the League Plaintiffs $345,286.66 in attorneys' fees and $5,274.04 in expenses and the NAACP Plaintiffs $440,803.20 in attorneys' fees and $3,928.49 in expenses.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge