# EXHIBIT E

**Stella Yarbrough**              Timesheet from April 13, 2021 to March 30, 2022

| Date | Hours | Task | Details |
|---|---|---|---|
| 4.14.21 | 3 | Legal Writing | Drafting class member declaration |
| 4.16.21 | 1 | Review | Reviewing and editing motion opposing termination and supporting materials |
| 4.16.21 | 2 | Review | Reviewing motion |
| 4.16.21 | 0.5 | Meeting | team meeting |
| 4.19.21 | 1.5 | Communications | Drafting email to opposing counsel |
| 4.30.21 | 1 | Meeting | team meeting |
| 5.5.21 | 0.5 | Meeting | team meeting to prepare for meet and confer with opposing counsel |
| 5.6.21 | 0.5 | Meeting | meet and confer with opposing counsel |
| 5.6.21 | 1 | Meeting | debrief with team over meet and confer |
| 5.12.21 | 1.8 | Review | Reviewing and editing motion to modify and enforce |
| 5.12.21 | 0.5 | Meeting | Call about jail inspection results |
| 5.19.21 | 0.5 | Meeting | Call about finalizing draft of motions and preparing to file |
| 6.3.21 | 2.5 | Review | Reviewing and annotating opposition filings |
| 6.7.21 | 1 | Meeting | Discussing briefing assignments and strategy |
| 6.15.21 | 2 | Review | Reviewing and editing response to motion to terminate |
| 6.21.21 | 0.5 | Meeting | team meeting |
| 6.23.21 | 1 | Court hearing | Status conference |
| 7.6.21 | 1.3 | Meeting | Meeting with CTD to determine hotline management and issues |
| 7.9.21 | 2 | Hearing Preparation | preparing for hearing; prepping argument and witnesses |
| 7.12.21 | 1 | Meeting | team meeting to discuss expedited discovery |
| 7.12.21 | 2.6 | Hearing Preparation | witness search and prep for interviews |
| 7.13.21 | 8.5 | Hearing Preparation | Travel to Memphis and interviews in the jail |
| 7.14.21 | 1.5 | Hearing Preparation | summarizing interview notes |
| 7.14.21 | 0.5 | Meeting | discussing interviews |
| 7.14.21 | 2.7 | Hearing Preparation | Creating witness checklist for further information gathering |
| 7.22.21 | 1.3 | Hearing Preparation | preparing for team meeting and report out about potential witnesses |
| 7.23.21 | 2 | Hearing Preparation | drafting direct examination |

| Date | Hours | Category | Description |
|---|---|---|---|
| 7.26.21 | 3.6 | Hearing Preparation | preparing for witness inteviews |
| 7.26.21 | 2 | Hearing Preparation | same |
| 7.27.21 | 8.5 | Hearing Preparation | Travel to Memphis and interviews in the jail |
| 7.28.21 | 1 | Meeting | witness prep discussion |
| 7.29.21 | 1 | Meeting | hearing preparation meeting |
| 7.30.21 | 3.2 | Hearing Preparation | re-writing direct examinations of Hibbler and Woods |
| 8.2.21 | 1 | Hearing Preparation | incorporating edits to witness examinations |
| 8.2.21 | 2 | Meeting | preparing for hearing |
| 8.2.21 | 2.3 | Hearing Preparation | witness prep |
| 8.3.21 | 3 | Hearing Preparation | updating direct examination scripts |
| 8.5.21 | 4 | Hearing Preparation | updating direct examination scripts |
| 8.9.21 | 4 | Court hearing | Motion hearing |
| 8.9.21 | 1.2 | Research | contract law and interpretation of consent decrees |
| 8.10.21 | 1 | Research | contract law and interpretation of consent decrees |
| 8.10.21 | 2 | Communications | drafting and sending client letters |
| 8.11.21 | 1 | Review | reviewing post-hearing brief |
| 8.20.21 | 4 | Review | reading jail inspection report no. 4 and taking notes |
| 9.1.21 | 1 | Meeting | team meeting |
| 9.2.21 | 0.5 | Meeting | team meeting to prepare for meet and confer with opposing counsel |
| 9.3.21 | 0.5 | Meeting | meet and confer with opposing counsel |
| 9.10.21 | 2.5 | Legal Writing | one-page summary of jail conditions |
| 9.10.21 | 1.5 | Legal Writing | one-page summary of jail conditions |
| 9.13.21 | 1.5 | Communications and Review | Answering calls from jail and re-reading motion to reconsider |
| 9.15.21 | 1 | Meeting | discussing stay opp |
| 9.16.21 | 6.5 | Legal Writing | research FRCP 8 and drafting stay opp |
| 9.17.21 | 7.1 | Legal Writing | research FRCP 8 and drafting stay opp |
| 9.20.21 | 2.5 | Legal Writing | reviewing 6th circuit briefing |
| 9.22.21 | 4 | Legal Writing | reviewing 6th circuit briefing |
| 9.27.21 | 0.5 | Meeting | team meeting to discuss appeal strategy |
| 1.11.22 | 3.5 | Legal Writing | standard of review on appeal |
| 1.12.22 | 1.5 | Hearing Preparation | First moot for 6th circuit oral argument |
| 1.19.22 | 1 | Hearing Preparation | Second moot |
| 1.21.22 | 1 | Hearing Preparation | Third moot |
| 1.27.22 | 3 | Court hearing | Oral argument prep and attendance |
| 2.1.22 | 1 | Meeting | team meeting to discuss steps after appeal |
| 2.2.22 | 1 | Meeting | meet and confer with opposing counsel |
| 2.23.22 | 1 | Meeting | meet and confer with opposing counsel |
| **TOTAL** | **131.1** | | |