UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Favian Busby, Michael Edgington, Russell Leaks, and Joseph Nelson, *on their own behalf and on behalf of those similarly situated*,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>Floyd Bonner, Jr., *in his official capacity*, Shelby County Sheriff, and the Shelby County Sheriff's Office,<br><br>Respondents-Defendants. | No. 2:20-cv-2359-SHL-atc |

**[PROPOSED] ORDER DENYING DEFENDANTS'
MOTION FOR ATTORNEYS' FEES**

Having reviewed Defendants' filing and Plaintiffs' Memorandum of Law in opposition to the motion, The Court **DENIES** the Defendants' Motion for Attorneys' Fees.

**IT IS SO ORDERED**, this __ day of August, 2024.

/s/
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE
The Hon. Sheryl H. Lipman U.S.D.J.