IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FAVIAN BUSBY, ET AL., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    No.: 2:20-CV-02359-SHL |
| | ) |
| FLOYD BONNER, JR., ET AL., | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

    Defendants Floyd Bonner, Jr., Shelby County Sheriff, and the Shelby County Sheriff's Office (collectively referred to as "Defendants"), by and through undersigned counsel, respectfully respond in opposition to Plaintiffs' Motion for Leave to File Reply to Defendants' Response in Opposition to Plaintiffs' Motion for Attorneys' Fees. (ECF No. 380.)

    Just over three weeks ago, this Court informed the Parties that "[m]otions for leave to file a reply will not be entertained on this topic." (ECF No. 376, PageID 7578.) In light of this instruction, Defendants did not seek to reply to Plaintiffs' response to Defendants' motion for attorneys' fees. Plaintiffs, on the other hand, have disregarded said instruction. Further, in doing so, they not only disregarded this Court's Order, they also ignored this Court's local rules by failing to consult with Defense counsel before filing their motion. *See* L.R. 7.2(1)(B); *see also* (ECF No. 380 (reflecting failure to consult with lack of certificate of consultation)). Because Plaintiffs have disregarded this Court's Order and local rules, their motion should be denied.

    Regardless, no reply is warranted. Defendants did not mischaracterize Plaintiffs' motion

as Plaintiffs allege. A cursory glance at their submitted $769,377.80 in bills indisputably shows that Plaintiffs seek fees for work unrelated to "enforcement motions on which plaintiffs prevailed." But more importantly, each of the grounds asserted in Plaintiffs' motion have already been addressed by the parties. There is no reason to rehash those topics now.

Based on the above and this Court's Order expressly informing the parties that replies would not be "entertained," Plaintiffs' motion should be denied.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By: s/Nathan D. Tilly
James I. Pentecost (#11640)
Nathan D. Tilly (#31318)
162 Murray Guard Drive, Suite B
Jackson, Tennessee 38305
(731) 668-5995

AND

Marlinee C. Iverson (#18591)
R.H. "Chip" Chockley (#20680)
Shelby County Attorney's Office
160 North Main Street, Suite 950
Memphis, TN 38103
(901) 222-2100

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically via the ECF filing system. Accordingly, notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

DATE: This the 7th day of August, 2024.

By: s/Nathan D. Tilly
Nathan D. Tilly