# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| FAVIAN BUSBY and MICHAEL EDGINGTON, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FLOYD BONNER, JR., in his official capacity, and SHELBY COUNTY SHERIFF'S OFFICE, <br><br> Defendants. | No. 2:20-cv-2359-SHL-atc |

### ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

Before the Court are Plaintiffs' Motion for Leave to File Reply to Defendants' Response in Opposition to Plaintiffs' Motion for Attorneys' Fees (ECF No. 380), filed August 6, 2024, and Defendants' response in opposition (ECF No. 381), filed August 7, 2024. The Court's latest order indicated that "[m]otions for leave to file a reply will not be entertained on this topic." (ECF No. 376 at PageID 7587.) Thus, the motion is **DENIED**.

**IT IS SO ORDERED,** this 7th day of August, 2024.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE